Order Code RL31664

# CRS Report for Congress

Received through the CRS Web

# The Military Survivor Benefit Plan: A Description of Its Provisions

**Updated January 25, 2006**

David F. Burrelli
Specialist in National Defense
Foreign Affairs, Defense, and Trade Division

DA 031

# The Military Survivor Benefit Plan: A Description of Its Provisions

## Summary

The military Survivor Benefit Plan (SBP) was created in 1972. Since its creation, it has been subjected to a number of substantial legislative changes. This report describes the basic provisions of the military Survivor Benefit Plan and all relevant changes or modifications that have occurred.

Specifically, the military Survivor Benefit Plan is described and explained in terms of its eligibility provisions, costs, benefits, and its integration with other federal programs (including social security and Veterans' Administration Dependency and Indemnity Compensation) for members and retirees of active duty military service and the Reserve Components (both the reserves and National Guard). In addition, tables and work sheets are provided to assist the reader in computing the costs and benefits available under this program.

Nearly every Congress since 1972 has, in some way, modified the provisions of the military Survivor Benefit Plan. These modifications have had a significant effect on current and prospective participants and beneficiaries. In nearly every instance, these changes have made the SBP more generous. Furthermore, these modifications involve complex issues and processes, and are, therefore, a source of numerous requests for information from constituents to their congressional representatives.

## Contents

Introduction . . . . . . . . . . 1

Major Provisions of the Survivor Benefit Plan . . . . . . . . . . 2
Coverage for Military Members Retired from an Active Duty Career . . . . . 2
Spouse Only Coverage . . . . . . . . . . 3
Computational Formulas . . . . . . . . . . 3
Original Computational Formula . . . . . . . . . . 4
Flat-Rate Formula . . . . . . . . . . 5
Remarriage . . . . . . . . . . 5
"Paid-Up" Provisions . . . . . . . . . . 6
Spouse and Child(ren) Coverage . . . . . . . . . . 6
Child(ren) Only Coverage . . . . . . . . . . 7
Persons with an Insurable Interest . . . . . . . . . . 8
Former Spouse Coverage . . . . . . . . . . 9
Former Spouse and Child(ren) Coverage . . . . . . . . . . 10
Coverage for Military Members Retired from the Reserve Components . . . . . . . . . . 10
"Forgotten Widow" Coverage . . . . . . . . . . 12
Coverage for Military Members Serving on Active Duty . . . . . . . . . . 12

Survivor Benefit Plan and Social Security . . . . . . . . . . 13
Social Security Coverage for Military Personnel . . . . . . . . . . 14
Integration of the Survivor Benefit Plan and Social Security Benefits . . . . 15
Two-Tier Survivor Benefit Plan . . . . . . . . . . 17
Comparison of the Social Security Offset and Two-Tier SBP . . . . . . . . . . 18

Supplemental Survivor Benefit Plan . . . . . . . . . . 21
Costs and Benefits of Supplemental Coverage . . . . . . . . . . 21

Elimination of the Two-Tier and Social Security Offset Computational Formulas . . . . . . . . . . 22

Survivor Benefit Plan and Veterans' Affairs Dependency and Indemnity Compensation . . . . . . . . . . 25
"Concurrent Receipt" . . . . . . . . . . 26

Retiree and Government Contributions to SBP . . . . . . . . . . 27

## List of Tables

Table 1. Computation of Survivor Benefit Plan Costs to a Hypothetical Retiree for Spouse Only Coverage . . . . . . . . . . 5
Table 2. Computation of SBP Costs under Persons with an Insurable Interest Coverage . . . . . . . . . . 8
Table 3. Breakdown of Pre-Integration Monthly Benefits of a Hypothetical SBP Beneficiary . . . . . . . . . . 16

Table 4. Comparison of Monthly SBP and Social Security Benefits Computed Using the Two-Tier and Offset Formulas . . . . . . . . . . . . . . . . . . 19
Table 5. SBP Supplemental Benefits and Costs by Age . . . . . . . . . . . . . . . . . . . . 23
Table 6A. Computation of Original Survivor Benefit Plan Cost to the Retiree for Spouse Only Coverage (Work Sheet) . . . . . . . . . . . . . . . . . . . . . 29
Table 6B. Computation of Flat-Rate Survivor Benefit Plan Cost to the Retiree for Spouse Only Coverage (Work Sheet) . . . . . . . . . . . . . . . . . . . . . 29
Table 7. Computation of SBP Costs under Persons with an Insurable Interest Coverage (Work Sheet) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

# The Military Survivor Benefit Plan: A Description of Its Provisions

## Introduction

This report outlines the purpose and legislative background of providing benefits to the surviving dependents of a deceased member/retiree of the uniformed services. In certain cases, individuals other than dependents can be designated recipients of survivor benefits. This report describes the categories of beneficiaries eligible for survivor benefits under the military Survivor Benefit Plan (SBP), the formulas used in computing the income level (including the integration of SBP benefits with other federal benefits), and the costs of SBP participation incurred by the retiree and/or the beneficiary.[1]

Under the SBP, a military retiree can have a portion of his or her monthly retired pay withheld in order to provide, after his or her death, a monthly survivor benefit (55% of base[2] amount of military retired pay at the time of the retiree's death) to a surviving spouse or other eligible recipient(s). The cost of this protection is shared by the retiree (in the form of reductions from monthly military retired pay after retirement), the government, and possibly the beneficiary (under certain types of coverage). The original intended purpose of the SBP (and its antecedents) is to "insure that the surviving dependents of military personnel who die in retirement or after becoming eligible for retirement will continue to have a reasonable level of income."[3] Coverage was later expanded to active duty personnel as well.

---

[1] Retirees of the uniformed services (Army, Navy, Marine Corps, Air Force and Coast Guard), as well as retirees of the Public Health Service (PHS) and the National Oceanic and Atmospheric Administration (NOAA) are eligible to participate in the Survivor Benefit Plan. This report emphasizes the provisions of the SBP as they relate to members or retirees of the Armed Forces.

[2] Base retired pay is that amount of retired pay that the retiree selects to be used in determining the SBP benefit and cost. This amount may not be greater than total monthly retired pay and may not be less than (1) $635 monthly as of January 1, 2006, or (2) total retired pay, if smaller than $635 monthly. This 55% maximum may include amounts received from other federal sources.

[3] U.S. Department of Defense, Office of the Secretary of Defense, Military Compensation Background Papers, *Compensation Elements and Related Manpower Cost Items: Their Purposes and Legislative Backgrounds*, 6th Ed., April 2005: 902.

The Survivor Benefit Plan was created by legislation enacted on September 21, 1972,[4] and has been modified by later legislation. The SBP replaced the Retired Serviceman's Family Protection Plan (RSFPP).[5] The RSFPP was replaced because it had a number of unpopular features that made it unattractive. The RSFPP could be expensive for the retiree; the cost was approximately $0.23 of deducted retired pay per dollar of survivor benefits for a retired member age 45 who elected to provide coverage for a spouse who was 5 full years younger. The RSFPP was intended to be actuarially neutral in terms of costs — in other words, the cost of this program was fully paid for by its participants. The decision to elect RSFPP coverage had to be made by the prospective military retiree before his or her 18th year of military service. Furthermore, the methods used in computing the RSFPP's cost and benefit could change between the time at which the servicemember elected to provide coverage and the time at which the member actually retired. Thus, the costs and benefits remained an unknown quantity, limiting the ability of the retiree to make future financial plans. During its 19-year history, participation in the RSFPP never exceeded more than 15% of eligible military retirees. It was expected — and has largely been proven — that the SBP would be a significant improvement over the RSFPP, in terms of participation rates, costs to the retiree, and benefits for the survivors. It also entails higher costs to taxpayers because the SBP costs are shared with the government in most cases.

# Major Provisions of the Survivor Benefit Plan

## Coverage for Military Members Retired from an Active Duty Career

Six separate types of coverage are available under the SBP for military members retired from an active duty military career, characterized according to the relationship of the beneficiary or beneficiaries to the military retiree:[6]

- Spouse Only;
- Spouse and Child(ren);
- Child(ren) Only;
- Persons with an Insurable Interest;
- Former Spouse;
- Former Spouse and Child(ren).

The type of coverage and the amount of coverage provided are factors used in determining the cost to the military retiree. Generally, a retiree is automatically enrolled in the SBP upon retirement at the maximum level of coverage to his or her respective surviving spouse and surviving dependent children, unless the retiree

---

[4] P.L. 92-425, 10 U.S.C. 1447 et seq.

[5] Originally known as the Uniformed Services Contingency Option Plan of 1953, P.L. 83-239, 67 Stat. 501, 1953; name changed by P.L. 87-381, 75 Stat. 810, 1961.

[6] In certain instances, the annuity may be paid to the representative of a legally incompetent survivor (P.L. 102-190; 105 Stat. 1389; Dec. 5, 1991).

elects not to participate, to participate at a lesser level of coverage, elects other than spouse coverage, or is ordered by a court to provide such benefits to a former spouse. To participate at a reduced level of coverage, the retiree elects to have his or her *base* amount of retired pay — that amount of monthly retired pay the retiree selects to be used in determining the SBP benefit and cost — be less than his or her total retired pay subject to a $635 minimum. The maximum SBP benefit is 55% of base amount of military retired pay, when the base amount and total retired pay are the *same*. Reduced coverage consists of 55% of the base amount of retired pay when the retiree elects a base amount that is *less* than total retired pay.[7]

If a retiree elects not to participate, or to participate at a reduced level of coverage, the retiree's spouse must be notified, and in the case of such an election made on or after March 1, 1986, the spouse must concur with the election for it to be effective.[8] Any decision not to participate or to participate at a reduced level is usually irrevocable. However, under certain circumstances, a retiree who is unmarried at the time of his or her retirement and who elects not to participate in the SBP, but who marries after his or her retirement, may elect within one year of marriage to provide SBP benefits for the new spouse. This election takes effect only after a one-year waiting period. With the enactment of P.L. 99-145 (November 8, 1985, effective March 1, 1986), the spouse of a post-military-retirement marriage must be notified if the retiree does not elect to provide an SBP benefit, or elects to provide an SBP benefit at a reduced level.

## Spouse Only Coverage

In order to be eligible for Spouse Only coverage, the intended SBP beneficiary must be a widow or widower who was (1) married to the retiree at the time of retirement, (2) married to the deceased retiree for at least one year prior to the retiree's death, or (3) the parent of a child born of a post-retirement marriage. The benefit (considering income from all federal sources — including social security and veterans' benefits — attributable to military service) was intended to be at least 55% of the base amount of retired pay the retiree was receiving at the time of death — which, for maximum coverage, is the same as total retired pay.

**Computational Formulas.** The computational formula for determining the amount of retired pay withheld is based on the date the member entered the service and/or the type of retirement the service member is entitled to receive. The formulas are discussed below as the "Original Computational Formula" and the "Flat-Rate Formula." Military personnel who entered the service on or after March 1, 1990, *and* who are not entitled to retired pay under either Chapter 61 of title 10 U.S. Code (Retirement or Separation for Physical Disability), or Chapter 67 (Retired Pay for Non-Regular Service), i.e., "Disability Retired Pay" or "Reserve Retired Pay," will

---

[7] The maximum coverage of 55% of base retired pay is subject to a reduction when certain survivors reach age 62. An explanation of these reductions is provided in the sections below entitled "The Integration of the Survivor Benefit Plan and Social Security Benefits" and "The Two-Tier Survivor Benefit Plan." Use of the "55% maximum coverage" in this report applies to those survivors discussed in the sections below who have not reached age 62.

[8] P.L. 99-145; Nov. 8, 1985; 99 Stat. 676, 677.

have their withholdings computed under the "Flat-Rate" method. Those military personnel who first became a member before March 1, 1990, or those who have their retired pay computed under either Chapter 61 or 67 (regardless of the date of retirement) will have their SBP withholdings computed under whichever alternative (Original or Flat-Rate) is more financially advantageous.[9] The reduction in retired pay does not apply during any month in which there is no eligible spouse (or former spouse) beneficiary. (Reductions to retired pay are not considered taxable income.)

**Original Computational Formula.** Under this method, the retiree's contribution to the total cost of providing the SBP benefit is computed as 2.5% of the first $635 of the base amount of retired pay plus 10% of the remaining base amount of retired pay. This contribution is withheld from the retiree's total monthly retired pay.[10] For example, a hypothetical retiree (E-5, with 20 years of service in 2006) receives a monthly base amount of military retired pay of $1,263 (see **Table 1**). The cost of providing survivor protection for this retiree is $78.68. In other words, $78.68 is deducted from this hypothetical retiree's base amount of monthly retired pay of $1,263 to insure that upon the retiree's death, his or her surviving spouse will receive a monthly survivor benefit of 55% of his or her base amount of retired pay, or $694 per month, if the retiree dies while receiving the $1,263 amount. If the retiree received more than $1,263 per month in total military retired pay — say as an E-8 with 20 years of service, or $2,035 — but elected to provide less than the maximum coverage (by using $1,183, rather than total retired pay, as the base amount), the computation of costs and benefits would remain the same. If an individual's retired pay increases as the result of cost-of-living adjustments (COLAs), the amount deducted from his or her retired pay, and the potential SBP benefit to his or her designated survivor (in this case, his or her spouse), usually will increase proportionately as well. The costs of SBP protection and benefits are computed on the basis of retired pay rates at the time of retirement [including any adjustments made to the base ($635) amount]. All subsequent post-retirement changes are a result of cost-of-living adjustments to retired pay.[11]

---

[9] Members with base amounts of $1,275 or more who retire on or after January 1, 2004, will have their contributions determined using the "Flat-Rate" method.

[10] If total retired pay is less than $635 per month — i.e., $7,620 per year — the base amount must be equal to total retired pay. As of September 30, 2003, only 6.5% of military retirees received less than $7,000 gross yearly (FY2003 DOD Statistical Report on the Military Retirement System, Office of the Actuary, Defense Manpower Data Center: 177-178). Sec. 714 of P.L. 99-145, the FY1986 DOD Authorization Act, provided that the then-$300 base shall be increased by the same percentage amount and at the same time as across-the-board increases in military basic pay after October 1, 1985. The basic pay index will apply only to retirees whose retired pay is computed on the basis of basic pay rates in effect on or after the date of the basic pay increase. As of January 1, 2006, the base amount had been indexed to $635. Amounts are rounded to the lower dollar.

[11] The Omnibus Budget Reconciliation Act (OBRA) of 1993 delayed nondisability retirees' COLA until April 1, 1994. The OBRA did not delay the increase in SBP costs to each nondisability retiree enrolled in the SBP. Therefore, SBP premiums were increased for the three months of retired pay payable on January 1, February 1, and March 1, 1994. Because DOD could not reprogram its retired pay computers to accommodate the new law by January 1, 1994, the three months' of increased SBP premiums were taken out of the retired pay

(continued...)

## Table 1. Computation of Survivor Benefit Plan Costs to a Hypothetical Retiree for Spouse Only Coverage

| | | |
|---|---|---|
| 1. | Enter base amount of retired pay. | $1,263.00 |
| 2. | Enter $635, or total retired pay if less than $635 (see fn. 10). | $635.00 |
| 3. | Multiply the figure in line two by 2.5%. | $15.88 |
| 4. | Subtract $635 from line one.<br>If line one is less than $635 enter zero. | $628.00 |
| 5. | Multiply line four by 10%. | $62.80 |
| 6. | Add lines three and five. | $78.68 |

Line six is the cost of survivor protection under the Spouse Only coverage. The payment to the beneficiary is 55% of base amount military retired pay, or $694. The base $635 is indexed for inflation. *Worksheets are at the end of this report.*

**Flat-Rate Formula.** P.L. 101-189 (November 29, 1989, 103 Stat. 1577 et seq.) revised and simplified the computational formula for determining SBP withholdings.[12] Under this new formula, SBP withholdings are computed to be 6.5% of the base amount of retired pay. A retiree who used $1,263 (E-5, 20 years of service) as the amount of the base amount of retired pay would have $82.83 ($1,263 x 0.065) withheld in order to provide the same level of protection under the Flat-Rate method.

The basic benefit is not affected by the type of computational formula used. (See *Computational Formula*s section for an explanation of who is eligible to use the Flat-Rate method.)[13]

**Remarriage.** Regardless of which formula is used, a surviving spouse (or eligible former spouse) may become ineligible to receive SBP benefits if he or she remarries. Eligibility for SBP benefits when remarriage occurs is dependent upon the age at remarriage and the date that such a remarriage occurs. A surviving spouse (or eligible former spouse) becomes ineligible to receive SBP benefits if he or she remarries prior to reaching age 60, if such a remarriage took place **prior to** November 14, 1986 (remarriage after age 60 does not affect receipt of an SBP

---

[11] (...continued)
received on April 1, 1994.

[12] This legislation also provided for the recomputation of survivor annuities in the case of a member who dies on active duty while qualified to apply for retired pay, or who serves at least 20 years, but is not eligible to receive retired pay as a commissioned officer because he/she has not served at least 10 years as a commissioned officer. Under this language, effective March 1, 1990, the survivor annuity would be computed based on the grade in which the member was serving at the time of death, unless he/she would have been entitled to be retired in a higher grade.

[13] For those individuals retiring on or after January 1, 2004 with base amounts of $1,275 or greater, their premiums are computed using the more generous 6.5% method, regardless of when they entered the service.

benefit). A surviving spouse (or eligible former spouse) becomes ineligible to receive SBP benefits if he or she remarries prior to reaching age 55 if such a remarriage took place **on or after** November 14, 1986 (remarriage after age 55 for these beneficiaries does not affect receipt of SBP payments). If the second marriage is terminated (by death, annulment, or divorce), the original SBP benefit can be reinstated (subject to certain restrictions). The surviving spouse of two or more deceased military retirees (each a participant in the SBP) may select and receive the more financially advantageous benefit.

**"Paid-Up" Provisions.** In 1999, Congress further expanded the generosity of the SBP by enacting the so-called "paid-up" provision. Under this language, reductions in retired pay made to cover the retiree's share cease when two conditions are met: (1) the retiree reaches age 70, and (2) the retiree has participated in the SBP for 360 months. As enacted, these provisions become effective October 1, 2008.[14] Language was included in the Senate version of the National Defense Authorization Act for Fiscal Year 2006 to move the effective date of this provision to October 1, 2005. This language was dropped by the Conference Committee.[15]

## Spouse and Child(ren) Coverage[16]

Under Spouse and Child(ren) coverage, upon the retiree's death, SBP benefits are first paid to the surviving spouse. If the surviving spouse predeceases the retiree, dies after becoming eligible to receive SBP benefits, or becomes ineligible to receive SBP benefits (through remarriage, for example), the SBP benefits will then be paid directly to the designated child or children. If there is more than one child, the SBP benefits are paid in equal shares to each child for as long as he or she remains eligible.

---

[14] P.L. 105-261, 112 Stat. 2045 Oct. 17, 1998. P.L. 106-65; 113 Stat. 667; Oct. 5, 1999; This law extended this provision to participants in the RSFPP. Furthermore, P.L. 105-261; 112 Stat. 2045, Oct. 17, 1998, created an open enrollment that allowed persons not currently participating in the SBP to enroll subject to certain restrictions. P.L. 106-65 extended the paid-up provision to these "late" enrollees, provided they paid the total premiums that would have been withheld from their retired pay, had they been participating since they first became eligible. In addition, from April 1, 1992 through March 31, 1993, retirees who initially rejected coverage were afforded a one-year opportunity to enroll. This late enrollment required greater withholdings on retired pay. (See P.L. 102-190; 105 Stat.1388; Dec. 5, 1991) Lastly, P.L. 105-85; 111 Stat. 1797; Nov. 18, 1997, created a one-year opportunity for participants to discontinue SBP coverage, subject to certain restrictions.

[15] U.S. Congress. Conference Committee, National Defense Authorization Act for Fiscal Year 2006 H.Rept. 109-360, 109th Cong., 1st Sess., H.R. 1815, December 18, 2005: 738.

[16] The term "child" includes an adopted child, a stepchild, foster child, or recognized natural child who lived with the participant in a regular parent-child relationship. It may be necessary for the child to prove dependency in order to be eligible to receive an SBP annuity.

The cost of this coverage is additive to that of Spouse Only coverage, and is determined on an actuarial[17] basis, taking into account the age of the retiree, the spouse, and the youngest child. For example, a retiree who is 45 years old, with a spouse who is 40 years old (i.e., 5 full years younger than the retiree) and a child age 10, would have to pay an additional 0.10% of the base amount of retired pay in order to cover a child or children in addition to the amount paid for Spouse Only coverage. The hypothetical retiree mentioned above under Spouse Only coverage who has $82.55 per month withheld from his or her retired pay (see Flat-Rate formula, p. 5) to provide an SBP benefit for his or her spouse, would thus have an additional $1.26 ($1,263 x 0.10%) withheld per month in order to provide Spouse and Child(ren) coverage.[18] The reduction in retired pay that represents the cost of child protection continues only for as long as there is at least one eligible child.

A child becomes ineligible for an SBP benefit upon reaching age 18 (or 22, if a full-time student).[19] A child who marries becomes ineligible to receive SBP benefits regardless of age.[20] An eligible child who becomes incapacitated (either physically or mentally) may continue to receive SBP benefits for the duration of the incapacitation if the condition existed prior to the child's 18th birthday.

## Child(ren) Only Coverage

Under Child(ren) Only coverage, SBP benefits are paid directly to the surviving child(ren) of a deceased military retiree regardless of whether or not there is a surviving spouse. Eligibility under this coverage is subject to the same restrictions as a child is, or children are, under Spouse and Child(ren) coverage. (Under certain circumstances, spouse coverage can be restored if a spouse later becomes eligible.) The cost of this coverage is also computed on an actuarial basis (and therefore subject to modification). For example, a military retiree who is 45 years old, has a child age 10, and elects maximum coverage, would have approximately 2.5% of his or her base amount of retired pay withheld in order to provide, at the time of his or her death, an SBP survivor benefit for the surviving child. In other words, in the example mentioned above under Spouse Only coverage, $31.58 ($1,263 x 2.5%) would be withheld from a retiree's retired pay in order to provide his or her surviving child(ren) with a benefit of $694 per month. (Child Only coverage is less expensive due to the limitation on the number of years — until age 18 or 22 under most circumstances — a beneficiary remains eligible to receive SBP benefits.)

---

[17] Costs that are actuarially determined are based on probabilities of known life expectancy rates, as well as interest and inflation assumptions.

[18] Since the cost of coverage is computed on an actuarial basis, the cost used in this example is subject to change. Actuarial figures provided by L. Giesecke, Office of the Actuary, Defense Manpower Data Center, Mar. 31, 1992.

[19] A child who becomes ineligible because he or she reaches age 18 and then later becomes a full-time student prior to reaching age 22 may become eligible to receive SBP benefits while a full-time student.

[20] A married child who, prior to being married, was eligible to receive SBP benefits will not become eligible to receive these benefits anew if the marriage ends by divorce. If, however, the marriage is terminated as the result of an annulment, SBP eligibility may be reinstated.

## Persons with an Insurable Interest

Insurable Interest coverage may be selected only if there is neither a spouse nor a dependent child at the time of retirement. Under this coverage a beneficiary is defined as "a natural person with an insurable interest"[21] in the retiree. Included in this category are relatives of the retiree, such as a parent, sibling, or a child who may not qualify for SBP beneficiary status under Spouse Only, Spouse and Child(ren), or Child(ren) Only provisions. Non-relatives, such as a business partner, may also be covered. Unlike other SBP options, Insurable Interest must be elected at the maximum level.

The cost of Insurable Interest coverage is (1) 10% of the base amount of military retired pay *plus* (2) 5% of total base amount of retired pay for each *full* 5 years that the named beneficiary is younger than the retiree. Insurable Interest coverage is thus more expensive than other types of coverage. However, the total cost to the retiree of this coverage cannot exceed 40% of total military retired pay. In other words, a retiree who wishes to provide Insurable Interest coverage to a person 30 or more years younger would have the maximum of 40% of the base amount of military retired pay withheld.

For example, a retiree who is 50 years old and receives $1,263 per month as the base amount of military retired pay, elects to provide protection to a person 10 full years younger. This retiree would have the cost of this protection computed as follows: 10% of the base amount of retired pay (or $126) plus 5% for each full 5 years the beneficiary is younger (in this case the beneficiary is age 40) than the retiree. The SBP costs would thus be $252 (see **Table 2**).

### Table 2. Computation of SBP Costs under Persons with an Insurable Interest Coverage

| | | |
|---|---|---|
| 1. | The amount of base military retired pay. | $1,263.00 |
| 2. | Multiply line one by 10%. | $126.00 |
| 3. | Age of the retiree at his/her last birthday. | 50 |
| 4. | Age of prospective beneficiary as of the date of the retiree's last birthday. | 40 |
| 5. | Subtract line three from line four. (If line three is less than line four, enter 0.) | 10 |
| 6. | Divide the sum in line five by the number 5 and round the quotient to the lower whole number. | 2 |
| 7. | Multiply 5% by line six. | 10% |
| 8. | Multiply line one by line seven. | $126.00 |
| 9. | Add line two and line eight. | $252.00 |
| 10. | Multiply line one by 40%. | $505.00 |
| 11. | Compare lines nine and ten: enter the lesser. | $252.20 |

[21] 10 U.S.C. 1448(b)(1).

Line 11 is the cost of survivor protection under the Persons with an Insurable Interest category of coverage. The payment to the beneficiary is 55% of the base amount of military retired pay less the premium, or ($1,263-252) x 55%=$556. *Worksheets are at the end of this report.*

According to language contained in the National Defense Authorization Act for FY1995, Insurable Interest coverage could be voluntarily discontinued (except in those cases where a former spouse is being covered). Retirees discontinuing this coverage, who later remarry or acquire dependents, may again participate in the SBP under another allowable beneficiary category.[22]

## Former Spouse Coverage[23]

A military member may choose, or may be required by a court order, to provide SBP coverage for a former spouse, depending on when the divorce occurred. This election can occur as part of or incident to a divorce-related property settlement. For divorces occurring before November 14, 1986, federal law explicitly states that *no court was authorized to order* a member or retiree to provide SBP protection to a former spouse. If a retiree voluntarily decides, *in writing*, to provide benefits to a former spouse, this decision must be honored by the retiree. The retiree who elected Spouse Only or Spouse and Child(ren) coverage, and was subsequently divorced before November 14, 1986, may switch to Former Spouse coverage for the (now) ex-spouse. This latter change in coverage must be elected within one year of the date the divorce decree becomes final.

If a divorce occurs on or after November 14, 1986, however, *a court may order* a member or retiree to provide SBP protection as part of or incident to a divorce. According to changes in law implemented by the FY1987 DOD Authorization Act (P.L. 99-661, November 14, 1986), "A court order may require a person to elect (or to enter into an agreement to elect) ... to provide an annuity to a former spouse (or to both a former spouse and child)."[24] This language does not require courts to make such an order but gives them the freedom to do so.

The FY1986 DOD Authorization Act (P.L. 99-145, November 8, 1985) included a change in Former Spouse coverage which provided that military retirees and "former spouses ... covered under the insurable interest category (could) ... elect jointly to switch to spouse coverage at the maximum level within one year (and it provided) current participants who had the option of electing Former Spouse coverage in the past and chose not to do so, the option of electing Former Spouse

---

[22] U.S. Congress, House Conference Committee, National Defense Authorization Act for Fiscal Year 1995, H.Rept. 103-701, 103rd Cong., 2d Sess., S. 2182, Aug.12, 1994: 132-133. (P.L. 103-336) It is expected that this change will affect approximately 3,000 of the more that SBP 900,000 participants. Rick Maze,"Survivor Benefit Plan ...," *Air Force Times*, Sept. 12, 1994: 20.

[23] For more information on issues affecting former spouses, see CRS Report RL31663, *Military Benefits for Former Spouse: Legislation and Policy Issues*, by David F. Burrelli.

[24] 10 U.S.C. 1550(f)(4).

coverage."[25] Those electing Former Spouse coverage after March 1, 1986, have the cost of this coverage and benefit amount computed in the same manner as in the case of Spouse Only coverage.

Because a retiree may provide only one type of SBP coverage for one category of beneficiary, election of coverage for a former spouse can have the effect of denying SBP protection to a second or future spouse. However, it is not clear whether courts have the authority to divide SBP benefits between a former spouse and current/subsequent spouse. In other words, although the services will provide SBP benefits to only one category of beneficiary (former spouse, for example), it is not clear whether or not a court, as part of an equitable divorce property settlement, has the authority to divide SBP benefits between a former spouse (designated to receive them in this example) and a current/subsequent spouse.

The FY2000 National Defense Authorization Act provided for the "effectuation of intended SBP annuity for [a] former spouse when not elected by reason of [the] untimely death of [the] retiree."[26] This language pertains to any retiree who, on or after August 21, 1983, agreed to (or was required by a court to) provide SBP coverage to a former spouse, but who died within 21 days of making such an agreement (or being so required). Under this language, the former spouse of such a retiree is deemed to have been covered effective November 5, 1999.

## Former Spouse and Child(ren) Coverage

Coverage for a former spouse and child(ren) became available on March 1, 1986.[27] This coverage is provided on the same terms as Spouse and Child(ren) coverage described above.

## Coverage for Military Members Retired from the Reserve Components

As with the Survivor Benefit Plan for active duty retirees, retirement eligible members of the reserves (Army Reserve, Naval Reserve, Marine Corps Reserve, Air Force Reserve and Coast Guard Reserve) and National Guard (Army National Guard and Air National Guard) may elect to provide SBP protection for their survivors. However, because members of the Reserve Components[28] are not eligible to receive Reserve Component retired pay until age 60, regardless of the age at which they actually retire, the structure of the Reserve Component SBP (RCSBP) is different from that applicable to active duty members.

---

[25] U.S. Congress, House Conference Committee, *Department of Defense Authorization Act*, 1986. S.Rept. 99-235, S. 1160. 99th Cong., 1st Sess., July 29, 1985: 443. (Hereafter cited as Conference Committee, DOD 1986 Authorization.)

[26] P.L. 106-65; 113 Stat. 668; Nov. 5, 1999.

[27] Conference Committee, DOD 1986 Authorization: 96.

[28] "Reserve Components" refers to both Reserve and National Guard personnel.

Prior to 1978, Reserve Component personnel could not provide survivor protection for an eligible beneficiary until they were eligible to draw retired pay at age 60. Legislation passed in 1978[29] allows Reserve Component members to decide whether or how they will participate in the RCSBP when they are notified of retirement eligibility (not yet eligible to receive retired pay) — in almost all cases, many years before reaching age 60.

Reserve Component members who are not yet 60 years old and who are retirement eligible may elect to provide SBP protection under one of three options. The costs and amount of coverage available depend on the option selected and the category of beneficiary. A prospective Reserve Component retiree must select one of the following RCSBP options within 90 days of being notified of retirement eligibility:

**Option A** - The retiree may decline RCSBP protection. Should the retiree die before reaching age 60, no RCSBP benefit will be paid. The retiree will again be offered the opportunity to participate in the SBP upon reaching age 60.

**Option B** - The retiree may elect RCSBP coverage such that survivor payments will begin on (1) the date of the retiree's death of (2) the date the retiree would have turned 60, whichever is later.

**Option C** - The retiree may elect, under this option, to provide an RCSBP benefit that would begin immediately following the death of the retiree, regardless of the retiree's age at the time of death.

Under option A, the costs and types of coverage available once the retiree reaches age 60 are the same as under the active duty SBP. Under options B and C, the cost of RCSBP protection is shared by the retiree, the Government, and the beneficiary. The retiree's portion is paid through deductions in retired pay beginning at age 60. The beneficiary's or beneficiaries' share is paid through benefit reductions. The costs under options B and C are dependent upon the type of coverage (see active duty retirees), as well as the age of the retiree and selected beneficiary(ies).

Under certain circumstance, an RCSBP benefit may be paid to the eligible surviving spouse, dependent child(ren), or former spouse of a member of the Reserve Components who dies

(1) before being notified that he or she had completed the years of service required to be eligible for Reserve Component retired pay; or

(2) during the 90-day period beginning on the date of notification that the member had completed the years of service required for eligibility for Reserve Component retired pay, if he or she had not already rejected participation in the RCSBP.

---

[29] P.L. 95-397, 92 Stat. 843, Sept. 30, 1978.

The income payable is equal to 55% of retired pay which the member would have been entitled to receive had the service member been retired and at least age 60 at the time of death (less any Veterans Affairs Dependency and Indemnity Compensation payable, see below).

## "Forgotten Widow" Coverage

In 1997, Congress created a special annuity of then-$165, now $205.61, (subject to cost of living adjustments) payable monthly to certain surviving spouses. These widows were married to certain retired or retirement-eligible members who died without electing SBP coverage. Subject to certain restrictions on remarriage and the receipt of certain other government-sponsored compensation, the eligible surviving spouse must have been married to a member who

> (A) became entitled to retired or retainer pay before September 21, 1972, died before March 21, 1974, and was entitled to retired or retainer pay on the date of death; or
> (B) died before October 1, 1978, and at the time of his death would have been entitled to retired pay under chapter 67 [Retired Pay for Non-Regular Service] of title 10, United States Code (as in effect before December 1, 1994), but for the fact that he was under 60 years of age.[30]

## Coverage for Military Members Serving on Active Duty

Under the original SBP, an SBP benefit may be paid to an eligible spouse, dependent child(ren), eligible former spouse, or eligible former spouse and dependent child(ren) following the death of an active duty member. This benefit will be paid if the deceased active duty service member, at the time of death,

(1) was eligible to receive retired pay; or

(2) was a commissioned officer, had completed 20 years of service, but was not yet eligible to retire as a commissioned officer.[31]

The SBP benefit payable to the survivor of such a deceased active duty member is equal to 55% of the amount of retired pay (less any amount received on the basis of Department of Veterans Affairs (VA) Dependency and Indemnity Compensation or DIC; see section below on VA DIC) that the deceased service member would have been eligible for had he or she elected maximum coverage and retired on the day of his or her death.

---

[30] P.L. 105-85; 111 Stat. 1800; Nov. 18, 1997 as amended by P.L. 106-65; 113 Stat. 668; Nov. 5, 1999 as amended by P.L. 107-314; sec. 634; Dec. 2, 2002.

[31] Former enlisted personnel or warrant officers who are commissioned must complete at least 10 years of active duty as commissioned officers before they are allowed to retire as commissioned officers. Section 523, P.L. 101-510, Nov. 5, 1990, reduced the ten-year minimum to eight years, through Oct. 1, 1995, to assist in the drawdown of the Armed Forces.

Recent legislation[32] has expanded the coverage to the survivors of individuals who die while on active duty and who are *not* retirement-eligible, effective September 10, 2001. Under these provisions, the surviving spouses of active duty personnel who die are provided an annuity. This annuity for an active duty (non-retirement-eligible member) is determined by assuming the individual would have been eligible to retire under Sec. 1201, Title 10 USC,[33] with a total disability. The surviving spouse's annuity is based on the amount of disability retired pay the servicemember would have received under Sec. 1201. The spouse's share is 55% of that amount of the member's disability retired pay if the surviving spouse is under age 62, and 35% if age 62 or over. Depending on when the individual entered the service, the amount used may be either the terminal monthly basic pay (for those who entered service on or before September 7, 1980) or the average basic pay for the 36-month period (i.e., "high three" years) the member earned the highest rate of basic pay (for those who entered the service after September 7, 1980).[34] The amount of monthly disability pay is computed either by multiplying the determined amount of basic pay by the percentage disability or by computing 2.5% of basic pay times the member's years of service up to 75%, whichever is higher. Since the legislation assumes the level of disability is 100%, the amount of basic pay (or "high three") used would be multiplied by 75%. In 2003, Congress allowed for these benefits to be paid to the surviving children, if any, of an active member who dies.[35] With the children as the SBP beneficiaries, the surviving spouse avoids any offsets from the receipt of Dependency and Indemnity Compensation (see the sec. entitled "Survivor Benefit Plan and Veterans' Affairs Dependency and Indemnity Compensation").

## Survivor Benefit Plan and Social Security

The relationship between benefits received from the Survivor Benefit Plan and social security is complicated and has been subjected to periodic changes. For this reason, the following three sections describe how military personnel are covered under social security, the relationship between SBP and social security benefits (**integration**) that existed before enactment of the FY1986 DOD Authorization Act,[36] and the changes in the SBP which affected the interaction of the two benefit systems that were made by this latter act and others.

---

[32] P.L. 107-107, 115 Stat. 1151 et seq.; Dec. 28, 2001.

[33] Under these provisions, the member's disability may not be the result of intentional neglect of misconduct.

[34] P.L. 108-375, sec. 641, Oct. 28, 2004 modified the computation of retired pay for reservist who die on active duty "by calculating the average monthly basic pay for purposes of ... annuity payments as if they had been entitled to basic pay for the 36 months preceding their retirement [or active duty death] regardless of whether the member served the entire period on active duty." Congressional Record, Oct. 8, 2004: H9544.

[35] P.L. 108-136, Nov. 24, 2003.

[36] P.L. 99-145; 99 Stat. 666 et seq.; Nov. 8, 1985.