Order Code RL33571

CRS Report for Congress
Received through the CRS Web

# The FY2007 National Defense Authorization Act: Selected Military Personnel Policy Issues

July 21, 2006

Charles A. Henning, Coordinator
Analyst in National Defense
Foreign Affairs, Defense, and Trade Division

Richard A. Best, Jr., David F. Burrelli, and Lawrence Kapp
Specialists in National Defense
Foreign Affairs, Defense, and Trade Division

DA 065

# The FY2007 National Defense Authorization Act: Selected Military Personnel Policy Issues

## Summary

Military personnel issues typically generate significant interest from many Members of Congress and their staffs. Ongoing military operations in Iraq and Afghanistan in support of the Global War on Terror, along with the emerging operational role of the Reserve Components, has further heightened interest and support for a wide range of military personnel policies and issues.

CRS has selected a number of issues being considered by Congress as the FY2007 National Defense Authorization Act evolves. In each case, a brief synopsis is provided that includes background information, a comparison of the House and Senate provisions, if any, and a brief discussion of the issue. Where appropriate, other CRS products are identified to provide more detailed background information and analysis of the issue. For each issue, a CRS analyst is identified and contact information is provided.

This report focuses exclusively on the annual authorization process. It does not include appropriations, veterans' affairs, tax implications of policy choices or any discussion of separately introduced legislation. After any revisions to H.R. 5122/S. 2766 by a conference, this report will be updated.

It is anticipated that this will become an annual CRS report.

## Contents

Time-in-Grade for Promotion to 0-3 . . . . . . . . . . . . 2

Sexual Harassment and Violence at Service Academies . . . . . . . . . . . . 3

Sexual Assault Information included in Department of Defense Annual Report . . . . . . . . . . . . 4

Purple Heart Medal for Prisoners of War . . . . . . . . . . . . 5

Military Chaplains . . . . . . . . . . . . 6

Targeted Shaping of the Manpower Distribution of the Armed Forces . . . . . . . . . 7

Transportation of Remains of Casualties Dying in a Theater of Combat Operations . . . . . . . . . . . . 8

Military Pay Raise . . . . . . . . . . . . 9

Servicemembers Group Life Insurance (SGLI) Full Coverage for OIF and OEF . . . . . . . . . . . . 10

Repeal of the Requirement of Reduction of Survivor Benefit Plan Annuities (SBP) by Dependency and Indemnity Compensation . . . . . . . . . . . . 11

Effective Date of "Paid-Up" Coverage under the Military Survivor Benefit Plan (SBP) . . . . . . . . . . . . 12

Eligibility of Certain Additional Dependent Children for Survivor Benefit Plan (SBP) Annuities . . . . . . . . . . . . 13

Expansion of Conditions for Direct Payment of Divisible Retired Pay under the Uniformed Services' Former Spouse Protection Act (USFSPA) . . . . . 14

Authority for Cost of Living Adjustments of Retired Pay Treated as Divisible Property . . . . . . . . . . . . 15

Notice and Copy to Members of Court Orders on Payment of Retired Pay . . . . 16

Concurrent Receipt for Military Retirees with Service-Connected Disabilities Rated as Total by Virtue of Unemployability . . . . . . . . . . . . 17

Tricare Coverage for Forensic Examination Following Sexual Assault or Domestic Violence . . . . . . . . . . . . 18

Prohibition of Increases in Enrollment Fees for Tricare Prime . . . . . . . . . . . . 19

Limitation on Increased Tricare Premiums for Reservists . . . . . . . . . . . . 20

DOD Task Force on the Future of Military Health Care . . . . . . . . . . . . . . . . . . . . 21

Comptroller General Study and Report on the Defense Health Program . . . . . . 22

Treatment of Tricare Retail Pharmacy Network Under Federal Procurement of Pharmaceuticals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Retiree Tricare Coverage and Employer Health Plans . . . . . . . . . . . . . . . . . . . . . 24

Disallowing Costs of Incentive Payments to Employees for Tricare Enrollment for Federal Contractors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

National Mail-Order Pharmacy Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Early Diagnosis/Treatment of Post Traumatic Stress Disorder (PTSD) . . . . . . . 28

Extension on Limitation of Conversion of Military Medical and Dental Positions to Civilian Positions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Roles for Weapons of Mass Destruction Civil Support Teams . . . . . . . . . . . . . . 30

Modification of Presidential Reserve Call Up Authority . . . . . . . . . . . . . . . . . . . 31

Revision in Computation of Disability Retired Pay Formula for Certain Reserve Component Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

Tricare Benefits for Non-Activated Members of the Selected Reserve . . . . . . . . 33

Modifying Reserve Retirement Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Role of National Guard Bureau and Status of National Guard Bureau Chief . . . 35

# The FY2007 National Defense Authorization Act: Selected Military Personnel Policy Issues

Each year, the Senate and House Armed Services Committee report their respective versions of the National Defense Authorization Act (NDAA). These contain numerous provisions that affect military personnel, retirees and their family members. Provisions in one version are often not included in another, treated differently, or, in certain cases, they are identical. Following passage of each by the respective legislative body, a Conference Committee is typically convened to resolve the various differences between the House and Senate versions. If a Conference Committee reports its final version of the Authorization Act, the bill is returned to the House and Senate for their consideration. Upon final passage the act is sent to the President for his consideration.

In the course of a typical authorization cycle, congressional staffs receive many constituent requests for information on provisions contained within the annual NDAA. This report highlights those personnel-related issues that seem to generate the most intense constituent interest and tracks their status in the FY2007 House and Senate versions of the NDAA. Each presentation offers the background on a given issue, tracks its legislative status, discusses the proposed language, identifies other relevant CRS products, and designates a CRS issue expert.

With a conference on H.R. 5122/S. 2766 pending, this report will be updated as warranted.

# Repeal of the Requirement of Reduction of Survivor Benefit Plan Annuities (SBP) by Dependency and Indemnity Compensation

**Background:** The military Survivor Benefit Plan (SBP) provides annuities to the survivors of military personnel and retirees. If the military retiree was eligible to receive disability payments from the Department of Veterans Affairs (VA), that retiree's surviving spouse would be eligible to receive VA Dependency and Indemnity Compensation (DIC). Under law there is a dollar-for-dollar offset to SBP for any DIC payments. Language in the Senate version of the FY2006 National Defense Authorization Act would have eliminated this offset, but it was removed by the Conference Committee. Instead, Congress ordered the Comptroller General to report on the actuarial soundness of the SBP (P.L. 109-163, January 6, 2006, sec. 666.).

| House (H.R. 5122) | Senate (S. 2766) | Conference |
|---|---|---|
| No reported language. | Sec. 642 repeals this offset effective the first day of the first month following enactment. This language would also require a surviving spouse to repay any refunded SBP premiums paid as a result of the offset unless the Secretary of Defense waives such repayment. | |

**Discussion:** Congress recently repealed the disability payment offset to the military retirement pay of certain retirees. By extension, surviving spouses have argued that it is only appropriate that they too should be allowed to receive VA DIC benefits and military SBP payments concurrently. Critics contend that this is a form of dual compensation based on the same period of military service.

**Reference(s):** CRS Report RL31664, *The Military Survivor Benefit Plan: A Description of Its Provisions*, by David F. Burrelli.

**CRS POC:** David F. Burrelli at 7-8033.

HR 808 IH

109th CONGRESS

1st Session

**H. R. 808**

To amend title 10, United States Code, to repeal the offset from surviving spouse annuities under the military Survivor Benefit Plan for amounts paid by the Secretary of Veterans Affairs as dependency and indemnity compensation.

**IN THE HOUSE OF REPRESENTATIVES**

**February 15, 2005**

Mr. BROWN of South Carolina (for himself, Mr. BARTLETT of Maryland, Mr. BRADLEY of New Hampshire, Ms. GINNY BROWN-WAITE of Florida, Mr. CALVERT, Mrs. CHRISTENSEN, Mr. TOM DAVIS of Virginia, Mr. EDWARDS, Mr. FILNER, Mr. FOLEY, Mr. GREEN of Wisconsin, Mr. HOLT, Mr. JENKINS, Mr. JONES of North Carolina, Ms. KAPTUR, Ms. KILPATRICK of Michigan, Mrs. MCCARTHY, Mr. MILLER of Florida, Mr. MORAN of Virginia, Mr. REYES, Ms. LINDA T. SANCHEZ of California, Mr. TERRY, Mr. WOLF, and Ms. WOOLSEY) introduced the following bill; which was referred to the Committee on Armed Services

**A BILL**

To amend title 10, United States Code, to repeal the offset from surviving spouse annuities under the military Survivor Benefit Plan for amounts paid by the Secretary of Veterans Affairs as dependency and indemnity compensation.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

## SECTION 1. SHORT TITLE.

This Act may be cited as the `Military Surviving Spouses Equity Act'.

DA 071

## SEC. 2. REPEAL OF DEPENDENCY AND INDEMNITY COMPENSATION OFFSET FROM SURVIVOR BENEFIT PLAN SURVIVING SPOUSE ANNUITIES.

(a) Repeal- Subsections (c), (e), and (k) of section 1450 of title 10, United States Code, and subsection (c)(2) of section 1451 of such title are repealed.

(b) Effective Date- The amendments made by subsection (a)--

(1) shall take effect on the later of October 1, 2005, and the date of the enactment of this Act; and

(2) shall apply with respect to payment of annuities under subchapter II of chapter 73 of title 10, United States Code, for months beginning on or after that date.

(c) Recoupment of Certain Amounts Previously Refunded to SPB Recipients- (1) A surviving spouse who is in receipt of an SBP annuity that is in effect before the date specified in subsection (b) and that is adjusted by reason of the amendments made by subsection (a) and who had previously received an SBP retired pay refund shall repay an amount determined under paragraph (2). Any such repayment shall be made in the same manner as a repayment under subsection (k)(2) of section 1450 of title 10, United States Code, as in effect on the date of the enactment of this Act.

(2) The amount of a repayment under paragraph (1) shall be the amount that bears the same ratio to the amount of that refund as the surviving spouse's life expectancy (determined in accordance with standard actuarial practices) bears to the anticipated total duration of the annuity (determined as the sum of such life expectancy and the duration of the annuity already received).

(3) In this subsection:

(A) The term `SBP annuity' means an annuity under the program established under subchapter II of chapter 73 of title 10, United States Code.

(B) The term `SBP retired pay refund' means a refund under subsection (e) of section 1450 of title 10, United States Code, as in effect before the date specified in subsection (b).

*END*



DA 072

S 185 IS

109th CONGRESS

1st Session

**S. 185**

To amend title 10, United States Code, to repeal the requirement for the reduction of certain Survivor Benefit Plan annuities by the amount of dependency and indemnity compensation and to modify the effective date for paid-up coverage under the Survivor Benefit Plan.

**IN THE SENATE OF THE UNITED STATES**

**January 26, 2005**

Mr. NELSON of Florida (for himself, Mr. CORZINE, Mr. HAGEL, Mr. DURBIN, and Mr. DAYTON) introduced the following bill; which was read twice and referred to the Committee on Armed Services

**A BILL**

To amend title 10, United States Code, to repeal the requirement for the reduction of certain Survivor Benefit Plan annuities by the amount of dependency and indemnity compensation and to modify the effective date for paid-up coverage under the Survivor Benefit Plan.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

## SECTION 1. SHORT TITLE.

This Act may be cited as the `Military Retiree Survivor Benefit Equity Act of 2005'.

## SEC. 2. REPEAL OF REQUIREMENT OF REDUCTION OF SBP SURVIVOR ANNUITIES BY DEPENDENCY AND INDEMNITY COMPENSATION.

(a) Repeal- Subchapter II of chapter 73 of title 10, United States Code is amended--

DA 073

(1) in section 1450(c)(1), by inserting after `to whom section 1448 of this title applies' the following: `(except in the case of a death as described in subsection (d) or (f) of such section)'; and

(2) in section 1451(c)--

(A) by striking paragraph (2); and

(B) by redesignating paragraphs (3) and (4) as paragraphs (2) and (3), respectively.

(b) Prohibition on Retroactive Benefits- No benefits may be paid to any person for any period before the effective date provided under subsection (e) by reason of the amendments made by subsection (a).

(c) Prohibition on Recoupment of Certain Amounts Previously Refunded to SBP Recipients- A surviving spouse who is or has been in receipt of an annuity under the Survivor Benefit Plan under subchapter II of chapter 73 of title 10, United States Code, that is in effect before the effective date provided under subsection (e) and that is adjusted by reason of the amendments made by subsection (a) and who has received a refund of retired pay under section 1450(e) of title 10, United States Code, shall not be required to repay such refund to the United States.

(d) Reconsideration of Optional Annuity- Section 1448(d)(2) of title 10, United States Code, is amended by adding at the end the following new sentences: `The surviving spouse, however, may elect to terminate an annuity under this subparagraph in accordance with regulations prescribed by the Secretary concerned. Upon such an election, payment of an annuity to dependent children under this subparagraph shall terminate effective on the first day of the first month that begins after the date on which the Secretary concerned receives notice of the election, and, beginning on that day, an annuity shall be paid to the surviving spouse under paragraph (1) instead.'.

(e) Effective Date- The amendments made by this section shall take effect on the later of--

(1) the first day of the first month that begins after the date of the enactment of this Act; or

(2) the first day of the fiscal year that begins in the calendar year in which this Act is enacted.

## SEC. 3. EFFECTIVE DATE FOR PAID-UP COVERAGE UNDER SURVIVOR BENEFIT PLAN.

Section 1452(j) of title 10, United States Code, is amended by striking `October 1, 2008' and inserting `October 1, 2005'.