**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PATRICIA R. SHARP,<br>MARGARET M. HAVERKAMP,<br>and IVA DEAN ROGERS,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 07-547C<br>(Judge Miller)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO ENLARGE**

Pursuant to Rule 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a seven day enlargement of time, to and including November 8, 2007, to file the Government's reply to plaintiffs' response to our motion to dismiss. Pursuant to RCFC Rules 6(e) and 7.2(c), our reply is currently due on November 1, 2008. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with plaintiffs' counsel, and he does not oppose this motion for enlargement.

The United States requests this brief enlargement of time because counsel for defendant just received comments from the Department of Defense concerning plaintiffs' response, and needs this additional time to incorporate the agency's comments into the Government's reply, and have that brief reviewed by his supervisors.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for a seven day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

KELLY L. McGOVERN
Major, USA
Military Personnel Branch
Army Litigation Division
Arlington, VA

SCOTT LAFFERTY
Senior Associate Counsel
Office of General Counsel
Military and Civilian Pay Law Directorate
Defense Finance and Accounting Service
Cleveland, Ohio

October 29, 2007

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on October 29th, 2007, a copy of the foregoing "**DEFENDANT'S MOTION TO ENLARGE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle