**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PATRICIA R. SHARP,** <br> **MARGARET M. HAVERKAMP,** <br> **and IVA DEAN ROGERS,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **No. 07-547C** <br> **(Judge Miller)** |

**DEFENDANT'S MOTION TO ENLARGE**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a five day enlargement of time, to and including November 13, 2007, to file the Government's reply to plaintiffs' response to our motion to dismiss. Pursuant to our seven-day request for enlargement of time filed on November 1, 2007, our reply is currently due on November 8, 2008. This is defendant's second request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with plaintiffs' counsel, and he does not oppose this motion for enlargement.

In our initial motion seeking an enlargement of time to file this reply, we explained that counsel for defendant had just received comments from the Department of Defense concerning plaintiffs' response, and he needed the additional time to incorporate the agency's comments into the Government's reply, and have that brief reviewed by his supervisors.

Although the comments from the Department of Defense (DOD) have been incorporated into a draft reply brief, due to the nature of the issues in this case, the review process within the Department of Justice is still ongoing. Thus, we will require additional time before we are able to finalize our brief for filing with the Court. The requested amount of time also takes into

account the fact that Monday is a Federal holiday. Under these circumstances, although counsel for the United States had hoped to avoid requesting another enlargement of time, we are concerned that absent approval of our request, we will be unable to devote sufficient time to ensure we file an appropriate brief with this Court.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for a five day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

Counsel for Defendant

OF COUNSEL:

KELLY L. McGOVERN
Major, USA
Military Personnel Branch
Army Litigation Division
Arlington, VA

SCOTT LAFFERTY
Senior Associate Counsel
Office of General Counsel
Military and Civilian Pay Law Directorate
Defense Finance and Accounting Service
Cleveland, Ohio

November 8, 200

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 8th, 2007, a copy of the foregoing "**DEFENDANT'S MOTION TO ENLARGE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle