**No. 07-547C**
**(Judge Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**PATRICIA R. SHARP,**
**MARGARET M. HAVERKAMP,**
**and IVA DEAN ROGERS,**

**Plaintiffs,**

**v,**

**THE UNITED STATES,**

**Defendant.**

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

---

Patricia R. Sharp, Margaret M. Haverkamp, and Iva Dean Rogers ("Plaintiffs") respectfully move for leave to file the attached Surreply Brief in Opposition to Defendant's Motion to Dismiss. Defendant stated in an email on November 30, 2007 that it does not oppose Plaintiffs' motion for leave.

Plaintiffs seek to file a surreply in order to respond to two arguments made by Defendant in its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss ("Reply Brief"), filed November 13, 2007. First, Defendant's belated invocation of *Chevron* deference lacks merit in view of the Supreme Court's subsequent limitation of *Chevron*. *United States v. Mead Corp.*, 533 U.S. 218 (2001); *Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc.*, 467 U.S. 837 (1984). Second, Plaintiffs wish to set the record straight regarding Defendant's assertion that Plaintiffs relied upon an incorrect date for a Congressional Budget Office ("CBO") report. Plaintiffs remain correct about the dates of the various CBO reports related to the legislation in question and reaffirm their argument that the CBO's failure to modify its analysis in response to Congress's amendment should not be treated as a deliberate interpretation of the statute.

Respectfully submitted,

_ /s/ Edward R. Reines____________

Edward R. Reines
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: (650) 802-3000
Fax: (650) 802-3100

Michael R. Franzinger
Azra M. Hadzimehmedovic
WEIL, GOTSHAL & MANGES, LLP
1300 Eye Street NW
Washington, DC 20005
Phone: (202) 682-7000
Fax: (202) 857-0939

December 3, 2007

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 3, 2007, a copy of the foregoing "**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael R. Franzinger
Michael R. Franzinger