# United States Court of Federal Claims

| | |
|---|---|
| PATRICIA R. SHARP, MARGARET M. HAVERKAMP, and IVA DEAN ROGERS, Plaintiffs, | No. 07-547C |
| v. | Filed December 4, 2007 |
| THE UNITED STATES, Defendant. | |

## ORDER

Plaintiffs have moved for leave to file a surreply brief in opposition to defendant's motion to dismiss. *See* Docket Entry 10. The Court agrees that the arguments to which plaintiffs respond in their proposed surreply brief were raised by defendant for the first time in its reply brief, and a surreply is therefore appropriate and helpful. Accordingly, the Court **GRANTS** plaintiffs' motion for leave to file a surreply brief. The Court will consider plaintiffs' proposed surreply (docket entry 11) in ruling on defendant's motion to dismiss. Should defendant feel it necessary to respond to any of the arguments raised in plaintiffs' surreply, defendant shall file such response not later than **Tuesday, December 18, 2007**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge