# United States Court of Federal Claims

| | |
|---|---|
| PATRICIA R. SHARP, MARGARET M. HAVERKAMP, and IVA DEAN ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-547C<br><br>Filed January 24, 2008 |

## ORDER

After further consideration of the parties' briefs, the Court has identified an issue in addition to the six issues identified in the Court's January 17, 2008 order that it would like the parties to address during oral argument on defendant's motion to dismiss. The Court would find it helpful if the parties would address the following issue:

7. Statutory repeals by implication are generally disfavored. *See, e.g., Ruckelshaus v. Monsanto Co.*, 467 U.S. 986, 1018 (1984); *Radzanower v. Touche Ross & Co.*, 426 U.S. 148, 156 (1976). Plaintiffs' interpretation of 38 U.S.C. § 1311(e) appears to require an implicit partial repeal of 10 U.S.C. § 1450(c)(1). What are the parties' positions regarding this issue, and what authorities support those positions?

As stated in its January 17, 2008 order, the Court anticipates that it may identify additional questions that it would like the parties to address during oral argument. If the Court identifies such questions, it will endeavor to inform the parties of these questions with as much advance notice as possible prior to oral argument. However, the Court also reserves the right to pose additional questions to the parties at oral argument without advance notice.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge