**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PATRICIA R. SHARP,** | ) | |
| **MARGARET M. HAVERKAMP,** | ) | |
| **and IVA DEAN ROGERS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 07-547C** |
| **v.** | ) | **(Judge Miller)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO ENLARGE**

Pursuant to Rule 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC), and the Court's February 11, 2008 opinion and order, defendant, the United States, respectfully requests a three day enlargement of time, to and including February 29, 2008, to file the Government's answer to plaintiffs' complaint. Our answer is currently due on February 26, 2008. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with plaintiffs' counsel, and he does not oppose this motion for enlargement.

The United States requests this brief enlargement of time because counsel for defendant has not received certain information and final comments from the Department of Defense Finance and Accounting Service ("DFAS") concerning plaintiffs' complaint. The information, primarily financial data, is especially critical to our ability to answer the complaint, and ultimately, the expeditious resolution of this stage of the litigation. Furthermore, because we expect to receive this information in the next few days, this additional time will allow defendant to incorporate DFAS's comments and information into the Government's answer, and have that answer reviewed within the Department of Justice prior to its filing.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for a three day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

KELLY L. McGOVERN
Major, USA
Military Personnel Branch
Army Litigation Division
Arlington, VA

SCOTT LAFFERTY
Senior Associate Counsel
Office of General Counsel
Military and Civilian Pay Law Directorate
Defense Finance and Accounting Service
Cleveland, Ohio

February 26, 2009

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 26, 2008, a copy of the foregoing "**DEFENDANT'S MOTION TO ENLARGE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle