**No. 07-547C**
**(Judge Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**PATRICIA R. SHARP,**
**MARGARET M. HAVERKAMP,**
**and IVA DEAN ROGERS,**

**Plaintiffs,**

**v,**

**THE UNITED STATES,**

**Defendant.**

---

# LIST OF STIPULATED FACTS

---

**LIST OF STIPULATED FACTS**

WHEREAS, Plaintiffs and Defendant wish to enter into a stipulation regarding certain facts to expedite disposition of this action by the Court of Federal Claims,

IT IS HEREBY STIPULATED THAT:

1. Plaintiff Patricia R. Sharp is the surviving spouse of a deceased veteran and military retiree, Brigadier General Richard H. Sharp.

2. Ms. Sharp is eligible to receive a Survivor Benefit Plan (“SBP”) annuity.

3. Ms. Sharp is eligible to receive Dependency and Indemnity Compensation (“DIC”) payments.

4. Ms. Sharp remarried in 2000 at the age of 60.

5. The Department of Veterans Affairs (“VA”) has paid Ms. Sharp DIC since January 1, 2004.

6. The Defense Finance and Accounting Service (“DFAS”) paid Ms. Sharp a full SBP annuity from a time prior to January 1, 2004 until October 1, 2004.

7. Effective October 1, 2004, DFAS began offsetting Ms. Sharp’s SBP by the amount of her DIC.

8. Ms. Sharp’s SBP payments continue to be offset by the amount of her DIC entitlement, and the offset amount is currently $1,674.00 per month.

9. For the period from January 1, 2004 through October 1, 2004, Ms. Sharp’s SBP was not offset by her DIC, and DFAS has demanded she return the $13,347.00 in DIC she received during this period.

10. Defendant has engaged in a gradual collection of the amount referenced in paragraph 9 above, plus interest, withholding $2,329.40 from Ms. Sharp’s SBP through February 29, 2008.

11. If Ms. Sharp prevails in her complaint, she is due $73,953.40 for the period from January 1, 2004 through June 30, 2008, plus $1,674.00 per additional month after June 30, 2008 that is covered by the judgment (if any), plus any amount withheld in collection of

the funds referenced in Paragraph 9 above after February 29, 2008 in a month that is covered by the judgment (if any).

12. Plaintiff Margaret M. Haverkamp is the surviving spouse of a deceased veteran and military retiree, Lieutenant Colonel George Talbot.

13. Ms. Haverkamp is eligible to receive a Survivor Benefit Plan ("SBP") annuity.

14. Ms. Haverkamp is eligible to receive Dependency and Indemnity Compensation ("DIC") payments.

15. Ms. Haverkamp remarried in 2000 at the age of 65.

16. The VA has paid Ms. Haverkamp DIC since January 1, 2004.

17. DFAS paid Ms. Haverkamp a full SBP annuity from a time prior to January 1, 2004 until January 31, 2005.

18. Effective February 1, 2005, DFAS began offsetting Ms. Haverkamp's SBP by the amount of her DIC.

19. Ms. Haverkamp's SBP payments continue to be offset by the amount of her DIC entitlement, and the offset amount is currently $1,091 per month.

20. For the period from January 1, 2004 through January 31, 2005, Ms. Haverkamp's SBP was not offset by her DIC. Defendant has engaged in a gradual collection of the amount that would have been offset during that period plus interest, withholding $5,958.00 from Ms. Haverkamp's DIC payments and $1,811.50 from her SBP entitlement, for a total of $7,769.50.

21. If Ms. Haverkamp prevails in her complaint, she is due $46,334.00 for the period from January 1, 2004 through June 30, 2008, plus $1,091.00 per additional month after June 30, 2008 that is covered by the judgment (if any).

22. Plaintiff Iva Dean Rogers is the surviving spouse of a deceased veteran and military retiree, Master Sergeant Arlan E. Wilson.

23. Ms. Rogers is eligible to receive a Survivor Benefit Plan ("SBP") annuity.

24. Ms. Rogers is eligible to receive Dependency and Indemnity Compensation ("DIC") payments.

25. Ms. Rogers remarried in 1996 at the age of 71.

26. The Department of Veterans Affairs ("VA") has paid Ms. Rogers DIC since January 1, 2004.

27. DFAS has not paid Ms. Rogers SBP for the period beginning January 1, 2004.

28. If Ms. Rogers did not have an entitlement to DIC, her SBP payments (after any applicable Social Security offsets) would have been $447.00 per month from January 1, 2004 through November 30, 2004; $459.00 per month from December 1, 2004 through September 30, 2005; $556.00 per month for October 1, 2005 through November 30, 2005; $578.00 per month from December 1, 2005 through March 31, 2006; $651.00 per month from April 1, 2006 through November 30, 2006; $672.00 per month from December 1, 2006 through March 31, 2007; $747.00 per month from April 1, 2007 through November 30, 2007; and $764.00 per month from December 1, 2007 through March 31, 2008.

29. Ms. Rogers's SBP payments continue to be wholly offset by the amount of her DIC entitlement, and the offset amount is currently $764.00 per month and will be $840.00 per month effective April 1, 2008.

30. If Ms. Rogers prevails in her complaint, she is due $32,379.00 for the period from January 1, 2004 through June 30, 2008, plus $840.00 per additional month after June 30, 2008 that is covered by the judgment (if any).

Respectfully submitted,

_ s/ Edward R. Reines ______

Edward R. Reines
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: (650) 802-3000
Fax: (650) 802-3100

Michael R. Franzinger
Azra M. Hadzimehmedovic
WEIL, GOTSHAL & MANGES, LLP
1300 Eye Street NW
Washington, DC 20005
Phone: (202) 682-7000
Fax: (202) 857-0939

DATED: April 18, 2008

Counsel for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
by s/ Michael R. Franzinger
BRYANT G. SNEE
Deputy Director

s/ Douglas K. Mickle
by s/ Michael R. Franzinger
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

KELLY L. McGOVERN
Major, USA
Military Personnel Branch
Army Litigation Division
Arlington, VA

SCOTT LAFFERTY
Senior Associate Counsel
Office of General Counsel
Military and Civilian Pay Law Directorate
Defense Finance and Accounting Service
Cleveland, Ohio

DATED: April 18, 2008

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 18, 2008, a copy of the foregoing **"LIST OF STIPULATED FACTS"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael R. Franzinger
Michael R. Franzinger