**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PATRICIA R. SHARP, MARGARET M. HAVERKAMP, and IVA DEAN ROGERS,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 07-547C (Judge George W. Miller)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF DAVID P. SMITH**

I, David P. Smith, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States Court of Federal Claims and that it is the legal equivalent of a statement under oath.

1. I am the Acting Deputy Chief Financial Officer for DoD and have worked for the United States Government in the area of financial management for 9 years. As the Acting Deputy Chief Financial Officer for DoD, I am responsible for overseeing and implementing accounting policy, improvements in financial management, and other financial management functions for the DoD on a day-to-day basis. These responsibilities include reviewing, maintaining and updating the Department of Defense Financial Management Regulation (DoDFMR), 7000.14-R. Within various areas of responsibility, the DoDFMR provides all Department of Defense components with policy and procedures by establishing and enforcing requirements, principles, standards,

systems, procedures, and practices necessary to comply with financial management statutory and regulatory requirements applicable to the Department of Defense.

2. Volume 7B of the DoDFMR specifically establishes military pay policy and procedures for retired and annuity pay programs governed by title 10 of the United States Code (U.S.C.). Chapters 42 through 53 of Volume 7B of the DoDFMR establish the Department of Defense policies regarding the Survivor Benefit Plan (SBP) for regular component retirees. These policies are issued pursuant to 10 U.S.C. § 1455 and are reviewed on a regular basis to ensure they remain consistent with changes in applicable law. The most recent published versions of these chapters from the DoDFMR website are attached to my declaration. In particular, Chapter 46 of Volume 7B of the DoDFMR establishes policies regarding the determination of amounts and offsets from SBP annuities payable under 10 U.S.C. §§ 1447-1455. Paragraphs 460201 and 460202 of Chapter 46 of Volume 7B, set forth the Department of Defense's current policy regarding the requirement to offset the amount of any Dependency and Indemnity Compensation ("DIC") payment from any SBP received, as mandated by 10 U.S.C. § 1450. Paragraphs 460201 and 460202 of Chapter 46 of Volume 7B were most recently updated in an official Interim Change R04-06, issued on May 23, 2006. A copy of this Interim Change is attached to my declaration.

3. In the 2008 National Defense Authorization Act (NDAA 2008), Congress amended the SBP offset provision in 10 U.S.C. § 1450. Section 644 of the NDAA 2008 contains a special survivor indemnity allowance, which entitles an SBP recipient, who is also entitled to DIC and subject to the offset in 10 U.S.C. § 1450(c), to separately receive a monthly allowance that increases over time. Attached to my declaration is a

recently issued policy statement which sets forth DoD's interim guidance for implementing Section 644 of the NDAA 2008.

4. The DoDFMR, including Volume 7B, is constantly reviewed and revised to reflect changes in the law. As part of this process, Chapter 46 of Volume 7B of the DoDFMR is currently being updated to reflect substantive changes to policy and procedures required by previous legislative enactments, including changes to the two-tier benefit system required by Public Law 108-375, and the addition of the special survivor indemnity allowance in Section 644 of Public Law 110-181 .

I have read the above _3_ pages, and declare under penalty of perjury that the information stated there is true and correct to the best of my knowledge.

Dated this 14 May, 2008.

David P. Smith
Acting Deputy Chief Financial Officer
Department of Defense