**SUMMARY OF MAJOR CHANGES TO
DOD 7000.14-R, VOLUME 7A, CHAPTER 42
"SURVIVOR BENEFIT PLAN (SBP) - APPLICATION
OF THE PLAN"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 420101<br>420215<br>420217<br>420220<br>420308 | Interim change R10-03 promulgated technical and management changes to this chapter. | May 22, 2003 |

## ★TABLE OF CONTENTS

## SURVIVOR BENEFIT PLAN (SBP) - APPLICATION OF THE PLAN

4201 Purpose

4202 Specialized Terms

420201 Annuitant
420202 Base Amount
420203 Beneficiary
420204 Change in Coverage
420205 Change in Election
420206 Common-Law Marriage
420207 Cost of Coverage
420208 Cost Refund
420209 Date of Receipt
420210 Declination
420211 Dependency and Indemnity Compensation Offset
420212 Determination of Presumed Death
420213 Former Spouse
420214 Maximum Level
420215 Minimum Income Widow
420216 Missing Status
420217 Natural Person with an Insurable Interest
420218 Pre- and Post- September 21, 1972 Retiree
420219 Plan
420220 Recognized Educational Institute
420221 Reduced Base Amount
420222 Reduction Factor
420223 Reserve Component Annuity
420224 Retired Pay
420225 Social Security Offset
420226 Standard Annuity
420227 Supplemental Survivor Benefit Plan (SSBP)
420228 Surviving Spouse
420229 Threshold
420230 Consideration for Contract

4203 Eligible Participants

420301 Example of Members Eligible to Participate in Plan
420302 Example of Members Eligible to Participate in Plan
420303 Example of Members Eligible to Participate in Plan
420304 A Member on the Emergency Officers' Retired List
420305 A Member on the TDRL
420306 A Mentally Incompetent Member
42037 Retirees After a Record Correction
42038 Open Season

# CHAPTER 42

## SURVIVOR BENEFIT PLAN (SBP) - APPLICATION OF THE PLAN

4201 PURPOSE

★ 420101. SBP establishes a survivor benefit program for military personnel in retirement to complement the survivor benefits under social security laws. This Plan gives all pre-September 21, 1972, Uniformed Services retirees and those who retire on or after September 21, 1972, an opportunity to elect to have their retired pay reduced by a designated amount in order to provide their survivors an annuity payable after the retiree's death. Under this Plan, a member who retired before September 21, 1972 and who had previously elected to participate in the Retired Serviceman's Family Protection Plan (RSFPP) had the option to retain or cancel the RSFPP coverage when electing to participate in the SBP.

420102. The Plan provides, without cost, a minimum guarantee to a widow of a member who died before March 21, 1974. (See Chapter 51.) A surviving spouse of a member who died before November 1, 1953, is entitled to an annuity which may be in addition to the annuity payable under the minimum income annuity provisions.

420103. The Plan includes survivor benefits for the surviving spouse, dependent child or former spouse of a member who dies on active duty under certain circumstances, or to a member eligible to provide a Reserve Component annuity but who dies before notification of retirement eligibility under 10 U.S.C., Chapter 1223 (reference (c)), or during the 90-day period following notification of retirement eligibility if member had not made an election.

420104. The Plan provides for annuity payments under a determination by the Secretary of the Military Department concerned (or designee) that a participating member is presumed dead.

420105. Under the Supplemental SBP program, a member who has maximum annuity coverage for spouse or former spouse also may provide a Supplemental SBP annuity in increments of 5, 10, 15, or 20 percent of the base amount. The Supplemental SBP annuity begins on the first day of the month after the annuitant becomes age 62 or the day SBP annuity becomes payable, whichever is later.

4202 SPECIALIZED TERMS

420201. Annuitant. A person named by or on behalf of the retiree who is eligible for annuity payments under the Plan.

420202. Base Amount. The money amount selected by the member, with the concurrence of the member's spouse if required under, 10 U.S.C. 1448(a)(3) (reference (c)), or the amount selected on behalf of a member by the Secretary of the Military Department concerned, on which the annuity is based. This amount may range from $300 minimum up to full gross retired pay entitlement. If the member's gross pay is less than $300 per month, full

gross pay must be designated as the base amount. The base amount is adjusted consistent with cost-of-living increases in retired pay. if, upon advancement or change from Temporary Disability Retirement List (TDRL) to Permanent Disability Retirement List (PDRL), gross retired pay is reduced to less than the current base amount, the member's new base amount is the new full gross retired pay entitlement. A member may not designate different base amounts between the spouse and the children.

420203. Beneficiary. A spouse and/or child(ren) of the retiree; a former spouse or former spouse and children; a natural person with an insurable interest in the life of the retiree who is designated to receive coverage under the plan.

420204. Change in Coverage. An action taken because of a change in the member's family status which requires a change in beneficiaries.

420205. Change in Election. An authorized change in the type of beneficiary eligible for survivor coverage because of a change in the retiree's family status.

420206. Common-Law Marriage. Marriage as defined by pertinent state law. (See section 3505 of this volume.)

420207. Cost of Coverage. The cost for coverage under the plan paid by deductions from retired pay or by direct remittance when member is not receiving retired pay.

420208. Cost Refund. The difference between cost paid by the member and the recalculated cost of the annuity after Dependency and Indemnity Compensation reduction.

420209. Date of Receipt. The day of receipt of an election or election change by the office administering payment of retired pay. The postmarked date of an election may be considered as date of receipt when the validity of such election might be prejudiced because of a limited time factor.

420210. Declination. Member with eligible beneficiaries declines to elect any type of survivor coverage under this plan.

420211. Dependency and Indemnity Compensation Offset. Reduction from SBP annuity due to compensation entitlement from the Department of Veterans Affairs to the widow or widower of a member who dies after December 31, 1956, from a service-connected or comparable disability.

420212. Determination of Presumed Death. The determination by the Secretary of the Military Department concerned (or designee) that a participating member is presumed dead where the member's retired or retainer pay has been suspended or would have been suspended had the member been in receipt of pay and the member has been missing at least 30 days under circumstances which lead to a reasonable conclusion that the member is dead.

420213. Former Spouse. The surviving former husband or wife of a person who is eligible to participate in the plan.

420214. Maximum Level. Full, gross retired pay used as a base amount for coverage.

★ 420215. Minimum Income Widow. Any person who on September 21, 1972, was or during the period beginning on September 22, 1972, and ending on March 20, 1974, became a widow of a person who was entitled to retired or retainer pay when he died. This individual must meet the eligibility criteria in section 5101 of this volume.

420216. Missing Status. A member missing, missing in action, interned in a foreign country, captured, beleaguered, besieged by hostile force, or detained in a foreign country against his or her will.

★ 420217. Natural Person With an Insurable Interest. A person who has a reasonable and lawful expectation of pecuniary benefits from the continued life of the participating member. See paragraph 440105 of this volume.

420218. Pre- and Post- September 21, 1972 Retiree. Pre-, a member who retired before September 21, 1972; Post-, a member who retires on or after September 21, 1972.

420219. Plan. The Survivor Benefit Plan or SBP.

★ 420220. Recognized Educational Institute. High school, trade school, technical or vocational institute, junior college, college, university, or comparable educational institution.

420221. Reduced Base Amount. An amount less than the member's full gross retired pay but not less than $300.

420222. Reduction Factor. A four-digit actuarial decimal used to compute the monthly cost for children.

420223. Reserve Component Annuity. An annuity provided by virtue of eligibility under 10 U.S.C. 1448(a)(1)(B) (reference (c)).

420224. Retired Pay. Includes retainer pay.

420225. Social Security Offset. Reduction from SBP annuity due to widow's or widower's social security entitlements based on the member's active service after December 31, 1956.

420226. Standard Annuity. The annuity provided by virtue of eligibility under 10 U.S.C. 1448(a)(1)(A) (reference (c)).

420227. Supplemental Survivor Benefit Plan (SSBP). A supplemental annuity provided to a spouse or former spouse by virtue of eligibility under 10 U.S.C. 1458 (reference (c)).

420228. Surviving Spouse. The widow or widower of a deceased member.

420229. Threshold. This term applies to one of the alternative cost formulas. In the cost formula of 2.5 percent of the first $XXX.XX, plus 10 percent of the remainder of the base amount, the portion of the base amount upon which the member is charged 2.5 percent cost is the threshold. The threshold is indexed. See section 4902 and Table 49-1 of this volume for threshold amounts.

420230. Consideration for Contract. The total amount of premiums paid by the participant member for the type of SBP selected. Also see definition for cost of coverage in paragraph 420207, above.

## 4203 ELIGIBLE PARTICIPANTS

Examples of members eligible to participate in the plan are:

420301. A member who retired before September 21, 1972, and elected coverage under the Plan on or before March 20, 1974, if on September 21, 1973, the member had a spouse and/or dependent children or, if not, elected coverage for a natural person with an insurable interest. If, on September 21, 1973, the member had no spouse or dependent children and later marries or acquires dependent children, the member must elect within 1 year from the date of marriage or acquisition of the children in order to participate.

420302. A member who retires on and after September 21, 1972, and does not decline participation in the Plan before the first day of retirement and who:

A. Has a spouse or dependent children on date of retirement; or

B. Has no spouse or dependent children on the date of retirement and before retirement elects coverage for a natural person with an insurable interest; or

C. Has no spouse or dependent children on date of retirement, but later marries or acquires dependent children and elects within 1 year of the date of marriage or acquisition of the children; or,

D. Has a former spouse and elects to provide coverage for that former spouse before the first day of retirement (on or after September 8, 1982) or elects former spouse coverage as set out in paragraph 430503 of this volume.

420303. A non-Regular (Reserve) member eligible for retirement under 10 U.S.C. 12731 (reference (c)) who has applied for such pay.

420304. A Member on the Emergency Officers' Retired List (EORL). Members of the EORL are persons who served as officers of the Army, Navy, or Marine Corps during World War I, other than officers of the Regular Army, Navy, or Marine Corps and who, during such service, incurred a physical disability in the line of duty and were later awarded retired pay under the Tyson-Fitzgerald Act (reference (fa)). These members are paid retired pay by the Department of Veterans Affairs but the coverage is established and maintained by the Defense Finance and Accounting Service.

420305. A Member on the TDRL. Eligibility ends when the member is removed from TDRL without further entitlement to retired pay. The coverage continues when the member is transferred from TDRL to PDRL. If the member's retired pay is reduced to an amount less than the base amount originally elected, the full retired pay to which the member is entitled thereafter is considered the base amount.

420306. A Mentally Incompetent Member. The plan applies to a mentally incompetent member regardless of date of retirement. If retirement was before September 21, 1972, the Secretary of the Military Department concerned may, upon request, elect survivor coverage that the retiree would have been allowed to elect if the member were competent. The Secretary concerned makes the determination concerning the continuance or discontinuance of the RSFPP coverage when electing into the plan. For members retiring after September 20, 1972, the Secretary concerned, upon request, may act on behalf of the member and elect other than the maximum automatic coverage as provided in section 4301 of this volume. In the absence of an eligible spouse or children, the Secretary concerned may, upon request, elect coverage for a natural person with an insurable interest. The person applying to have an election made is not given preference in designation as the beneficiary.

420307. Retirees After a Record Correction

A. A member whose military record is corrected after September 20, 1972, to show retirement before September 21, 1972, is not automatically covered under the plan. Coverage may be established upon request of the member if the election is received within 18 months from the date of notification of the correction action.

B. A member who retroactively becomes entitled to retired pay on a date after September 20, 1972, is automatically given full coverage, unless the member elects reduced coverage or declines participation before the correction action (date of entitlement).

★ 420308. Open Season. A member may be eligible to participate in SBP under open season provisions in paragraph 430705 and section 4309 of this volume.

**SURVIVOR BENEFIT PLAN - APPLICATION OF PLAN**

4201 - PURPOSE

| | |
|---|---|
| | Public Law 92-425, September 21, 1972 |
| | 10 U.S.C. 1448-1452 |
| | DoDD 1332.27, January 4, 1974 |
| | 53 Comp Gen 847, 971 |
| | MS Comp Gen B -179018, August 6, 1976 |
| | Public Law 96-402, October 9, 1980 |
| | Public Law 99-145, November 8, 1985 |
| | Public Law 100-456, section 653, September 29, 1988 |
| 420105 | 10 U.S.C. 1458(a) |
| | 10 U.S.C. 1457 |

4202 - SPECIALIZED TERMS

| | |
|---|---|
| 420202 | Public Law 99-145, November 8, 1985 |
| 420203 | 10 U.S.C. 1450(a) |
| 420208 | 10 U.S.C. 1450(e) |
| 420212 | Public Law 98-525, October 19, 1984 |
| 420223 | 10 U.S.C. 1447(13) |
| 420226 | 10 U.S.C. 1447(12) |
| 420229 | Public Law 99-145, November 8, 1985 |
| | Public Law 101-189, November 29, 1989 |
| 420230 | 26 U.S.C. 122(b)(2) |

4203 - ELIGIBLE PARTICIPANTS

| | |
|---|---|
| 420301 | Public Law 92-425, section 3(b), September 21, 1972 |
| 420302.C | 10 U.S.C. 1448(a)(5) |
| 420302.D | Pblic Law 97-252, September8, 1982 |
| | Public Law 98-94, September 24, 1983 |
| | Public Law 99-145, November 8, 1985 |
| 420303 | 53 Comp Gen 832 |
| 420304 | MPAC Item SBP-21 |
| 420305 | 10 U.S.C. 1448(c) |
| | DoDD 1332.27, paragraphs 201e & f, January 4, 1974 |
| 420306 | 10 U.S.C. 1449 |
| | 52 Comp Gen 973 |
| 420307.B | 54 Comp Gen 116 |

**SUMMARY OF MAJOR CHANGES TO**
**DOD 7000.14-R, VOLUME 7B, CHAPTER 43**
**"SURVIVOR BENEFIT PLAN - ELECTIONS AND ELECTION CHANGES"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 430105<br>430903 | Interim change R10-01 promulgated the Survivor Benefit Plan (SBP) open season. | March 30, 2001 |
| 430303.C.2<br>430401.D<br>430501.E<br>430503.C.1<br>430701.A<br>430901.A | Interim change R10-03 promulgated technical and management changes to this chapter | May 22, 2003 |

## ★TABLE OF CONTENTS

## SURVIVOR BENEFIT PLAN - ELECTIONS AND ELECTION CHANGES

4301 Election

4302 Election Option

430201 Base Amount
430202 Coverage
430203 Supplemental SBP Coverage

4303 Election Data

430301 Elections by the Member
430302 Deemed Elections Requested By the Former Spouse
430303 Election Data Requirements

4304 Irrevocable Elections, Corrections and Discontinued Participation

4305 Election Coverage

430501 Spouse and/or Children
430502 Natural Person With Insurable Interest
430503 Former Spouse or Former Spouse and Children
430504 Supplemental Survivor Benefit Plan
430505 Federal Civil Service Retiree

4306 Combined Retired Servicemen Family Protection Plan (RSFPP) and Survivor Benefit Plan (SBP) Coverage

4307 Changes In Election And Coverage

430701 Later-Acquired Spouse and/or Child
430702 Change From Spouse or Spouse and Children
430703 Change to Former Spouse Coverage Under Insurable Interest
430704 Changed Retirement Eligibility
430705 Open Enrollment Periods
430706 Mental Incompetency
430707 Correction of Administrative Error

4308 Discontinuance of Participation

430801 Discontinuance of SBP Participation on Second Anniversary
430802 Voluntary Termination of Coverage for a Natural Person With an Insurable Interest
430803 Withdrawal by a Totally Disabled Member

4309 Open Enrollment Periods

# CHAPTER 43

## SURVIVOR BENEFIT PLAN - ELECTIONS AND ELECTION CHANGES

### 4301 ELECTION

430101. A member who retired before September 21, 1972 had until March 20, 1974 to elect to participate in the Survivor Benefit Plan (SBP). If the member was recalled to active duty before March 20, 1974, and not returned to the retirement list until after March 20, 1974, an election made at the end of the period of extended active duty may be considered valid. A member who retires on or after September 21, 1972 has automatic participation at the maximum level unless he or she elects otherwise before retirement or is ordered to participate in the SBP by a court order. If, on September 21, 1973 (pre-September 21, 1972 retiree), or on date of retirement (post- September 21, 1972 retiree), the member has no spouse or dependent children and later marries or acquires dependent children, the member may participate in the SBP. This election must be received by the Secretary concerned within 1 year of the marriage date or acquisition of the children. A member retiring between September 21, 1972 and March 20, 1973, had a "grace period" for making the final decision concerning this coverage. This member had 180 calendar days after the retirement date to change the automatic full coverage given at retirement if no election otherwise had been made. An election made before September 21, 1972, was null and void as of September 21, 1972, if the member retired on or after September 21, 1972.

430102. Public Law 97-35 (reference (bq)) gave certain eligible members an opportunity to elect or to change SBP coverage from October 1, 1981, through September 30, 1982. See section 4309, below.

430103. Public Law 98-94 (reference (aj)) gave certain participating members a limited opportunity from September 24, 1983, to September 23, 1984, to change SBP coverage from spouse or spouse and child(ren) to coverage for former spouse.

430104. Public Law 101-189 (reference (fb)), as amended, gave certain eligible members an opportunity to elect or change SBP coverage from April 1, 1992, through March 31, 1993. It also allowed members who were providing spouse or former spouse coverage at the maximum level a chance to elect Supplemental SBP.

★ 430105. Public Law 105-261 (reference (fu)) provided members an opportunity to elect or change SBP coverage March 1, 1999 through February 29, 2000.

### 4302 ELECTION OPTION

430201. Base Amount. A member who participates in the SBP must elect a base amount of maximum coverage or reduced coverage. A member must choose maximum coverage if electing Supplemental SBP (SSBP). The base amount at any level is adjusted with each cost-of-living increase after retirement. See section 4901 of this volume.

430202. Coverage. Coverage may be provided for:

A. Spouse and/or children;

B. Former spouse or former spouse and children; or

C. Natural person with an insurable interest (at maximum level of coverage only).

430203. Supplemental SBP Coverage. A member who elects SBP coverage for spouse or former spouse at the maximum level may elect a supplemental spouse annuity for that beneficiary. A member elects a monthly SSBP annuity payable to the beneficiary in increments of 5, 10, 15, or 20 percent of the base amount. A member may not elect SSBP if the annuity of the spouse or former spouse will be computed under the social security offset method, 10 U.S.C. 1451(e) (reference (c)). However, the member may elect SSBP as any other member if the right to have annuity computed under the social security offset method is waived.

## 4303 ELECTION DATA

430301. Elections by the Member. DD Form 1881 (SBP Election Certificate by Existing Retiree), DD Form 1882 (SBP Election Change), DD Form 1883 (SBP Election Certificate), and DD Form 2618 (SBP Open Enrollment Election) when available, are recommended for use by the member. Elections in writing, signed by the member, which contain information necessary for establishing or declining coverage are acceptable. Spousal concurrence of certain elections is required beginning March 1, 1986. A member who anticipates becoming an SBP participant with maximum coverage for spouse or former spouse, must elect SSBP before the day on which the member first becomes a participant in SBP. If, upon becoming a participant in SBP, the member is not providing an annuity for spouse or former spouse at the maximum level, any SSBP election shall be void. If the former spouse election form does not include an election statement signed by the member and the former spouse, a separate election statement is required. In the election statement, the member attests as to whether the former spouse election is pursuant to a court order or a voluntary written agreement. Information concerning content of the written statement and the proper court order appears in paragraph 430503, below.

430302. Deemed Elections Requested By the Former Spouse. On deemed elections, requested by the former spouse or the former spouse's attorney, the request for the Secretary of the Military Department concerned to deem that an election has been made is accompanied by a court order or a statement from the clerk of the court. Information concerning content of the request by the former spouse or the former spouse's attorney and the statement from the clerk of the court, where necessary, appears in subparagraph 430503.C, below.

430303. Election Data Requirements. The election data requirements are:

A. Identification. Member's name, social security number, birth date, and date of retirement.

B. Base Amount. The election form must indicate full coverage, in lieu of a dollar amount, when maximum coverage is elected. When a reduced base amount is elected, the dollar amount must be indicated on the election form. The reduced base amount must not be less than $300. When retired pay is less than $300, the election form must indicate full coverage.

C. Beneficiary. Show the name, birthdate, and social security number for each beneficiary named.

1. If coverage includes spouse, or former spouse, the member must furnish the date of marriage and divorce, as applicable.

★ 2. When the beneficiary is a natural person with an insurable interest, the address and relationship must be shown. For the natural person with an insurable interest, the member must provide a signed statement to show proof of financial benefit if the person designated is a cousin or anyone more distantly related than cousin.

3. If the beneficiary designation is for a former spouse, the member must complete a statement signed by the member and the former spouse setting forth whether the election is being made pursuant to a written agreement previously entered into voluntarily by the member as a part of or incident to a proceeding of divorce, dissolution, or annulment and (if so) whether that voluntary written agreement has been incorporated in, or ratified or approved by, a court order.

D. Signature. The member must sign and date the election. Two disinterested persons must witness a document signed by an "X". NOTE: An election made on behalf of the member through a power of attorney is not valid. Such an election is not binding and is without force or effect of law.

E. Spousal Concurrence. Effective March 1, 1986, a married member is enrolled with spouse coverage on full retired pay at the time of retirement unless that spouse has concurred in writing to another election requested by the member. When the spouse's concurrence is required, the signature indicating concurrence must be corroborated by one or more witnesses. The spouse's concurrence with, or request for, an election other than that requested by the member shall be disregarded. If all requirements for an election needing the spouse's concurrence have not been satisfied prior to retirement, for whatever reason, full spouse costs and coverage will be implemented, regardless of any request by the member to do otherwise. In such cases, when the member has requested any form of child coverage, full spouse and child coverage will be implemented. Any change in SBP election subsequent to retirement will be done through an administrative correction of records. The requirements for spousal concurrence do not affect any obligation or right of the member to provide coverage for a former spouse. If former spouse coverage is elected or deemed, the spouse's concurrence is not required; however, the spouse will be notified of that election, as previously required when spouse coverage was declined. Spousal concurrence is not required in any case if the member

establishes to the satisfaction of the Secretary concerned that either the spouse's whereabouts cannot be determined or, due to exceptional circumstances, the requirement of the member to seek the spouse's concurrence would be otherwise inappropriate. Exceptional circumstances will be evaluated on a case-by-case basis.

F. Supplemental Survivor Benefit Plan (SSBP) Percentage of Annuity Coverage. A member who elects spouse or former spouse coverage at the maximum level may provide an additional percentage of the base amount in increments of 5, 10, 15, or 20 percent. A member may not make an SSBP election if the spouse or former spouse is entitled to annuity computed under the social security offset method, 10 U.S.C. 1451(e) (reference (c)). However, the member may elect SSBP if he or she waives the right to have the annuity computed under the social security offset method.

4304 IRREVOCABLE ELECTIONS, CORRECTIONS AND DISCONTINUED PARTICIPATION

430401. An election by a pre-September 21, 1972 retiree on the basis of adequate information concerning the SBP or an election by a post-September 21, 1972 retiree (unless revoked or changed before the first day of retirement) is irrevocable, except under the following circumstances:

A. A member retired March 1, 1986 or later, elected less than maximum SBP coverage without the spouse's concurrence, and the Secretary concerned later determines that the spouse's concurrence in such election was appropriate.

B. A member voluntarily discontinues SBP participation upon the second anniversary of the date of commencement of retired pay under paragraph 430801, below.

C. The Secretary concerned revokes an election when necessary to correct an administrative error. Revocation or correction based on administrative error is a Secretarial prerogative and, except when procured by fraud, is final and conclusive on all officers of the United States.

★ D. A member voluntarily discontinues participation as a totally disabled member under paragraph 430803 below.

E. A member voluntarily terminates SBP coverage for a natural person with an insurable interest (not a former spouse) under paragraph 430802, below.

F. A mentally incapacitated member is later determined to be mentally competent and revokes or changes the SBP election within 180 days after such determination of judgement.

G. A member who became an SBP participant between October 19, 1984 and November 8, 1985 elects to withdraw from SBP before November 8, 1986 under section 711 of Public Law 99-145 (reference (fc)).

430402. The SBP election may be changed as set out in sections 4307 and 4309, below.

## 4305 ELECTION COVERAGE

430501. Spouse and/or Children

A. A member may elect coverage at the maximum level, or at a reduced amount with spouse's concurrence, if required, for:

1. An eligible spouse only;

2. An eligible spouse and dependent children; or

3. Dependent children only.

A member with spouse coverage at the maximum level also may elect SSBP coverage.

B. A member who retires on or after September 21, 1972, automatically is covered at the maximum level for spouse and/or dependent children unless the member elects not to participate or to participate at a reduced level before the first day of eligibility to retired pay with the concurrence of the member's spouse, if required. See subparagraph 430501.D., below.

C. A member with an eligible spouse and dependent children on September 21, 1973, (pre-September 21, 1972, retiree) or on date of retirement (post-September 21, 1972, retiree) who:

1. Declines coverage is prohibited from electing into the Plan, except under section 4309, below; or

2. Refuses coverage for an eligible spouse, and elects coverage for children only, is prohibited from electing spouse coverage at a later date, except under section 4309, below; or

3. Refuses coverage for his or her dependent children, and elects coverage for spouse only, is barred from electing child coverage at a later date.

D. A married member who is eligible to provide SBP may not elect, without the concurrence of his or her spouse, to decline participation in SBP, to provide an annuity for the member's spouse at less than maximum level, or to provide an annuity for a dependent child but not for spouse unless the member establishes to the satisfaction of the Secretary concerned that:

1. The spouse's whereabouts cannot be determined; or

2. Due to exceptional circumstances, a requirement that the member seek the spouse's consent would otherwise be inappropriate.

★ E. A member with dependent children, who was unmarried on September 21, 1973, (pre-September 21, 1972, retiree) or on date of retirement (post-September 21, 1972, retiree), may elect spouse coverage upon marriage regardless of whether coverage was elected for his or her dependent children. A member who is going to elect SBP for his or her spouse at the maximum level simultaneously may elect SSBP coverage. The election must be received by the Secretary concerned within 1 year of the marriage date.

F. A member with an eligible spouse who did not have dependent children on September 21, 1973, (pre-September 21, 1972, retiree) or on date of retirement (post-September 21, 1972, retiree) later may elect coverage for dependent children.

G. If a member elects to provide an SBP annuity for a former spouse or a former spouse and child and the member has remarried, the member's spouse shall be notified of that election and any SSBP election. The member may make such election without spousal concurrence.

430502. Natural Person With Insurable Interest. An election for a natural person with an insurable interest may be made only when there is no eligible spouse or dependent children. As an exception, a person who is unmarried but who has a dependent child may provide coverage for that child under the insurable interest provision rather than an election for child. For a pre-September 21, 1972, retiree, the Secretary concerned must have received the election by March 20, 1974 and, for the post-September 21, 1972, retiree, before the first day of eligibility for retired pay. A member must elect full coverage when electing for a natural person with an insurable interest.

430503. Former Spouse or Former Spouse and Children. When a member elects former spouse coverage, the member and the former spouse must complete an election statement indicating whether the election is being made pursuant to the requirements of a court order or by a voluntary written agreement. If the member entered into a voluntary written agreement as a part of, or incident to, a proceeding of divorce, dissolution or annulment, the member must indicate on the written statement whether the agreement has been incorporated in, or ratified or approved by, a court order. If the member has a spouse or child, a former spouse election prevents an annuity to that spouse or child (other than the child beneficiary under an election for a former spouse and child). If there is more than one former spouse, the member shall designate which former spouse is to receive the annuity:

A. Upon Retirement. A member who has a former spouse and dependent child when becoming eligible to participate on March 1, 1986, or later may elect former spouse or former spouse and child coverage, provided the child resulted from the member's marriage to that former spouse. A member with former spouse coverage at the maximum level also may elect SSBP coverage. The annuity for the former spouse is provided under the spouse category. If the former spouse election was effective before March 1, 1986, the former spouse annuity was provided under the insurable interest category and child coverage, in conjunction with former

spouse coverage, was unavailable. A member participating before March 1, 1986, with former spouse coverage could provide an annuity for a former spouse and child, if such election was made before March 1, 1987, for a member who elected former spouse coverage before November 8, 1985, and not later than November 13, 1987, for the member who elected former spouse coverage November 8, 1985 through February 28, 1986. NOTE: An annuity for the former spouse first must be provided under the spouse category in order to add child coverage.

B. Following Retirement. A member with spouse or spouse and child coverage may, before September 24, 1984, or within 1 year of date of the decree of divorce, dissolution, or annulment, whichever is later, change that election to provide an annuity to a former spouse or to a former spouse and child. If the member elects to provide former spouse coverage at the maximum level, he or she simultaneously may elect SSBP coverage. A member who has SSBP for spouse and who changes coverage from spouse to former spouse may drop SSBP. If a member had SBP and SSBP coverage for spouse and the member is changing to former spouse coverage, the level of SSBP may be increased. The former spouse beneficiary may not be the former spouse that the member had when he or she became eligible to participate in the Plan. If the SBP election was changed to former spouse coverage and was in effect before March 1, 1986, the annuity was provided under the insurable interest category and child coverage in conjunction with former spouse coverage was unavailable. A member participating in the Plan before March 1, 1986, with former spouse coverage could provide an annuity to a former spouse and child if such election was made before March 1, 1987, for a member who elected former spouse coverage before November 8, 1985, and not later than November 13, 1987, for the member who elected former spouse coverage November 8, 1985 through February 28, 1986. NOTE: An annuity for the former spouse must first be provided under the spouse category before child coverage may be added. If a member elects coverage for a former spouse who the member acquired after becoming eligible for retired pay, the member and former spouse must have been married at least one year or the former spouse must be the parent of a child or children born of that marriage in order for the former spouse to be an eligible beneficiary. Public Law 99-145 (reference (fc)) allowed SBP participants who had not elected former spouse coverage to elect former spouse coverage during the period November 8, 1985 through November 7, 1986. For provisions regarding the effective date of former spouse coverage, see paragraph 430503.D, below.

C. Deemed Elections. Deemed elections are applicable in cases where a member enters, incident to a proceeding of divorce, dissolution, or annulment, into a written agreement to elect to provide an SBP annuity to a former spouse, and such agreement has been incorporated in, or ratified or approved by, a court order, or has been filed with the court of appropriate jurisdiction in accordance with applicable State law, or in cases where the member is required by a court order to make a former spouse election. If such member then fails or refuses to make such election, the member shall be deemed to have made such election if the Secretary of the Military Department concerned receives a written request from a former spouse or the former spouse's attorney on behalf of the former spouse. The request is acceptable if it refers to, or cites provisions in, a court order concerning SBP former spouse coverage, or makes clear by other references to SBP that there is an intent that the annuity coverage be provided to the former spouse. The written request must be accompanied by a copy of the pertinent court order or agreement referring to the SBP coverage. (See subparagraph 430503C.1, below.) Deemed

elections for SSBP coverage shall operate under the same rules as for SBP, except that no SSBP election may be required by a court order. Deemed SSBP elections may be made only in instances where there is a voluntary written agreement to elect SSBP made by the member, and such agreement is properly incorporated in, or ratified or approved, a court order, or is filed with the court of appropriate jurisdiction.

★ 1. The former spouse will provide a copy of the court order, regular on its face, which requires such election, or incorporates, ratifies, or approves the written agreement of the member; a statement from the clerk of the court (or other appropriate official) that such agreement has been filed with the court in accordance with applicable state law; or, for a deemed SBP election only, a copy of the court order which requires the SBP election. A court order which requires the member to elect (or to enter into an agreement to elect) SBP for a former spouse or former spouse and child must be issued on or after November 14, 1986. If the member was ordered by a court to elect former spouse coverage before November 14, 1986, a second court order, issued on or after November 14, 1986, enforcing the original order which requires a former spouse election, constitutes a modification of the previous order and establishes a new 1-year period during which a request for a deemed election may be filed.

2. The request from the former spouse must have been received by the Secretary concerned before October 1, 1985, or within 1 year of the date of the court order or filing involved, whichever is later. If an election of former spouse coverage was agreed to or ordered by an earlier court order, a subsequent order or modification that merely restates the previous provision and imposes no new obligation on the member does not begin a new 1-year period. A subsequent court order holding a member in contempt of court for failing to fulfill the prior agreement is not the type of court order that can be used to begin a new 1-year period to deem an election.

3. No election may be deemed to have been made which could never have been made by the member concerned.

4. If a member dies before making an election, a former spouse's request, which is otherwise qualified, shall be honored even if the date of the request is after the date of the member's death.

5. If a member has more than one former spouse, the first request for a deemed election received with complete documentation shall be the one honored.

D. Effective Date of Elections. For former spouse elections made under the provisions of paragraphs 430503.B and 430503.C, above, the following rules apply:

1. If the member is not required to make a former spouse election by a court order or filing, the member's election of former spouse coverage is effective as of the first day of the first month following the month in which the election is received.

2. If a court order or filing dated on or after October 17, 1998, requires or provides for a member to make a former spouse election, the effective date of former spouse coverage is the first day of the first month which begins after the date of that court order or filing, regardless of whether the coverage is the result of the member's election or of a deemed election request by the former spouse.

3. If a court order or filing dated prior to October 17, 1998, required or provided for a member to make a former spouse election, the effective date of a deemed election is the first day of the first month after the date of that court order or filing. However, if the member made a former spouse election within the required 1-year period, the effective date of the former spouse coverage will be the first day of the first month following the month in which the election is received.

430504. Supplemental Survivor Benefit Plan. A member may not be ordered or required to elect (or to enter into an agreement to elect) to provide a spouse or former spouse with a supplemental spouse annuity. Except as provided in subparagraph 430503.C, above, in no case shall a person be deemed to have made an election to provide a supplemental annuity for a spouse or former spouse of such person.

430505. Federal Civil Service Retiree

A. A member with SBP coverage (or SBP and SSBP coverage) who: (1) retires under the civil service retirement program; (2) waives military retired pay to combine civilian and military service credits; and (3) elects survivor coverage, at any level, under the civil service retirement, has SBP coverage suspended while the waiver is in effect. If the waiver is terminated for any reason, SBP (or SBP and SSBP) coverage resumes concurrent with the resumption of retired pay. The type of coverage and level of participation, as adjusted by any changes in retired pay during the period of waiver, is as first elected. If the retired service member dies while the waiver of military retired pay is in effect, no SBP (or SBP and SSBP) annuity becomes due and payable to either the surviving spouse and/or children.

B. An election in the SBP with concurrent cancellation of previous Retired Servicemen Family Protection Plan (RSFPP) coverage is without force or effect if retired pay previously was waived for civilian retirement and survivor coverage from the civilian annuity was elected.

C. A member who elects SBP coverage, including SSBP coverage, and who does not waive military retired pay for civil service retirement, may have survivor coverage under both retirement plans.

D. A member may waive retired pay in total to receive VA compensation and retire from civil service. The waiver of full retired pay in favor of VA benefits also may be considered as a waiver of retired pay for the purpose of a civil service retirement. A specific waiver of military retired pay for the civilian retirement is not required. The SBP coverage, including SSBP coverage, is suspended if survivor coverage is elected from the civil service annuity.

E. Provisions in subparagraphs 430505.A. and D., above, do not apply to a member who retired under 10 U.S.C. 12731 (reference (c)) or who retired due to a combat-incurred disability.

F. Death of a Federal Civil Service Employee Before Waiver of Military Retired Pay. The survivor of a federal civil service employee who was awarded retired pay based on any period of military service and who dies before separation from civil service shall receive a survivor annuity computed using military service. The survivor annuity from civil service shall be reduced by any military survivor benefits payable. The survivor may elect not to be covered by this provision, which automatically uses military service credit in computing the federal survivor annuity.

G. Foreign Service and Judiciary Retirements. Except for participation in federal service survivor annuity programs, SBP coverage does not terminate when a member participates in other survivor benefit plans administered by the U.S. Government such as under the Foreign Service or federal judges retirement systems.

## 4306 COMBINED RETIRED SERVICEMEN FAMILY PROTECTION PLAN (RSFPP) AND SURVIVOR BENEFIT PLAN (SBP) COVERAGE

430601. Members participating in RSFPP on or before September 21, 1972, could, before March 20, 1974:

A. Decline SBP coverage and continue RSFPP, or

B. Cancel RSFPP in favor of SBP, or

C. Elect coverage under both Plans.

430602. The commitment concerning the RSFPP participation must have been made at the time of the SBP election. In the absence of such commitment, coverage under both Plans was established and the member was contacted regarding his or her intent on the RSFPP. A member could not cancel RSFPP participation and, at the same time, decline SBP coverage. Cancellation of the RSFPP in favor of SBP was both final and complete. A member having RSFPP coverage under two options could not cancel one option and retain the other.

430603. When electing coverage under both Plans, the member could, within certain limitations, designate the amount of coverage under each Plan. The total of the annuities could not exceed the gross retired pay entitlement on the effective date of the SBP election. The reduced base amount limits had to be maintained and the original RSFPP base amount could not be increased. A member retiring before November 1, 1968, could reduce RSFPP coverage to one-fourth or one-eighth of the gross pay entitlement or reduce RSFPP coverage on date of retirement. A member retiring on or after November 1, 1968, and electing SBP, could reduce the RSFPP annuity by any amount provided the amount was not less than 12-1/2 percent of the retired pay entitlement on the date SBP was elected and the monthly annuity elected was not less than $25.

430604. Cancellation of the RSFPP at the time of election into the SBP did not entitle the member to a refund of the previous RSFPP premiums. Any delinquent premiums under the RSFPP on the date of conversion to SBP continued as debts, subject to interest, until paid.

4307 CHANGES IN ELECTION AND COVERAGE

430701. Later-Acquired Spouse and/or Child. This election must be received within 1 year of the event with the exception of subparagraph 430701.B.5, below, which is a change from former spouse to spouse coverage. There is no time restriction on the election period for a change under subparagraph 430701.B.5, below.

★ A. A member who is participating with spouse or spouse and child coverage and who does not have an eligible spouse beneficiary may, upon remarriage: resume coverage, increase the level of coverage up to and including full retired pay, or elect not to have spouse coverage resumed. A member who is participating with maximum spouse coverage, but who is not a participant in the SSBP, may elect SSBP upon remarriage. The SSBP election is irrevocable and shall be made within one year after the remarriage. Unless a member elects not to cover the new spouse within one year after the marriage, spouse coverage automatically resumes at the first anniversary of the marriage.

1. The member may not add child coverage by virtue of this remarriage alone if child coverage was previously bypassed.

2. The level of SBP coverage may not be reduced nor may child coverage be eliminated. The SSBP level of coverage may be increased upon remarriage.

3. SBP elections become effective when the new spouse becomes an eligible beneficiary, and any increase in premium, plus interest, has been paid. When the level of SBP coverage is increased, the member must pay the difference between the present premium and the premium that would have been incurred had the higher level of coverage been elected originally, plus interest. Interest is compounded monthly using a factor equal to the 12th root of 1 plus the annual interest rate used by the DoD Board of Actuaries to calculate the retirement accrual costs. The current compounding factor is 1.00526. Interest is to be compounded monthly on the accumulated difference existing prior to any computation month. If payment of cost plus interest is not completed before spouse becomes an eligible beneficiary, the election becomes null and void and a refund of cost and interest and reinstatement of original election coverage occurs. Cost plus interest will be paid to member's estate should the member die before refund is completed.

4. If a member has spouse or spouse and child coverage and elects not to resume SBP participation for the spouse, the spouse is notified and any SSBP coverage is terminated. An election to terminate spouse coverage is irrevocable. If the member elects to increase the level of spouse coverage to an amount less than full retired pay, the spouse is notified.

B. If, on September 21, 1973, for the pre-September 21, 1972, retiree, or on date of retirement, for the post-September 21, 1972, retiree, the member:

1. Has no eligible beneficiaries and declines to participate, the declination does not prohibit the later election for spouse and/or children.

2. Has no eligible spouse and elected for children only, he or she may, within 1 year after marriage or remarriage, include the spouse with coverage previously elected for the children; or

3. Has no eligible children and elected for spouse only, he or she may, within 1 year of acquisition of children, include the children with coverage previously elected for the spouse; or

4. Has no eligible spouse and declines coverage for an eligible child, he or she may, within 1 year of the acquisition of a spouse, elect for that spouse; or

5. Elects coverage for a former spouse or former spouse and children, or elects coverage for a natural person with an insurable interest, the member may later change the election to spouse and/or children. The member is not required to change the election to spouse and/or children; however, if such a change is made, it permanently terminates the eligibility of the former spouse or the natural person with insurable interest. It is not necessary that maximum level coverage be elected for the spouse and/or children. See subparagraphs 430702.B and 430703, below, for additional information concerning changes in former spouse coverage.

430702. Change From Spouse or Spouse and Children. A member who elected spouse or spouse and child coverage may terminate that election and provide an SBP annuity for a former spouse or former spouse and child, provided the child resulted from the member's marriage to that former spouse. A member who elects to provide former spouse coverage at the maximum level may elect SSBP coverage. If the member is married when the former spouse election is made, that spouse is notified (see subparagraph 430501.G, above). A former spouse may request that an election be deemed by the Secretary of the Military Department concerned (or designee).

A. The Secretary concerned shall notify the former spouse of any changes in election.

B. Changes to a Former Spouse Election

1. If a member was required to elect former spouse coverage by a court order, incident to a proceeding of divorce, dissolution, or annulment, the member may change to spouse or child coverage if the member furnishes, to the Secretary of the Military Department concerned (or designee) a certified copy of a court order. The court order, regular on its face, modifies the provisions of all previous court orders relating to the former spouse election so that the member is permitted to change the election. The member certifies to the

Secretary concerned that the court order is valid and in effect. These same restrictions apply to the member who elected former spouse coverage pursuant to a written agreement that was incorporated in, or ratified or approved by, a court order.

2. In the case of a written agreement that has not been incorporated or ratified or approved by a court order, the member shall furnish, to the Secretary concerned, a statement (in a format prescribed by that Secretary), signed by the member and the former spouse that evidences the former spouse's agreement to an election change. The member must certify that the statement is current and in effect.

430703. Change to Former Spouse Coverage Under Insurable Interest. A member was allowed to change an election for former spouse coverage under the insurable interest category to former spouse coverage under the spouse category during the period November 8, 1985, through November 7, 1986. A member also could add child coverage to former spouse coverage provided the child was the result of the member's marriage to that former spouse and if member is providing coverage for the former spouse under the spouse category. These election changes apply to elections effective before March 1, 1986.

430704. Changed Retirement Eligibility. If a member elects RCSBP coverage and subsequently becomes eligible for retirement under another law, thereby losing eligibility under 10 U.S.C., Chapter 1223, (reference (c)), the RCSBP election remains effective until the member actually retires. A member then may make a new election as any other retiring member.

430705. Open Enrollment Periods

A. Public Law 97-35 (reference (bq)) allowed certain members to enroll in the SBP, to increase a reduced level of coverage, or to add spouse coverage to child coverage. The open enrollment period was October 1, 1981, through September 30, 1982. See section 4309, below. Public Law 97-252 (reference (ei)) allowed certain Reservists to participate in an open enrollment period October 1, 1982, through September 30, 1983.

B. See subparagraphs 430503.A., B., and C., above, for open periods under Public Laws 98-94 (reference (aj)), 98-525 (reference (ej)), 99-145 (reference (fc)), and 99-661 (reference (ek)) involving elections for a former spouse. Members who elected SBP (or RCSBP) during the period October 19, 1984, through November 8, 1985 could elect to withdraw November 8, 1985 through November 7, 1986, with a refund of cost plus interest.

C. Public Law 100-180 (reference (fd)) provided an open season withdrawal. A member with spouse or spouse and child coverage who remarried before March 1, 1986, and at a time when that person was a participant in SBP could, with the spouse's consent, withdraw from the Plan. The withdrawal period was March 3, 1988, through March 2, 1989. Premiums and coverage stop on the first day of the month following receipt of the withdrawal request. There is no refund of SBP premiums.

D. Public Laws 101-189 (reference (fb)) and 101-510 (reference (el)) provided an open season April 1, 1992, through March 31, 1993. A member who was not participating in SBP could have elected into the SBP program. A member who elected SBP coverage for spouse or former spouse at the maximum level during open season also could elect SSBP. A member could add spouse coverage or increase the base amount of coverage during open season. A member who already was participating in SBP with maximum coverage for a spouse or former spouse could have elected SSBP during open season.

430706. Mental Incompetency. If a mentally incompetent member later is determined to be mentally competent, he or she may, within 180 days after such determination, change or revoke the SBP, or SBP and SSBP election made on his or her behalf. The change or revocation shall be effective on the date of the member's request.

430707. Correction of Administrative Error. The Secretary of the Military Department concerned (or designee) may correct any election or any change or revocation of an election when the Secretary considers it necessary to correct an administrative error. See paragraph 420307 of this volume.

## 4308 DISCONTINUANCE OF PARTICIPATION

430801. Discontinuance of SBP Participation on Second Anniversary

A. An SBP participant may choose to voluntarily discontinue SBP participation during a one-year period which begins on the second anniversary of the date of commencement of retired pay. The date of commencement of retired pay is defined as the date that the retiree becomes entitled to retired pay. A member whose second anniversary occurred before May 17, 1998 has until May 16, 1999 to request discontinuance. A recall to active duty following retirement will not alter this date. No request to discontinue participation shall be effective before May 17, 1998.

B. An SBP participant who is eligible to discontinue participation sends a written request to the DFAS-Cleveland Site on DD Form 2656-2 (Survivor Benefit Plan Termination Request). A request for information or a request for termination that is not on DD Form 2656-2 is not a request to discontinue.

1. A married participant may not discontinue spouse coverage without the spouse's written concurrence, unless it is established that the spouse's whereabouts cannot be determined, or that, due to exceptional circumstances, obtaining the spouse's consent would be inappropriate. In exceptional circumstances, such as mental or physical incapacitation of the spouse, DFAS requires the appropriate documentation such as a physician's statement, which attests to the spouse's mental or physical incapacitation. Additionally, the incapacity must exist continuously since the date of the member's request.

2. If the SBP participant is providing former spouse coverage based on a court order, an amended court order should accompany the request, even if the former spouse concurs with the request.

C. A spouse or former spouse who concurs in the request for termination is considered notified in accordance with 10 U.S.C. 1448(a) (reference (c)). A spouse or former spouse who changes his/her mind after concurrence has 30 days from the date of the first request to submit a letter withdrawing their concurrence. If concurrence is withdrawn within 30 days, the request to withdraw from SBP participation is void. The concurrence of the former spouse is applicable even though the coverage may be currently in a suspended status due to the former spouse's remarriage. Child concurrence is not required when a member elects to discontinue SBP participation for child coverage.

D. DFAS shall ensure that a natural person or former spouse who is not required to concur in the request for termination is notified of the termination of SBP coverage by sending a letter to such beneficiary at the address in the retired member's file.

E. A member's participation terminates on the first day of the month following the month in which DFAS receives a request for discontinuance. Any premiums deducted for periods on or after the effective date shall be refunded and the member notified of the final action concerning termination of coverage.

F. A member may withdraw the request to discontinue participation within 30 days of having submitted such request to DFAS. The 30-day period begins on the date that DFAS considers the withdrawal request received. Generally, this is the received date stamped on the DD Form 2656-2 by DFAS.

1. To withdraw the request to discontinue SBP participation, the member must notify DFAS-Cleveland Site by a legible, signed, written notice. The request identifies the member by name and social security number and states that the member no longer wants to discontinue SBP participation. If available, the request should include a photocopy of the original DD Form 2656-2.

2. If the member withdraws a request to discontinue participation within the prescribed 30-day period, the member's participation shall not be discontinued. If the withdrawal notice is received after the prescribed date, it shall have no effect and the member shall be so notified within 30 days. However, if the member provides proof of the date of mailing and such date is favorable to honoring the member's withdrawal request, that date of mailing shall serve as the date submitted.

3. If the member effectively withdraws a request to discontinue participation, that member shall be so notified within 30 days. If participation had already been discontinued, it shall be reinstated as though no break in coverage existed. Premiums not collected or paid, or that were refunded shall be collected from the member's retired pay and the member notified of the final action concerning participation.

G. Once participation is discontinued under this provision, no benefits may be paid in conjunction with the member's previous participation. No refund of any premiums properly collected shall be made. The member may not resume participation in SBP for any category of beneficiary.

H. A member who discontinues SBP participation may not later elect SBP coverage upon acquisition of another class of beneficiary.

430802. Voluntary Termination of Coverage for a Natural Person With an Insurable Interest

A. A member who is participating in SBP with coverage for a natural person with an insurable interest (not a former spouse) voluntarily may terminate his or her participation in SBP. No request for termination is effective before November 1, 1994.

B. If a member is considering termination of an insurable interest coverage, he or she should contact the responsible agent: DFAS-Cleveland Site, or the Military Service Reserve Component Personnel Center for members not yet age 60 (or an appropriately determined office for non-DoD Uniformed Services).

C. A member who is eligible and wants to terminate coverage may send a written request to the responsible agent identified in subparagraph 430802.B., above. The request, signed by the member, must identify the member and state that the member wants to terminate SBP participation. A request for information is not a request to terminate SBP participation.

D. When the responsible agent receives a request from an SBP participant eligible to terminate coverage, the agent will determine whether the request is for information or actually is a request to terminate participation. In either case, the member will be mailed two fact sheets that: (1) explain the procedures for terminating participation and the advantages and disadvantages of participation; and (2) the disadvantages of terminating participation. If the request is determined to be a request for termination, the member will be advised in the cover letter that a request for termination can be withdrawn within 30 days of the date of that letter.

E. No premiums are refunded as a result of terminating coverage. No premiums will be charged after the effective date of termination unless the member had Reserve Component Survivor Benefit Plan (RCSBP) coverage. See paragraph 570305 of this volume for recomputation of the original "add-on" portion of the RCSBP premium when member terminates coverage before age 60.

F. A member who wishes to withdraw the request to terminate participation must notify the Secretary of the Military Department concerned (or designee) using a legible, signed written notice to the member's responsible agent in subparagraph 430802.B., above. The notice must identify the member's name and social security number and state that the member no longer wants to discontinue SBP participation. If the member withdraws the request to discontinue participation within the prescribed 30-day period, the SBP participation is not terminated. If the withdrawal notice is received after the prescribed date, it has no effect and the member is so notified within 30 days. However, if the member provides proof of the date of the mailing and such date is favorable to honoring the member's withdrawal request, that date of mailing serves as the date submitted. If the member effectively withdraws a request to discontinue participation, the member is notified within 30 days. If participation already was

discontinued, it will be reinstated as if no break in coverage occurred. Any premiums not collected or paid, or premiums that were refunded, will be collected from the member and the member notified of the final action concerning participation.

G. The member may only resume SBP participation by electing coverage for a spouse or dependent child within 1 year of acquiring a family member.

430803. Withdrawal by a Totally Disabled Member

A. Any person who elects to participate in SBP with a service-connected disability rated by the Department of Veterans Affairs (VA) as totally disabling and is so rated for 10 or more continuous years (or, if so rated for a lesser period, at least 5 years from the date of last discharge or release from active duty) may request to discontinue participation in the Plan by submitting a request to the Secretary of the Military Department concerned (or designee). The initial date for determining the 5- or 10-year period is the effective date of the VA rating of total disability. Validation must be obtained from the VA if not available from the individual.

1. The request for discontinuance must be with the written consent of the beneficiary or beneficiaries under the Plan. Should that beneficiary be a dependent child or children, written consent may be accepted from a parent, stepparent, foster parent, guardian, or an individual appointed by a court of competent jurisdiction.

2. The Secretary concerned shall furnish a written statement of the advantages of participating and the possible disadvantages of discontinuing participation or the provisions of 10 U.S.C. 1452(g) (reference (c)) to each person requesting discontinuance.

3. A person may withdraw the discontinuance request within 30 days of submission to the Secretary concerned.

4. Participation in the Plan and cost of SBP and SSBP coverage is discontinued on the first day of the month after receipt of the request by the Secretary concerned. This provision is effective December 1, 1980.

5. If a member dies after the date that the request for withdrawal has been received by the Secretary of the Military Department concerned, but before the effective date of that request, the beneficiary is entitled to the annuity.

B. Upon the death of a person who has discontinued participation in the Plan under this section, a refund of SBP and SSBP amounts deducted from retired or retainer pay without interest shall be made to the widow or widower.

C. Any person who has discontinued participation in the Plan may again elect to participate if the VA reduces the disability rating to less than total and the person applies within 1 year to participate in the Plan and includes the required information determined by the Secretary concerned.

1. Participation in the Plan and reduction in pay is effective the first day of the month after receipt of the application to the Secretary concerned on DD Form 1883 (SBP Election Certificate). Documentation attesting to the less than total disability rating must accompany the application.

2. If the member applies for resumption of participation, but dies before the effective date, the beneficiary is entitled to an annuity on the date the election would have been effective.

3. Resumption of participation shall be limited to the type and level of coverage initially elected allowing for beneficiary changes as otherwise provided for in Chapters 42 through 58.

4309 OPEN ENROLLMENT PERIODS

430901. Eligible members from each Military Service were notified of Public Law 97-35 (reference (bq)), which provided an open enrollment period for SBP from October 1, 981, through September 30, 1982. Public Law 97-252 (reference (ei)) authorized an open enrollment period for certain reservists October 1, 1982, through September 30, 1983.

★ A. An eligible member was a member or former member of the Uniformed Services who was entitled to retired or retainer pay on or before August 13, 1981. See paragraph 570306 of this volume for recomputation of the original "add on" portion of the RCSBP premium when member terminates coverage before age 60. The Secretaries of the Military Departments were permitted to make elections on behalf of mentally incompetent members. A member who did not have an eligible beneficiary during the open enrollment period could not elect into SBP later except under subparagraphs 430501.E and F, above. Also, a member who previously did not have an eligible beneficiary to make an election for, could be able to elect coverage for that beneficiary under subparagraphs 430501.E and F.

B. An eligible member could elect to:

1. Enroll in the SBP if not presently participating (An initial election for former spouse coverage could be made from September 8, 1982, through September 30, 1982.);

2. Change the current level of coverage to a higher level; and/or

3. Change the current children only coverage to include coverage for spouse. Election information can be accepted in writing rather than on the approved form.

C. A member could only elect or change SBP once during the open enrollment period.

D. The election was effective when received by the Secretary of the Military Department concerned. The postmark of the envelope could be used when beneficial to the

member or survivor. An annuity was not payable under the open enrollment election for a period of 2 years. The 2-year waiting or penalty period began on the effective date of the open enrollment election and ended 2 years from that date.

1. If a member died before the end of the 2-year waiting period:

a. The open enrollment election was void and premiums attributed to that election were refunded to or on behalf of the beneficiary(ies) designated in the open enrollment election. If the member had no prior coverage and elected for spouse and children, the total refund was made to the eligible spouse beneficiary. If the eligible spouse beneficiary was no longer living, premiums were refunded without interest, to the remaining eligible beneficiary(ies). If the member had an election in effect before the open enrollment election, the premium was recalculated under the earlier election and deducted from the refund of the premiums due the eligible beneficiary(ies) for the open enrollment election.

b. An annuity was established to the eligible beneficiary(ies) under the terms of the earlier election.

c. If a member made an initial election to provide spouse coverage during the open enrollment period, changed that election made under paragraph 430702, above, during the 2-year waiting period, and died before the end of the 2-year waiting period, no annuity was payable to the former spouse. Premiums attributed to the open enrollment election were refunded to or on behalf of the beneficiary(ies) of that election; premiums attributed to the changed election were refunded to the former spouse. If the member had an election in effect before the open enrollment election, the premium was recalculated under the earlier election and deducted from the refund of premiums due the former spouse.

2. If the beneficiary died during the 2-year period, the premium was suspended on the first day of the month after death. If the member later acquired the same type of beneficiary, but during the 2-year waiting period, the premium was resumed for the remainder of the 2-year period. If the member acquired the beneficiary after the 2-year waiting period, the premium was resumed when the beneficiary became eligible for the annuity. See paragraphs 440101 and 440102 of this volume.

E. A member who wished to cancel RSFPP coverage to coincide with the election of SBP during the open enrollment period had to initiate separate action to withdraw from RSFPP under section 3402 of this volume.

F. The Military Services were not required to notify the beneficiary of a change in the member's election.

G. SBP cost for an open enrollment election was effective on the first day of the month after receipt of the election (by the Secretary of the Military Department concerned at the appropriate DFAS Site), except that costs for an initial election of former spouse coverage were effective February 1, 1983. See Table 45-2.

H. If a member increased the base amount (or level of coverage), the premiums were recalculated on the existing cost factor(s). If the member made an initial election which included children or added spouse coverage, premiums were calculated using cost factors that were based on ages on the date of election.

I. SBP costs were not refunded to a member who was discharged from the Temporary Disability Retirement List.

J. The cost for spouse coverage paid during the 2-year waiting period is included in any cost refund that results from a Dependency Indemnity Compensation (DIC) award.

430902. Public Law 101-189 (reference (fb)), amended by Public Law 101-510 (reference (el)), provided an open enrollment period from April 1, 1992 through March 31, 1993. A member could make only one open season election. A member with suspended spouse or former spouse coverage could make any election otherwise allowable even if the premium resulting from the open season election was immediately in a suspended status.

A. Non-Participants. A member or former member of the Uniformed Services who, on March 31, 1992, was not a participant in the SBP and was entitled to retired pay could elect SBP during the open enrollment period. A member could make an election for spouse, former spouse, spouse/former spouse and child, child only, or a natural person with an insurable interest. If the member elected spouse or former spouse coverage at the maximum level, the member could elect Supplemental SBP.

B. Existing Participants

1. A member with reduced SBP coverage could elect to increase the base amount of coverage.

2. A member could add spouse or former spouse coverage to child coverage. If adding spouse coverage, existing child coverage could not be dropped. An election for former spouse coverage terminated any previous coverage. If adding a former spouse, a member could drop coverage for children. A member could cover former spouse and children; however, the only children eligible were the children of the member-former spouse marriage. Thus, when a member with child coverage elected former spouse and child coverage, any children not the result of the member-former spouse marriage became ineligible and coverage for such children ceased.

3. A member could not change from spouse to former spouse coverage even if the spouse coverage and premium currently were suspended. A member could not change from former spouse to spouse coverage. A member with coverage for a natural person with an insurable interest (including a former spouse covered under the insurable interest category) could not change that election.

4. A member with spouse or former spouse coverage at the maximum level could elect Supplemental SBP.

C. No election could be deemed under the provisions of the open enrollment period.

D. An open enrollment election for a former spouse, by a member who is otherwise under a qualified court order to elect SBP coverage for a former spouse, is later subject to the provisions of that court order. This applies even though the open enrollment election was purely voluntary.

E. The open enrollment election was effective for premium purposes on the first day of the month after the election was received by the Secretary concerned, but not earlier than April 1, 1992. If the date received is prejudicial to the member, the postmark date is considered the date the election was received.

F. The premium for an open season election was established as though the member first became a participant in SBP at the time of election.

G. In addition to the SBP premium for an open enrollment election for spouse or former spouse, there is an additional premium charged on the basis of the number of years the member has been retired. The number of years was determined from the date of initial retirement through the date the election became effective. Months and days less than a full year were ignored. The additional premium percentage was applied to the full base amount or, if the member was previously providing reduced coverage for a spouse or former spouse, to the increase in the base amount over the annuity base amount that previously existed. The premium addition did not apply to any member making an open season election who was currently paying an RSFPP premium for spouse coverage or, who was electing SBP coverage for spouse and who previously participated in SBP but who later withdrew from participation under the provision for totally disabled members. The additional premium percentage charged for an open season election is not refunded when recalculating SBP premium due to DIC award.

H. An open season election became void if the member died before the end of the 2-year survival period beginning on the cost-effective date in subparagraph 430902.E., above, with the exception of the member who made an open enrollment election for a spouse and that spouse was entitled before November 1, 1990, to receive DIC based on a previous marriage to another member. If an open season election was void, the member's election reverted to any previously established coverage.

I. Any premium for the voided open enrollment election is refunded to the member's beneficiary under the open enrollment election. If the beneficiary predeceases the member, there is no refund of premium.

★ 430903. Public Law 105-261 (reference (fu)) provided an open enrollment period from March 1, 1999 through February 29, 2000.

A. Eligible Member. An eligible member was a member or former member of the Uniformed Services who, on February 28, 1999:

1. Was not participating to the fullest possible extent in SBP and SSBP (or RCSBP and RCSSBP);

2. Was previously eligible to elect SBP and/or SSBP (or RCSBP and/or RCSSBP) coverage at a greater level; and

3. Was entitled to retired pay or would have been entitled to retired pay under 10 U.S.C., Chapter 1223 (Chapter 67 as in effect before October 5, 1994), but was not yet age 60.

NOTE: See paragraph 550505.F for eligibility of a Reserve Component member.

B. Coverage Limitations

1. A member could designate only the beneficiaries who satisfied the legal criteria for the category of coverage as of the date the election was filed. A member could not provide a level of coverage or elect for a beneficiary for which the member could not have made an election previously. For example, a member who was married upon retirement could not elect insurable interest coverage.

2. A member who previously participated in SBP but terminated participation on the second anniversary as provided in paragraph 430801 was ineligible to reelect SBP again during the open enrollment period.

3. An open season election by a member already entitled to retired pay was for a standard (SBP) annuity even if that member previously elected a Reserve-Component annuity (RCSBP or RCSSBP). An open enrollment election by a member who would have been entitled to retired pay under 10 U.S.C., Chapter 1223, but for the fact that member was under age 60 was a Reserve- Component annuity (RCSBP or RCSSBP). For additional information on the open season Reserve-Component annuity, see Chapter 57.

4. A spouse or former spouse election could include SSBP coverage.

5. No election could be made for a beneficiary other than the one currently protected under SBP except for the addition of child coverage to a spouse or former spouse election.

C. Elections Primarily Voluntary. The open season election was voluntary on the part of the member and was not subject to the concurrence of the member's spouse or former spouse. No court order could require a member to make an open season election. An

election could not be deemed for former spouse coverage as a result of any such court order. However, an RCSBP election during the open enrollment period when the member had no existing election and made an election for less than maximum spouse coverage required spousal concurrence.

D. Making An Election. The member completed DD Form 2656-3, (Survivor Benefit Plan and Reserve Component Survivor Benefit Plan Open Enrollment Election). The election was submitted to the Military Service designated agent indicated in the Instructions portion of the DD Form 2656-3.

E. Effective Date of Election. The election was effective the first day of the month after the election was received. The date received was the date the election was first logged into the appropriate data system. However, if the log-in date was prejudicial to the payment of an annuity to the survivor (that is, the log-in date would preclude annuity payment) and the survivor had proof of an earlier mailing date, the mailing date was deemed as the date received. An election received before March 1, 1999 was deemed as having been received on February 28, 1999. An election received after February 29, 2000 was deemed as having been received on the date of mailing if the postmark was a date within the open enrollment period.

F. Death of Member Within 2 Years. If the member dies within 2 years of the effective date of the election, the election is void. All open enrollment premiums for a void election are refunded to the person who would have been the beneficiary had the member lived the required 2-year period.

G. Open Enrollment Premiums. A member pays open enrollment premiums for elected coverage based on the number of years that elapsed since the member's first opportunity to elect SBP. In most cases, the first opportunity to elect SBP was upon retirement. If a member was not married at retirement, but married later, the number of elapsed years was figured from the first anniversary of the marriage. If the member was married at time of retirement, the date of the first opportunity to participate was the date of retirement, regardless of how the following years may have been divided between marriage and divorce.

1. There are two types of open enrollment premiums. The first premium type is the prospective premium that is collected each month beginning with the effective date of the election. The premium is collected in the same manner as though the member elected SBP at the earliest opportunity.

2. The second premium type was a one-time, buy-in premium. This premium was due and payable in a one-time, lump sum payment when the member filed an election. However, to lessen the financial impact to the member over time, DoD allows a portion of this premium to be deferred and deducted from retired pay in equal monthly installments over the 24-month period immediately following the effective date of the election.

a. The deferred amount could not exceed the total net retired pay the member expected to receive over the 24-month period. Regardless of any deferred amount, the member was considered obligated for the payment of the lump sum premium at the

time of the election. If the member's net retired pay is reduced after the monthly installments begin, the member makes an immediate payment equal to the anticipated shortfall in monthly installments expected through the end of the original 24-month period.

b. The one-time, buy-in premium payments are credited to the Department of Defense Military Retirement Fund or other comparable account for non-DoD Services.

c. No other obligation is impacted by the one-time, buy-in premium. In particular, the dual compensation deduction (repealed October 1999) did not take into account the one-time, buy-in premium. The amount of disposable retired pay for former spouse payments from retired pay under Chapter 29 of this volume does not take into account the one-time, buy-in premium.

d. The one-time, buy-in premium was not considered a deduction due to an SBP election under 10 U.S.C., Chapter 73, rather it was the result of an election under Public Law 105-261, the National Defense Authorization Act, FY 1999 (reference (fu)). Since the one-time, buy-in premium is not considered a reduction in retired pay due to an election under 10 U.S.C., Chapter 73, even when paid through monthly installments, these amounts do not reduce the member's taxable retired pay. The premiums may be used as the basis in an annuity under standard tax law, in the same manner as SBP premiums the member remits directly when retired pay has been waived in favor of Civil Service annuity.

e. This type of premium is not refundable under 10 U.S.C. 1452 and 1450(e) when the surviving spouse is entitled to DIC from the VA.

H. Miscellaneous. Public Law 105-261 (reference (fu)) allows additional premium amounts to protect the actuarial soundness of the SBP program against associated risks for open enrollment elections. The use of the pre-flat rate reduction, which is the two-part SBP premium formula with low-cost threshold shown in paragraph 450202, does not apply to the open enrollment elections. Additionally, since the beneficiary of a person making an open enrollment election was considered ineligible to have annuity computed under 10 U.S.C. 1451(e), the Social Security offset method (described in paragraph 460101), the premiums for open enrollment are associated with the two-tier annuity system.

## SURVIVOR BENEFIT PLAN - ELECTIONS AND ELECTION CHANGES

4301 - ELECTION

| | |
|---|---|
| | DoDD 1332.27, paragraph 201c, January 4, 1974 |
| | Public Law 92-425, section 3(a), September 21, 1972 |
| | Public Law 93-155, November 16, 1973 |
| | MS Comp Gen B-201229, August 24, 1981 |

4302 - ELECTION OPTION

| | |
|---|---|
| | 10 U.S.C. 1447(2) |
| | 10 U.S.C. 1448(a) and (b) |
| | DoDD 1332.27, paragraphs 201a, c, and d, January 4, 1974 |
| 430202.B | 10 U.S.C. 1448(b)(4) |
| 430203 | 10 U.S.C. 1458(a) and (b) |
| | 10 U.S.C. 1457(b) |

4303 - ELECTION DATA

| | |
|---|---|
| | Public Law 97-252, September 8, 1982 |
| | Public Law 98-525, October 19, 1984 |
| | Public Law 99-145, November 8, 1985 |
| | Public Law 99-661, section 641, November 14, 1986 |
| | 10 U.S.C. 1458(c) |
| 430303.C | 52 Comp Gen 973 |
| 430303.D | 35 Comp Gen 397 |
| Note | 54 Comp Gen 285 |
| 430303.E | Public Law 99-145, November 8, 1985 |
| 430303.F | 10 U.S.C. 1458(a) and (b) |
| | 10 U.S.C. 1457(b) |

4304 - IRREVOCABLE ELECTIONS, CORRECTIONS, AND DISCONTINUED PARTICIPATION

| | |
|---|---|
| | 10 U.S.C. 1452(g), 1449 |
| | Public Law 99-145, November 8, 1985 |
| | 10 U.S.C. 1448(a), 1454 |
| 430401.E | 10 U.S.C. 1448(b)(1)(B) |

4305 - ELECTION COVERAGE

| | |
|---|---|
| 430501.A | 10 U.S.C. 1448(a) |
| | 10 U.S.C. 1458(a) |
| 430501.B | 10 U.S.C. 1448(a) |

| | |
|---|---|
| 430501.C | 10 U.S.C. 1448(a)(4)<br>Public Law 97-35, August 13, 1981<br>Public Law 97-252, September 8, 1982<br>Public Law 98-525, October 19, 1984<br>10 U.S.C. 1454<br>56 Comp Gen 1022 |
| 430501.D | 10 U.S.C. 1448(a) |
| 430501.E | 57 Comp Gen 98<br>10 U.S.C. 1458(a) |
| 430501.F | 10 U.S.C. 1448(a)(5) |
| 430501.G | 10 U.S.C. 1448(b)(3)<br>10 U.S.C. 1458(e) |
| 430503 | 10 U.S.C. 1448(b) |
| 430503.A | 10 U.S.C. 1458(a), (c)<br>Public Law 99-661, section 645, November 14, 1986 |
| 430503.B | 10 U.S.C. 1448(b)<br>10 U.S.C. 1458(d)<br>Public Law 99-661, section 645, November 14, 1986 |
| 430503.C | 10 U.S.C. 1450(f)<br>Public Law 99-661, section 641, November 14, 1986<br>10 U.S.C. 1459<br>MS Comp Gen B-232319, March 23, 1990 |
| 430503.D | Public Law 105-261, section 643, October 17, 1998 |
| 430504 | 10 U.S.C. 1458(a)(3) |
| 430505.A | 10 U.S.C. 1450(d)<br>55 Comp Gen 1178, 684<br>MS Comp Gen B-192470, January 3, 1979<br>59 Comp Gen 225 |
| 430505.B | MS Comp Gen B-183374, January 4, 1975 |
| 430505.F | 5 U.S.C. 8332(c) |
| 430505.G | MS Comp Gen B-183457, Apr 3, 1978<br>MS Comp Gen B-188932, December 23, 1977 |

4306 - COMBINED RSFPP AND SBP COVERAGE

| | |
|---|---|
| 430604 | Public Law 92-425, section 3(b), September 21, 1972 |

4307 - CHANGES IN ELECTION AND COVERAGE

Public Law 99-145, November 8, 1985
10 U.S.C. 1450(f)
RSFPP/SBP Board Item 77-2, February 23, 1977

| | |
|---|---|
| 430701 | Public Law 105-85, section 642, November 18, 1997 |
| 430701.A | 10 U.S.C. 1448(a)(6) |
| | 10 U.S.C. 1458(g) |
| 430701.A.4 | 10 U.S.C. 1458(a) |
| 430701.B.4 | 10 U.S.C. 1450(f) |
| 430702 | 10 U.S.C. 1448(b)(4) |
| | 10 U.S.C. 1450(f) |
| | 10 U.S.C. 1458(d) |
| 430702.B | Public Law 99-661, section 641, November 14, 1986 |
| 430703 | Public Law 99-145, sections 716, 720, November 8, 1985 |
| 430704 | 61 Comp Gen 441 |
| 430706 | 10 U.S.C. 1460a |

4308 - DISCONTINUANCE OF PARTICIPATION

| | |
|---|---|
| 430801 | 10 U.S.C. 1448a |
| | ASD/FM&P Memo, May 6, 1998 |
| | 10 U.S.C. 1448a |
| | Public Law 105-85, section 641(b), November 18, 1997 |
| 430801.B | ASD/FM&P Memo, January 27, 1999 |
| 430802 | Public Law 103-337, section 638, October 5, 1994 |
| | OASD Memo, March 17, 1995 |
| | 10 U.S.C. 1448(b)(1) |
| 430803.A.4 | 10 U.S.C. 1458(i) |
| | 10 U.S.C. 1460a |
| 430803.B | 10 U.S.C. 1452(g) |

4309 - OPEN ENROLLMENT PERIODS

| | |
|---|---|
| | Public Law 97-35, August 13, 1981 |
| | Public Law 99-145, November 8, 1985 |
| 430902.H | Public Law 102-484, section 643, October 23, 1992 |

**SUMMARY OF MAJOR CHANGES TO
DOD 7000.14-R, VOLUME 7B, CHAPTER 44
"SURVIVOR BENEFIT PLAN (SBP) - BENEFICIARIES"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 440103 | Interim change R10-02 inserted a sentence that refers to section 5201 for active duty death. | July 17, 2001 |
| 4401<br>440101.J<br>440102.C<br>440102.D | Interim change R10-03 makes technical and administrative changes to the Survivor Benefit Plan. | May 22, 2003 |

## ★TABLE OF CONTENTS

## SURVIVOR BENEFIT PLAN (SBP) - BENEFICIARIES

4401 Eligible Beneficiaries

440101 Spouse (Including the Spouse of a Common-Law Marriage)
440102 Children (Including Children of a Common-Law Marriage)
440103 Spouse and Children
440104 Former Spouse or Former Spouse and Child
440105 Natural Person With Insurable Interest

# CHAPTER 44

## SURVIVOR BENEFIT PLAN (SBP) - BENEFICIARIES

### 4401 ELIGIBLE BENEFICIARIES

★ The eligible beneficiaries under the Survivor Benefit Plan (SBP) are the spouse and/or dependent children, a former spouse, or a natural person with an insurable interest, providing they meet certain eligibility requirements. The election, if required, must be received within the time period allowed. An individual may not receive more than one annuity as the surviving spouse or former spouse of different members (see paragraph 480201, below). However, an individual may be the recipient of two or more annuities concurrently, so long as only one is a spouse or former spouse annuity. For example, the child of two members could receive an annuity from each parent, or an individual who was a spouse beneficiary of one member could also be a beneficiary of another member under the insurable interest category.

440101. Spouse (Including the Spouse of a Common-Law Marriage). The spouse is an eligible beneficiary if he or she is/was:

A. Married to a pre-September 21, 1972, retiree on or before September 21, 1973. The election must have been received before March 21, 1974.

B. Married to a post-September 21, 1972, retiree on date of retirement. Unless the member elects otherwise before retirement, the spouse and/or children are automatically designated as the beneficiaries even though the beneficiary data is not received before date of retirement.

C. Married to a pre-September 21, 1972, retiree after September 21, 1973; or a post-September 21, 1972, retiree after the date of retirement if, on September 21, 1973, or date of retirement, whichever is later, the member has or had no spouse.

D. Married to a pre-September 21, 1972, retiree, or a post September 21, 1972, retiree and on September 21, 1973, or date of retirement, whichever is later, the member had no eligible spouse or child and elected coverage for a natural person with insurable interest coverage or a former spouse. A member may change election coverage from a natural person with insurable interest to coverage for a spouse within one year of marriage. The spouse becomes an eligible beneficiary upon the first anniversary of the marriage or the date of birth of the child of that marriage, whichever is earlier, provided the member changes to spouse coverage. Until the spouse and/or child is eligible, the previously elected class of beneficiary remains eligible. A member may change election coverage from former spouse (or coverage for a natural person with insurable interest coverage who is a former spouse) to coverage for a spouse in accordance with paragraph 430702 at any time following remarriage. If the election change is requested after one year from the date of the member's marriage, the spouse becomes an eligible beneficiary on the date of the election receipt and the associated premium is effective on the first day of the month following election receipt.

E. Married to the member, regardless of the date of retirement, after the ineligibility of the spouse previously covered by the Plan provided spouse coverage was resumed. A spouse becomes eligible upon the first anniversary of remarriage or birth of child of that remarriage, whichever is earlier. The member has up to 1 year after remarriage to decide whether to resume spouse coverage.

F. Married to a pre-September 21, 1972, retiree at the time of retirement, divorced, and later remarried to the member, but not married to member during the period September 21, 1972 to March 21, 1974. A spouse becomes eligible upon first anniversary of the remarriage or upon birth of child of that remarriage, whichever is earlier. The election must be received within 1 year of the remarriage.

G. Married to a post-September 21, 1972, retiree at the time of retirement and member elected spouse coverage, divorced, and later remarried to the member. A spouse becomes eligible immediately upon remarriage provided spouse coverage was resumed. The member has up to 1 year after remarriage to decide whether to resume spouse coverage.

H. Married to a pre-September 21, 1972, retiree before March 21, 1974, and member elected spouse coverage, divorced, and later remarried to the member. A spouse becomes eligible immediately upon remarriage provided spouse coverage was resumed. The member has up to 1 year after remarriage to decide whether to resume spouse coverage.

I. Married to a pre-September 21, 1972, retiree after March 21, 1974, or a post-September 21, 1972, retiree after date of retirement, divorced, and later remarried to the member. A spouse becomes eligible upon first anniversary of remarriage or date of the birth of child of that remarriage. The election must be received within 1 year of the remarriage.

★ J. Married to a member who dies in Line-of-Duty while on active duty or to a retirement-eligible member whose death is not in the Line-of-Duty. See Chapter 52 of this volume. NOTE: Prior to passage of Public Law 107-107 dated December 28, 2001, which applies to deaths occurring on or after September 10, 2001, payment of SBP to survivors of members who died on active duty was limited to survivors of those members with 20 years of creditable service toward retirement.

K. Married to a member who died before September 21, 1972, while serving on active duty. The member must have served on active duty for not less than 20 years and have been entitled to retired or retainer pay or would have been entitled to pay except that member had not applied for or been granted that pay.

440102. Children (Including Children of a Common-Law Marriage). A child is an eligible beneficiary if he or she is:

A. A child of the member who met the eligibility requirements on the date of the initial election for pre-September 21, 1972, retiree; on date of retirement for the post September 21, 1972, retiree; or, within 1 year of the acquisition of the child after the election or

retirement the same as for spouse coverage in paragraph 440101, above. The election must be received by the same date as required for the spouse, excluding a child election in conjunction with a former spouse election.

B. A child of the member and the former spouse if the member elects former spouse and child coverage effective on March 1, 1986, or on the first day of the month after the election change is received by the Secretary concerned, whichever is later. A member who elected former spouse coverage before November 8, 1985, could change to former spouse and child coverage before March 1, 1987, or if former spouse coverage was elected during the period November 8, 1985 through February 28, 1986, no later than November 13, 1987. The change to former spouse and child could only be made if the former spouse coverage was provided under the spouse category.

★ C. A child of a member who died on active duty provided that the member died on active duty after the same requirements were met as in Chapter 52 of this volume, and that the member did not elect former spouse coverage or was not required by a court order or spousal agreement to provide former spouse coverage.

D. The child is an eligible beneficiary if:

1. Unmarried; and

2. Under age 18; or at least 18 but under 22 and pursuing a full-time course of study in a recognized educational institution; or incapable of self-support because of physical or mental disability which existed before the 18th birthday or was incurred before age 22 while pursuing a full-time course of study; and

3. A child of the member, including:

a. An adopted child.

b. A stepchild, foster child, or recognized natural child, if that stepchild, foster child, or recognized natural child lived with the retiree in a regular parent-child relationship.

c. A child under age 18 and serving on active duty in the Uniformed Services.

d. A child under age 22 and enrolled in an institution of higher learning under a military subsistence scholarship.

NOTE: To qualify as a dependent child, a foster child must have resided with the retiree at time of death, received over one-half of his or her support from the retiree, and not be cared for under a social agency contract. A relative of the member (such as a grandchild) may qualify as an eligible child beneficiary if a foster parent/foster child relationship exists. Adoption of a grandchild is not required for the member to designate that child as an eligible child beneficiary. A child whose 22nd birthday occurs before July 1 or after August 31 of a calendar year is considered to have become 22 years of age on the 1st day of July after that birthday.

E. Child eligibility terminates for school nonattendance. If the child resumes school attendance, eligibility is reinstated. Child eligibility terminates by marriage of the child, regardless of whether the child is an incapacitated child entering into a valid marriage with another incapacitated individual. The termination of a child's marriage by death or divorce does not serve as a basis for reinstating child coverage. An annulment of the child's marriage, however, which renders the marriage void or invalid, or by a judicial decree by a court of competent jurisdiction declaring the marriage void, would serve as a basis for reinstating child coverage.

F. In the case of a member who has served 20 years of active service and who dies on active duty, and the member's spouse is no longer living, the child remains an eligible beneficiary through age 22 if pursuing a full-time course of study in a recognized educational institution.

★ 440103. Spouse and Children. Eligibility requirements are as shown in paragraphs 440101 and 440102, above. The spouse is the primary beneficiary with coverage passing to the children if the spouse remarries before age 55 (age 60, if remarried before November 14, 1986), or dies. Exception: If the annuity is payable because member dies on active duty. See Title 10 United States Code (U.S.C.), section 1448(d) (reference (c))), or the member is eligible to provide Reserve Component SBP but dies before notification of eligibility or during the 90-day period after notification. See 10 U.S.C. 1448(f) (reference (c))), eligibility does not pass to the child when a spouse remarries. Also, see section 5201 of this manual for active duty death.

440104. Former Spouse or Former Spouse and Child. A former spouse is an eligible beneficiary if:

A. The former spouse is the member's former spouse (at time of retirement) when the member became eligible to participate in the Plan and is elected the beneficiary by the member or through a request to the Secretary of the Military Department concerned to deem an election.

B. The former spouse was not the member's former spouse (at the time of retirement) when the member becomes eligible to participate in the Plan, and the prior election is changed pursuant to paragraph 430503 of this volume to provide coverage for the former spouse. A former spouse acquired after member became eligible to participate in the Plan is an eligible beneficiary if married to the member for at least 1 year or the parent of issue of the marriage.

C. If coverage includes child, the former spouse is the primary beneficiary with coverage passing to the children if the former spouse remarries before age 55 (age 60, if remarried before November 14, 1986), or dies. The child is an eligible beneficiary provided the conditions in subparagraph 440102.D, above, are met and the child resulted from the member-former spouse marriage.

440105. Natural Person With Insurable Interest. The eligibility requirements are:

A. A person who has a reasonable and lawful expectation of pecuniary benefit from the continued life of the member. This category may include parents, stepparents, grandparents, grandchildren, aunts, uncles, sisters, brothers, half-sisters, half-brothers, dependent or non-dependent child or stepchild, any other person more nearly related than cousin; or

B. Any individual having a reasonable and lawful basis, founded upon the relationship of parties to each other, either pecuniary or of blood or affinity, to expect some benefit or advantage from the continuance of the life of the retiree. NOTE: Proof of financial benefit from the continuance of the life of the member is required for persons other than those listed in subparagraph 440105.A, above. The legal staff of the supporting Military Service activity may coordinate on the eligibility requirements.

**SURVIVOR BENEFIT PLAN - BENEFICIARIES**

4401 - ELIGIBLE BENEFICIARIES

| | |
|---|---|
| 440101 | Public Law 105-85, section 642, November 18, 1997 |
| 440101.B | 56 Comp Gen 1022 |
| 440101.D | MS Comp Gen B-195349, January 10, 1980 |
| | Public Law 99-145, November 8, 1985 |
| 440101.E | DoDD 1332.27, paragraph 201d, January 4, 1974 |
| | 10 U.S.C. 1448(a)(6) |
| 440101.G | 10 U.S.C. 1448(a)(6) |
| 440101.H | MS Comp Gen B-195349, January 10, 1980 |
| | 10 U.S.C. 1448(a)(6) |
| 440101.J | 53 Comp Gen 470, 847 |
| | 55 Comp Gen 854 |
| 440101.K | Public Law 96-402, section 5, October 9, 1980 |
| 440102 | DoDD 1332.27, paragraph 102e, January 4, 1974 |
| | MS Comp Gen B-187179, November 30, 1976 |
| | MS Comp Gen B-221945, August 4, 1986 |
| | 10 U.S.C. 1447(5) |
| | 53 Comp Gen 420, 461 |
| | 44 Comp Gen 280 |
| | 56 Comp Gen 1022 |
| | 62 Comp Gen 193, 302 |
| | Public Law 99-145, November 8, 1985 |
| 440102.C | Public Law 99-661, section 642, November 14, 1986 |
| 440103 | 53 Comp Gen 847 |
| | Public Law 99-661, section 643, November 14, 1986 |
| 440104 | Public Law 97-252, September 8, 1982 |
| | Public Law 98-94, September 24, 1983 |
| | Public Law 98-525, October 19, 1984 |
| | 10 U.S.C. 1448(b) |
| 440104.C | Public Law 99-661, section 643, November 14, 1986 |
| 440105 | MS Comp Gen B-179465, July 19, 1974 |
| | 52 Comp Gen 973 |
| Note | DoDD 1332.27, paragraph 102e, January 4, 1974 |

**SUMMARY OF MAJOR CHANGES TO**
**DOD 7000.14-R, VOLUME 7B, CHAPTER 45**
**"SURVIVOR BENEFIT PLAN - PREMIUMS"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARA | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 450206 Table 45-7 Through Table 45-12 | Interim change (IC) R10-01 promulgated the Survivor Benefit Plan (SBP) open season. | March 30, 2001 |
| Table 45-4 | IC R01-04 prescribes the termination of SBP premium on the retiree's date of death. | February 25, 2004 |

## ★TABLE OF CONTENTS

## SURVIVOR BENEFIT PLAN – PREMIUMS

4501 General

450101 Survivor Benefit Plan (SBP)
450102 Supplemental Survivor Benefit Plan (SSBP)

4502 Cost Factor Formula

4503 Computation of Premium

450301 Spouse Only or Former Spouse Only
450302 Spouse and Child, Former Spouse and Child, or Children Only

4504 Effective Date of Premium

4505 Suspension, Change and Termination of Premium

4506 Payment of Premium

450602 Civil Service Annuitant
450603 Emergency Officer's Retired List (EORL)

4507 Delinquent SBP Premium

4508 Paid Up SBP Premiums After 30 Years and Age 70

4509 Taxability of Premiums

4510 Income Exclusion

# CHAPTER 45

## SURVIVOR BENEFIT PLAN - PREMIUMS

### 4501 GENERAL

450101. Survivor Benefit Plan (SBP). The premium for SBP coverage is based on the type of coverage (spouse and/or children, former spouse for former spouse and children, or natural person with an insurable interest) and the base amount, maximum or reduced, as elected by or on behalf of the member. The SBP premium increases at the same time and by the percentage as do increases for retired or retainer pay.

450102. Supplemental Survivor Benefit Plan (SSBP). The SSBP premium for spouse or former spouse coverage is added to the SBP premium. The SSBP premium is expressed as a percentage of the base amount, full retired pay. The SSBP premium increases in the same manner as the SBP premium.

### 4502 COST FACTOR/FORMULA

450201. If the SBP coverage is for spouse and child, former spouse and child, or child only, a formula must be applied against the base amount (or base amount times 55 percent before April 1983) to determine the charge for coverage of the children. The age of the youngest child is used to determine the premium. However, if there is an incapacitated child over 18 years of age and there also is a competent child over age 18 but younger than the incapacitated child, then use age 17 to determine the premium. The premium can be determined from the SBP Factor Table available at the DFAS-Denver Site. When the premium cannot be determined from the SBP Factor Table, refer to DFAS-Denver Site procedures.

450202. Before enactment of Public Law 99-145 (reference (fc)), the initial premium was computed on a standard cost formula of 2.5 percent of the first $300 of the base amount, plus 10 percent of the base amount in excess of $300. The “$300” is now referred to as a threshold amount and is subject to the following provisions:

A. A member who becomes a participant on or after March 1, 1986, will have the $300 threshold amount increased by any active duty percentage increase effective October 1, 1985, or later, provided his or her retired pay is based on that active duty basic pay rate. For example, a member retires on March 31, 1986, and retired pay is computed on the active duty basic pay rate in effect on October 1, 1985. The active duty increase was 3 percent. The formula is 2.5 percent of the first $309 ($300 times 3 percent), plus 10 percent of the base amount in excess of $309.

B. A member who becomes a participant on or after March 1, 1986, and who receives the benefit of a cost-of-living adjustment in the initial computation of retired pay (and that cost-of-living adjustment is effective on or after October 1, 1985) will have the threshold amount increased by that cost-of-living adjustment percentage. For example, if a member retires

on March 31, 1986, with retired pay computed under the October 1985 active duty basic pay rates and adjusted by a December 1985 cost-of-living adjustment increase of 2.4 percent under 10 U.S.C. 1401a (reference (c)), the cost formula is 2.5 percent of the first $316.42 (($300 times 3 percent) times 2.4 percent), plus 10 percent of the base amount in excess of $316.42. If a member retires on March 31, 1986, and retired pay is computed on basic pay rates effective before October 1985, but retired pay includes a cost-of-living adjustment of 3.1 percent for December 1985, the formula is 2.5 percent of the first $309.30 ($300 times 3.1 percent), plus 10 percent of the base amount in excess of $309.30. On March 1, 1990, the formula for spouse or former spouse coverage is a flat 6.5 percent of the base amount.

C. A member who is entitled to retired pay under 10 U.S.C., Chapter 61, disability retirement (reference (c)), or Chapter 1223, non-Regular service retirement (reference (c)), is entitled to use whichever formula is more favorable. If the individual first became a member of a Uniformed Service before March 1, 1990, and is providing spouse coverage, and SBP premium exceeds 6.5 percent of the base amount, then the SBP premium will be recomputed effective March 1, 1990, on the flat-rate reduction formula of 6.5 percent.

450203. Effective March 1, 1990, the SBP formula for spouse or former spouse coverage is 6.5 percent of the base amount. A member who is entitled to retired pay under Chapter 61, disability retirement, or Chapter 1223, non-Regular service retirement, 10 U.S.C. (reference (c)) is entitled to whichever formula is more favorable. If the individual first became a member of a Uniformed Service before March 1, 1990, and is providing spouse coverage, and the SBP premium exceeds 6.5 percent of the base amount, the SBP premium was recomputed effective March 1, 1990, on the flat-rate reduction formula of 6.5 percent.

450204. SSBP coverage became available in April 1992. The premium for SSBP is in addition to premium for SBP. The SSBP premium is expressed as a percentage of the base amount. The member elects SSBP coverage in increments of 5, 10, 15, or 20 percent of the base amount and the SSBP premium is computed by multiplying the SSBP premium factor based on member's age at election by 1, 2, 3, and 4, respectively. The premium rates are for each 5 percent of SSBP coverage. Standard SSBP rates are shown on Table 45-5.

450205. A member who became an SBP participant, increased the base amount of coverage, or elected spouse or former spouse coverage during the open enrollment period April 1, 1992, through March 31, 1993, was subject to an additional premium based on the number of years member had been retired. The open enrollment premium additions are shown on Table 45-6.

★ 450206. A member who elected SBP during the open enrollment period March 1, 1999, through February 29, 2000, pays a prospective monthly premium and a one-time, buy-in premium. The SBP open enrollment premium tables are: Table 45-7, SBP Spouse or Spouse and Child Lump Sum Factor; Table 45-8, SBP Insurable Interest and SSBP Lump Sum Factor; and Table 45-9, SSBP Open Enrollment Factor. Contact DFAS for the specific child individual open enrollment premium factors and child buy-in factors (or an appropriately determined office for non-DoD Uniformed Services). Tables 45-10, 45-11 (deferred), and 45-12 (immediate) are open enrollment factors for the RCSBP participant age 60 or older. (Note:

Tables 45-10, 45-11, and 45-12 are repeated as tables in Chapter 57 for the participants not yet age 60 who make open enrollment elections.) An open enrollment election by a member entitled to retired pay under 10 U.S.C., Chapter 1223 is under the standard SBP premium, even if the member previously elected a Reserve Component annuity. An open enrollment election by a member who would be entitled to retired pay under 10 U.S.C., Chapter 1223, but for the fact that the member is not yet age 60 is under the Reserve Component annuity program.

4503 COMPUTATION OF PREMIUM

450301. Spouse Only or Former Spouse Only. See Table 45-1, rule 1.

450302. Spouse and Child, Former Spouse and Child, or Children Only. See Table 45-1, rules 2 and 3. The steps to be used in computing the premium are:

A. Compute the age of member, spouse, and child for spouse and child coverage. Compute the age of member, former spouse, and child for former spouse and child coverage. Compute the age of member and child for child coverage. If the member has less than 19 years of service, add 5 years to the member's age. Note: The SBP Factor Tables, effective April 1, 1983, no longer require this adjustment.

B. Determine the cost factor from SBP Factor Table.

C. Multiply base amount by the factor to determine the child premium. Add the child premium to the spouse (or former spouse) premium.

---

Example 1: A member retires on July 1, 1985, with 20 or more years of active service. The gross retired pay is $1,000. The member elects maximum coverage for spouse and children. Birthdates are: member-February 2, 1950; spouse-September 2, 1954; child-May 1, 1980.

Step 1. Compute ages. Six months or more is considered a full year.

| | | | | | |
|---|---|---|---|---|---|
| Member | 890701 | Spouse | 890701 | Child | 890701 |
| | 500202 | | 540902 | | 800501 |
| | 390429 | | 340929 | | 90200 |
| | (39) | | (35) | | (9) |

Step 2. Use the SBP Factor Table to locate the combination of a member age 39, spouse age 35, and child age 9. The resulting factor is .0012.

Step 3. Determine total premium: Compare the spouse premium under the flat-rate formula of 6.5 percent to the spouse premium under the threshold formula, where applicable (see section 4502, above).

Spouse premium:

| | | | |
|---|---|---|---|
| | (Threshold formula) | $1,000.00 | |
| | | - 337.00 | (Table 49-1) |
| | | 663.00 | |
| | | x .10 | |
| | | 66.30 | |
| | | + 8.43 | ($337.00 x .025) |
| | | $ 74.73 | |

| | | | |
|---|---|---|---|
| | (Flat-rate formula) | $1,000.00 | |
| | | x.065 | |
| | | $ 65.00 | $65.00 |

| | | | |
|---|---|---|---|
| | Child premium: | $1,000.00 | |
| | | x .0012 | |
| | | $ 1.20 | |
| | Total Premium: | x .10 | +$ 1.20 |
| | | | $66.20 |

Example 2: The spouse in Example 1 becomes an ineligible beneficiary on March 3, 1990. Coverage changes to child only. (If the former spouse becomes an ineligible beneficiary, coverage changes to child.)

Step 1. Recompute the ages for member and child.

| | | | | |
|---|---|---|---|---|
| | Member | 930304 | Child | 900304 |
| | | 500202 | | 800501 |
| | | 400102 | | 91003 |
| | | (40) | | (10) |

Step 2. Use the SBP Factor Table to locate the combination of a member age 40 and child age 10. The resulting factor is .0051.

Step 3. Determine total premium: $1,000 x .0051 = $5.13

Example 3a: The member elects spouse and child coverage (Example 1). The spouse becomes an ineligible beneficiary and coverage changes to child only (Example 2). The member remarries on May 14, 1990. The birth date for the new spouse is October 12, 1955. Coverage reverts to spouse and child on May 14, 1991, unless the member elects not to resume spouse coverage. The new premium for spouse and child is effective on June 1, 1991 (Table 45-3, rule 9 and note 8).

Step 1. Recompute ages for member, spouse, and child.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Member | 910514 | Spouse | 910514 | Child | 910514 |
| | | 502002 | | 551012 | | 800501 |
| | | 410312 | | 350702 | | 110013 |
| | | (41) | | (36) | | (11) |

Step 2. Use the SBP Factor Table to locate the combination of a member age 41, spouse age 36, and child age 11. The resulting factor is .0009.

Step 3. Determine the total premium:

Spouse premium:

| | | | |
|---|---|---|---|
| | (Threshold formula) | $1,005.00 | |
| | | - 338.69 | (Table 49-1) |
| | | 666.31 | |
| | | x .10 | |
| | | 66.63 | |
| | | + 8.47 | ($338.69 x .025) |
| | | $ 75.10 | |

| | | | |
|---|---|---|---|
| | (Flat-rate formula) | $1,005.00 | |
| | | x.065 | |
| | | $ 65.33 | $65.33 |

| | | | |
|---|---|---|---|
| | Child premium: | $1,005.00 | |
| | | x.009 | |
| | | $ .90 | |
| | Total Premium: | | +$ .90 |
| | | | $66.23 |

Example 3b: The member elects spouse and child coverage (Example 1). The spouse becomes an ineligible beneficiary and coverage changes to child only (Example 2). The member remarries on May 14, 1990. The birth date for the new spouse is October 12, 1955. Coverage would have resumed the spouse and child on May 14, 1991, the first anniversary of the marriage; however, the spouse becomes the parent of issue by that marriage before the first anniversary. Coverage changes to spouse and child on the date the child is born of that marriage. The new premium is effective the first day of the month following the birth (Table 45-3, rule 9 and note 8). Assume that the child is born March 27, 1991.

Step 1. Recompute ages for member, spouse, and child.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Member | 910327 | Spouse | 910327 | Child | 910327 |
| | | 502002 | | 551012 | | 910327 |
| | | 410125 | | 350515 | | 000000 |
| | | (41) | | (35) | | (00) |

Step 2. Use the SBP Factor Table to locate the combination of a member age 41, spouse age 35, and child age 0. The resulting factor is .0037.

Step 3. Determine total premium:

Spouse premium:

| | | | |
|---|---|---|---|
| | (Threshold formula) | $1,005.00 | |
| | | - 338.69 | (Table 49-1) |
| | | 666.31 | |
| | | x .10 | |
| | | 66.63 | |
| | | + 8.47 | ($338.69 x .025) |
| | | $ 75.10 | |

| | | | |
|---|---|---|---|
| | (Flat-rate formula) | $1,005.00 | |
| | | x.065 | |
| | | $ 65.33 | $65.33 |

| | | | |
|---|---|---|---|
| | Child premium: | $1,005.00 | |
| | | x.0037 | |
| | | $ 3.72 | |
| | Total Premium: | | +$ 3.72 |
| | | | $69.05 |

Example 4: Same facts as Example 1. The member divorces on April 15, 1990, and coverage changes to child only. See Example 2 for recomputation. The member elects coverage for former spouse and child, and the election is received on June 2, 1990. Coverage for former spouse and child is effective on June 2, 1990, and the premium for the former spouse and the child is effective July 1, 1990. Recompute ages on the date the election is received.

Step 1. Recompute ages.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Member | 900602 | Former | 900602 | Child | 900602 |
| | | 502002 | Spouse | 540902 | | 800501 |
| | | 400400 | | 350901 | | 100101 |
| | | (40) | | (36) | | (10) |

Step 2. Use the SBP Factor Table to locate the combination of a member age 40, spouse age 36, and child age 10. The resulting factor is .0010.

Step 3. Determine the premium as in Example 1.

Example 5: Member elected spouse and child coverage (Example 1). Member divorced and coverage changed to child coverage (Example 2). Member elected former spouse and child coverage (Example 4). Member remarried March 22, 1991, and elected coverage for the new spouse. The spouse coverage is resumed as in Examples 3a and 3b for premiums and effective date. If the spouse is the same spouse that the member covered when originally becoming eligible to participate, the premium is based on ages on date of remarriage, and the spouse (or spouse and child) premium is effective the first day of the month after the remarriage. Note: If the member changes coverage from former spouse to spouse coverage after one year from the date of the remarriage, the premium is effective the first day of the month following the election receipt and the ages are computed on the date of election receipt.

---

450303. Former Spouse (Insurable Interest Category) or Natural Person With an Insurable Interest. See Table 45-1, Rule 4.

## 4504 EFFECTIVE DATE OF PREMIUM

See Table 45-2 or 45-3 as applicable.

## 4505 SUSPENSION, CHANGE, AND TERMINATION OF PREMIUM

450501. Suspend premiums for spouse or former spouse coverage when there is no longer an eligible beneficiary during any period after:

A. SBP--October 1, 1976.

B. SSBP--April 1, 1992.

Suspend premiums for child coverage when there is no eligible child beneficiary.

450502. If the SBP premium was adjusted or discontinued based on school nonattendance of the child beneficiary, the premium is adjusted retroactively to the first day of the month after the child resumed school attendance.

450503. The premium changes when coverage is:

A. For spouse and children (or former spouse and children) and the last dependent child is no longer an eligible beneficiary. The premium for coverage is changed to spouse (or former spouse) only. See Table 45-3, rule 8.

B. For spouse only and the spouse is no longer eligible. Within 1 year after member's remarriage, the member may:

1. Resume coverage (including SSBP);

2. Elect not to resume spouse coverage (any SSBP terminates);

3. Increase the base amount up to and including full retired pay for spouse or spouse and child coverage (See Table 45-3, rule 6.); or

4. Elect SSBP if participation is at the maximum base amount. See Table 45-3, rule 6.

C. For spouse and children and the spouse is no longer eligible or the coverage is for former spouse and children and the former spouse is no longer eligible. See Table 45-3, Rule 7, for computation for the child premium. Within 1 year of a remarriage, the member with suspended spouse coverage has the same options as in subparagraph 450503.B, above. There is no time limitation for an election change to spouse coverage by a member with suspended former spouse coverage. See Table 45-3, Rule 9.

D. For spouse before March 21, 1974 (pre-September 21, 1972 retiree), or on date of retirement (post-September 21, 1972 retiree), and the member subsequently divorces and then remarries that former spouse. The premium is effective the first day of the month following the remarriage, unless the remarriage is the first day of the month, then the premium is effective on the date of marriage.

E. For spouse on or after March 21, 1974 (pre-September 21, 1972 retiree) or after date of retirement (post-September 21, 1972 retiree), and the member subsequently divorces and then remarries that former spouse. The premium of coverage is resumed the first day of the month following the first anniversary unless the remarriage is the first day of the month, then the premium resumes on the first day of the first anniversary.

F. For spouse or spouse and child coverage when changed to former spouse under paragraph 430703 of this volume. Beginning on the first day of the month after receipt by the Secretary of the Military Department concerned of the change in election, the premium will be calculated as provided in Table 45-3, rule 10. If the member elects SSBP coverage for a former spouse, begin collecting the premium for SSBP.

G. For retired or retainer pay increases under 10 U.S.C. 1401a (reference (c)).

1. SBP premiums normally increase at the same time, and by the same percentage, that retired pay increases by cost-of-living adjustment.

2. When the payment of increased retired pay due to a cost-of-living adjustment is delayed, the increase to SBP premiums will occur at the same time the retired pay is increased rather than the effective date of the cost-of-living increase (or the date that the retired pay would have increased if the member were currently in receipt of retired pay).

450504. Terminate the SBP premium for a natural person with an insurable interest when the beneficiary dies, when the member terminates coverage for the natural person with an insurable interest, or on the date a spouse or child acquired after retirement becomes the eligible beneficiary. The SBP premium is terminated as of the date shown in Table 45-4, Suspension and Termination of Cost. See section 4308 of this volume for termination procedures.

450505. If a member voluntarily discontinues SBP participation under paragraph 430801 of this volume, the premium terminates on the effective date of the election which is the first day of the month following the date of the receipt of the request. Any premium deducted for periods on or after such effective date shall be refunded and the member notified of the final action concerning termination of coverage.

450506. Premiums for SBP participation are permanently paid up (no further reductions) when a member attains age 70 and 360 months of premium payments. See section 4508, below.

450507. See Table 45-4 for other suspension and termination of premium situations.

## 4506 PAYMENT OF PREMIUM

450601. A member who receives enough retired pay to cover the premiums for SBP and SSBP has those premiums withheld from his or her retired pay. Voluntary allotments may be discontinued to satisfy the premiums for SBP and SSBP coverage (see Chapter 19). Do not treat the reduction in retired pay for the premium of SBP and SSBP coverage as a collection for accounting purposes.



Decl. Attach. p. 000056

450602. Civil Service Annuitant

A. For any period in which the member is not receiving retired pay because of non-entitlement to or waiver of such pay or the pay received is not enough to cover the total cost of coverage, the member must remit the amount due to the DFAS-Cleveland Site. Deposits are due on the effective date of coverage. For example, member retires June 1, the first payment is due June 1, for the period June 1-30. A member who waives full retired pay for VA compensation may pay the premium by direct remittance or by deduction from the compensation payments.

B. If the member waives participation in the military survivor benefit program and elects participation in the civil service survivor benefit plan, and the civil service waiver later becomes ineffective for any period for any reason, previous participation in the military survivor benefit program is resumed and military SBP premium is due from the member.

450603. Emergency Officer's Retired List (EORL). A member on the EORL may pay premiums by direct remittance or by deduction from EORL payments.

450604. If a member is recalled to active duty for more than 30 days after a break in service, the member does not pay the premium while on active duty.

450605. The member remains a SBP participant while on active judicial duty and is required to pay the SBP premiums while military retired pay is suspended.

## 4507 DELINQUENT SBP PREMIUMS

Interest at the rate of 6 percent compounded annually is levied against delinquent SBP premiums. Any delinquent RSFPP premiums existing on date of conversion to the SBP continue, with interest, until paid. Upon the death of a retiree, any delinquency, plus interest, is collected from the annuitant's benefits before payment of any annuity.

## 4508 PAID UP SBP PREMIUMS AFTER 30 YEARS AND AGE 70

450801. Effective with the retired pay entitlement and SBP coverage in effect for the month of October 2008, SBP premium reductions will no longer be made if the member is a qualified SBP participant described in 450802, below. Deposits made by an SBP participant during a period when the participant is not entitled to retired pay qualify as premium reductions.

450802. A member is a qualified participant for purposes of paid up SBP coverage if the retired member is age 70 or older whose retired pay has been reduced for SBP coverage for 360 months or more. If the member's 70th birthday occurs later than the 360th month for which the member paid SBP premiums, no SBP premiums will be made for that month regardless of the day on which the member becomes age 70.

450803. The first payment that can be affected is the payment for the period of retired pay entitlement beginning October 1, 2008 (due November 3, 2008).

450804. A change in the level of coverage affects the amount of the premium that is discontinued. For example, a member who increases the base amount during an open season in early 1982 has not paid 360 monthly premiums for the higher level of coverage by October 2008. If the 70-year old member has paid a premium for the reduced level of coverage for 360 months, that portion of the premium may be discontinued. However, the remainder of the premium would still be subject to reduction from the member's retired pay for the balance of the required 360 monthly premium payments.

450805. A member who elected or changed SBP coverage during the open enrollment period March 1, 1999, through February 29, 2000, was charged a one-time, buy-in premium in addition to the prospective monthly premium. The buy-in premium was due and payable in a lump sum payment at the time the member filed the election. A member who paid the lump sum, buy-in premium receives credit toward the 360 months as if the member's retired pay had been reduced monthly for SBP premiums.

## 4509 TAXABILITY OF PREMIUMS

For federal income tax purposes, premiums for SBP coverage are excluded from taxable income when they are deducted from the member's retired pay. A member whose pay is subject to tax reporting will, while in a pay status, receive the tax benefit through a reduction in the taxable income reported to the Internal Revenue Service. No reduction against the taxable income can be given for interest paid on the delinquent premiums.

## 4510 INCOME EXCLUSION

The member will receive an income exclusion for the amount of direct remittance for coverage premiums upon returning to a pay status. The appropriate DFAS Site will exclude the amount of the direct remittance from the taxable income on IRS Form 1099R (Distributions From Pensions, Annuity, Retirement or Profit Sharing Plans, IRAs, Insurance Contracts, etc.) See paragraph 450602, above, for payment of premiums during nonreceipt of retired pay.

**COMPUTATION OF SBP PREMIUM ON ESTABLISHMENT**

| RULE | A<br>If beneficiary is | B<br>then the formula is |
|---|---|---|
| 1 | spouse or former spouse (spouse category) | 6.5 percent of the base amount (note 1)<br>or<br>2.5 percent of the threshold amount (note 2), as adjusted, plus 10 percent of the remaining base amount. If gross retired pay is less than $300, 2.5 percent of gross retired pay. |
| 2 | spouse (former spouse-spouse category) and children (notes 3 and 4) | spouse (former spouse) premium determined under rule 1, plus an additional premium for children computed by applying the factor from the SBP Factor Table against the base amount. See section 4503 for examples. |
| 3 | children only (notes 3 and 4) | to apply the factor shown in the SBP Factor Table, based on the ages of the member and youngest dependent child, against the base amount. See section 4503 for example. |
| 4 | natural person with an insurable interest<br>or<br>former spouse (insurable interest category) | 10 percent of the member's gross retired pay if the age of the beneficiary is equal to or greater than member's age. If the beneficiary's age is less than member's age, the formula is 10 percent of the member's gross retired pay, plus an additional 5 percent of the gross retired pay for each full 5 years that the beneficiary is younger than member. Six months or more is not counted as an additional year. Total premium may not exceed 40 percent of gross retired pay. |

**NOTES:**

1. The following members are entitled to spouse premium computation under the flat-rate formula of 6.5 percent of the base amount:
   a. A member who is entitled to retired pay based on disability;
   b. A member who is entitled to retired pay based on a non-Regular service retirement, 10 U.S.C. 12731; or
   c. A member who first became a member of a Uniformed Service before March 1, 1990, and who is providing spouse (or former spouse) coverage under the threshold formula at a cost in excess of 6.5 percent of the base amount.
2. The members described in note 1 are entitled to spouse premium computation under the threshold formula if more beneficial than the flat-rate formula of 6.5 percent of the base amount. The threshold portion of the cost formula upon which the member pays 2.5 percent is subject to two possible indexing provisions for those members who become participants March 1, 1986, or later percentage increases for active duty basic pay rates; and cost-of-living adjustment under 10 U.S.C. 1401a, on or after October 1, 1985.
3. Do not recalculate premiums when a child different from the child first established as the youngest child becomes the youngest eligible child.
4. Dependent Child - use the age of the youngest child. Exception: Use age 17 for an incapacitated child over 18 years of age when there is a competent child also over 18, but younger than the incapacitated child.

**Table 45-1. Computation of SBP Premium on Establishment**

**EFFECTIVE DATE OF PREMIUM — INITIAL ELECTION**

| | A | B | | | |
|---|---|---|---|---|---|
| | | then the effective date of premium is first day of the month following | | | |
| RULE | If on the date of election (pre-September 21, 1972 retiree) or date of retirement (post-September 21, 1972 retiree), the member has | retirement | election by the Secretary of the Military Department concerned | receipt of the election | the first anniversary of the marriage |
| 1 | spouse, spouse and children, children only, or natural person with insurable interest (NIP) (pre-September 21, 1972 retiree) | | | X | |
| 2 | spouse, spouse and children, children only, or NIP (post-September 21, 1972 retiree) | X | | | |
| 3 | no dependents, later marries (note 1) | | | | X (note 4) |
| 4 | no dependents, later acquires dependent children (note 1) | | | X (note 2) | |
| 5 | no dependents, later marries and acquires dependent children (note 1) | | | X (note 3) | X (note 5) |
| 6 | been declared mentally incompetent (Secretary may make election) | | X | | |
| 7 | former spouse (post-September 7, 1982 retiree) or former spouse and children (post-February 28, 1986 retiree) | X (note 6) | | | |

**NOTES:**

1. Member must elect within 1 year of marriage or acquiring dependent children.
2. Compute the child premium using the ages of the member and the youngest child as of date of receipt of the election.
3. The child only premium is established and continues until the first of the month following the first anniversary of the marriage. Compute child only premium using the ages of the member and youngest child on date of receipt of the election. When spouse becomes an eligible beneficiary, child only coverage is then changed to spouse and children coverage and compute the new premium using the ages of the member, spouse, and the youngest child on the date the spouse becomes an eligible spouse beneficiary.
4. If the first anniversary is on the first day of the month, the premium is changed for that month.
5. If a child is born of that marriage before the first anniversary, the premium for spouse and child coverage is effective the first of the month following the birth of the child. If the birth or anniversary is the first day of the month, the premium is charged for that month.
6. The effective date of the premium for an election for a former spouse election made from September 8, 1982 through January 31, 1983 is February 1, 1983.

**Table 45-2. Effective Date Of Premium - Initial Election**

| EFFECTIVE DATE OF PREMIUM — INITIAL ELECTION | | | | | |
|---|---|---|---|---|---|
| | A | B | | | |
| | | then the effective date of premium is first day of the month | | | |
| **RULE** | **If on the date of election (pre-September 21, 1972 retiree) or date of retirement (post-September 21, 1972 retiree), the member has** | **following receipt of election** | **following family status change** | **following first anniver-sary of (re)marraige** | **after loss of eligibility or October 1, 1976, whichever is later** |
| **1** | spouse, no child, later acquires children (notes 1 and 2) | **X** | | | |
| **2** | no spouse, child only, later acquires spouse (notes 1, 7 and 8) | | | **X** | |
| **3** | natural person with insurable interest (NIP) (or former spouse), later marries (notes, 1, 7, 8 and 11) | | | | |
| **4** | NIP (or former spouse), later acquires child (notes, 1, 3, 8 and 11) | **X** | | | |
| **5** | NIP (or former spouse), later acquires spouse and child (notes 1, 4, 7, 8 and 11) | **X** (child) | | **X** (spouse) | |
| **6** | spouse, loses spouse, remarries (notes 1, 7, 8 and 9) | | | **X** | |
| **7** | spouse and child (or former spouse and child), loses spouse (or former spouse), premium is recomputed for child (notes 5 and 9) | | | | |
| **8** | spouse and child (or former spouse and child), loses child (note 6) | | **X** | | |
| **9** | spouse and child (or former spouse and child), loses spouse (or former spouse), premium recomputed for child, member later marries (notes 1, 4, 7, 8 and 11) | | | **X** | |
| **10** | spouse and/or child, acquires former spouse, changes coverage to former spouse or former spouse and child (note 10) | **X** | | | |
| **11** | election for former spouse deemed by Secretary concerned | premium and coverage on the later of:<br>(a) member's retirement date;<br>(b) the first day member could have voluntarily made such an election; or<br>(c) the first day of month after the effective date of court order involved. | | | |

**Table 45-3. Effective Date For Change of Premium**

EFFECTIVE DATE OF PREMIUM — INITIAL ELECTION

EFFECTIVE DATE OF PREMIUM — INITIAL ELECTION

| | A | B | | | |
|---|---|---|---|---|---|
| | | then the effective date of premium is first day of the month | | | |
| R U L E | If on the date of election (pre-September 21, 1972 retiree) or date of retirement (post-September 21, 1972 retiree), the member has | following receipt of election | following family status change | following first anniversary of (re)marriage | after loss of eligibility or October 1, 1976, whichever is later |
| 12 | been declared mentally incompetent but later adjudged competent may, within 180 days, change a Secretarial election | X | | | |

**NOTES:**

1. Member must elect within 1 year of (re)marriage or acquiring the dependent child or children. If the election change, however, is from former spouse coverage to spouse coverage, there is no time limitation on the election period. If the member elects to change from former spouse to spouse coverage after 1 year of remarriage, the coverage is effective on the date of election receipt and the associated premium is effective on the first day of the month after election receipt.
2. Compute premium for additional child using ages of member, spouse, and youngest child as of date of receipt of election.
3. Compute premium for child using ages of member and youngest child as of date of receipt of election.
4. Child only premium is effective until the first of the month following the first anniversary of the (re)marriage. Compute child only premium using ages of member and youngest child on the date of receipt of the election or on the day after the date spouse eligibility is lost (rules 5 and 8). When spouse becomes an eligible beneficiary, child only coverage is changed to spouse and child coverage and compute child premium using ages of member, spouse, and youngest child on date spouse becomes an eligible spouse beneficiary.
5. Compute child only premium using ages of member and youngest child as of the first date following the date the spouse (or former spouse) became an ineligible beneficiary or October 1, 1976, whichever is later. If eligibility was lost the first day of the month, the child only premium begins the following month.
6. If member gives exact date of loss of last dependent child, the change in premium is effective the first of the month following date provided. If exact date is not given, use first day of the month after receipt of notification.
7. The premium for spouse coverage is effective on the first day of the month following the birth of the child of that marriage if earlier than first anniversary of the marriage.
8. If birth or anniversary is the first day of the month, the premium is effective that month.
9. Before enactment of Public Law 94-496, October 14, 1976, the deduction for spouse premium continued past the date spouse became an ineligible beneficiary.
10. Member must make election within 1 year of the date of a decree of divorce, dissolution, or annulment of marriage to spouse. Election for former spouse only may not be effective before September 24, 1983 (earliest day for premium is October 1, 1983). Election for former spouse and child may not be effective before March 1, 1986 (earliest date for premium is March 1, 1986).
11. An election to terminate coverage for a NIP premium must be done in accordance with subparagraph 430701.B; an election to terminate coverage for a former spouse must be done in accordance with subparagraph 430701.B.; an election to terminate coverage for a spouse or spouse and child must be done in accordance with paragraphs 430701 and 430702.

**Table 45-3. Effective Date For Change of Premium (Continued)**

| SUSPENSION AND TERMINATION OF PREMIUM | | | | |
|---|---|---|---|---|
| RULE | A | B | C | D |
| | If a member | then the premium is | with an effective date | and member is |
| 1 | is deceased | terminated | ★ on the date of the member's death | |
| 2 | is recalled to active duty for more than 30 days | suspended | the day before entry on active duty | not required to remit premium for coverage while on active duty. |
| 3 | waives retired pay for a civil service retirement | | date of waiver as furnished by member | providing coverage elected under civil service retirement. |
| 4 | is removed from the TDRL and retired pay is terminated (note 1) | terminated | date of removal from TDRL | not entitled to a refund of prior premiums. |
| 5 | elected for children and the last dependent child is no longer an eligible beneficiary (note 2) | | first of the month after loss of eligibility (notes 3 and 4) | due a refund from first of month after loss of eligibility (note 5). |
| 6 | who has been declared mentally incompetent is restored to competency and, within 180 days, revokes election made on his or her behalf | | first of month after receipt of election | not due a refund for period of coverage. |
| 7 | elected for spouse (or former spouse) and spouse (or former spouse) becomes an ineligible beneficiary | suspended | first day of month after that in which spouse became an ineligible beneficiary | due a refund from October 1, 1976 or first of month after ineligibility, whichever is later. |
| 8 | elected coverage for a natural interest person (or former spouse in insurable interest category) who dies before the member | terminated | last day of month in which beneficiary dies | |
| 9 | elected coverage for a natural interest person (not a former spouse) and member dis-continues participation from the Plan (see Chapter 56, paragraph 560305 for the RCSBP participant) | | first day of month after receipt of request | |
| 10 | discontinues SBP participation on the second anniversary | | first day of month after receipt of request | |

**Table 45-4. Suspension and Termination of Premium**

| SUSPENSION AND TERMINATION OF PREMIUM | | | | |
|---|---|---|---|---|
| RULE | A | B | C | D |
| | If a member | then the premium is | with an effective date | and member is |
| 11 | is age 70 and has paid 360 monthly premiums | terminated | on the later of:<br>(a) the premium for October 2008;<br>(b) first day of the month after the 360th monthly premium; or,<br>(c) the first day of the month in which the member reaches age 70 | |

NOTES:

1. If the member returns to active duty and is subsequently retired, a new election must be made. Any election in effect while on TDRL is void.
2. A child is no longer an eligible beneficiary when he or she dies, marries, is between age 18 and 22 and not attending school, or has reached age 22 (see note 3).
3. A student whose 22nd birthday occurs before July 1 or after August 31 of any calendar year is considered age 22 on July 1 after that birthday and the premium is discontinued.
4. When the birthday is the first day of the month, the premium terminates the first day of that month.
5. If the member gives exact date of loss of last dependent child, cost is terminated the first of the next month. If exact date is not given, use first day of month after receipt of notification.

**Table 45-4. Suspension and Termination of Premium (Continued)**

| **STANDARD SUPPLEMENTAL SBP ANNUITY PREMIUM RATES — EACH 5%** | | | | | |
|---|---|---|---|---|---|
| **16** | .0067 | **48** | .0162 | **80** | .0668 |
| **17** | .0070 | **49** | .0167 | **81** | .0698 |
| **18** | .0072 | **50** | .0174 | **82** | .0725 |
| **19** | .0075 | **51** | .0180 | **83** | .0761 |
| **20** | .0077 | **52** | .0188 | **84** | .0795 |
| **21** | .0080 | **53** | .0197 | **85** | .0842 |
| **22** | .0083 | **54** | .0207 | **86** | .0884 |
| **23** | .0086 | **55** | .0217 | **87** | .0931 |
| **24** | .0089 | **56** | .0227 | **88** | .0975 |
| **25** | .0093 | **57** | .0237 | **89** | .1029 |
| **26** | .0097 | **58** | .0248 | **90** | .1082 |
| **27** | .0100 | **59** | .0260 | **91** | .1135 |
| **28** | .0104 | **60** | .0262 | **92** | .1187 |
| **29** | .0108 | **61** | .0287 | **93** | 1239 |
| **30** | .0113 | **62** | .0302 | **94** | .1291 |
| **31** | .0118 | **63** | .0316 | **95** | .1342 |
| **32** | .0123 | **64** | .0331 | **96** | .1391 |
| **33** | .0127 | **65** | .0346 | **97** | .1439 |
| **34** | .0133 | **66** | .0362 | **98** | .1482 |
| **35** | .0136 | **67** | .0380 | **99** | .1520 |
| **36** | .0119 | **68** | .0395 | **100** | .1543 |
| **37** | .0112 | **69** | .0413 | **101** | .1579 |
| **38** | .0113 | **70** | .0430 | **102** | .1635 |
| **39** | .0117 | **71** | .0450 | **103** | .1681 |
| **40** | .0122 | **72** | .0474 | **104** | .1710 |
| **41** | .0127 | **73** | .0495 | **105** | .1764 |
| **42** | .0128 | **74** | .0518 | **106** | .1871 |
| **43** | .0131 | **75** | .0538 | **107** | .2180 |
| **44** | .0137 | **76** | .0564 | **108** | .2741 |
| **45** | .0143 | **77** | .0590 | **109** | .5809 |
| **46** | .0149 | **78** | .0613 | | |
| **47** | .0156 | **79** | .0642 | | |

**Table 45-5. Standard Supplemental SBP Annuity Premium Rates - Each 5 Percent**

| OPEN ENROLLMENT PREMIUM ADDITIONS | |
|---|---|
| **Years Retired** | **Added Premium (Percent of Increased Base Amount)** |
| 0 | .0% |
| 1 | .2% |
| 2 | .4% |
| 3 | .6% |
| 4 | .8% |
| 5 | 1.0% |
| 6 | 1.2% |
| 7 | 1.4% |
| 8 | 1.6% |
| 9 | 1.8% |
| 10 | 2.1% |
| 11 | 2.4% |
| 12 | 2.7% |
| 13 | 3.0% |
| 14 | 3.3% |
| 15 | 3.6% |
| 16 | 3.9% |
| 17 | 4.2% |
| 18 | 4.5% |

**Table 45-6. Open Enrollment Premium Additions**

| 1999 OPEN ENROLLMENT PREMIUM FACTORS — SBP SPOUSE AND SPOUSE/CHILD COVERAGE SPOUSE ONLY LUMP SUM FACTOR (SOLSF) | | | |
|---|---|---|---|
| **Completed Years Since Event** | **Lump Sum factor per $1 of monthly premium** | **Completed Years Since Event** | **Lump Sum factor per $1 of monthly premium** |
| **0** | 43 | **14** | 218 |
| **1** | 53 | **15** | 236 |
| **2** | 63 | **16** | 256 |
| **3** | 72 | **17** | 276 |
| **4** | 82 | **18** | 295 |
| **5** | 91 | **19** | 314 |
| **6** | 100 | **20** | 332 |
| **7** | 124 | **21** | 349 |
| **8** | 133 | **22** | 366 |
| **9** | 141 | **23** | 382 |
| **10** | 150 | **24** | 399 |
| **11** | 166 | **25** | 415 |
| **12** | 182 | **26** | 429 |
| **13** | 200 | | |

**★Table 45-7. 1999 Open Enrollment Premium Factors — SBP Spouse and Spouse/Child Coverage Spouse Only Lump Sum Factor (SOLSF)**

| 1999 OPEN ENROLLMENT PREMIUM FACTORS — INSURABLE INTEREST AND SUPPLEMENTAL LUMPS SUM FACTORS (IISLSF) | | | |
|---|---|---|---|
| Completed Years Since Event | Lump Sum factor per $1 of monthly premium | Completed Years Since Event | Lump Sum factor per $1 of monthly premium |
| 0 | 6 | 14 | 218 |
| 1 | 19 | 15 | 236 |
| 2 | 32 | 16 | 256 |
| 3 | 45 | 17 | 276 |
| 4 | 59 | 18 | 295 |
| 5 | 73 | 19 | 314 |
| 6 | 88 | 20 | 332 |
| 7 | 103 | 21 | 349 |
| 8 | 118 | 22 | 366 |
| 9 | 134 | 23 | 382 |
| 10 | 150 | 24 | 399 |
| 11 | 166 | 25 | 415 |
| 12 | 182 | 26 | 429 |
| 13 | 200 | | |

**★Table 45-8. 1999 Open Enrollment Premium Factors — Insurable Interest and Supplemental Lump Sum Factors (IISLSF)**

| 1999 OPEN ENROLLMENT PREMIUM FACTORS — 5 PERCENT SBP SUPPLEMENT WHEN SURVIVING SPOUSE REACHES AGE 62 (SSBPOEF) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Age at Election** | **Premium as percent of base amount** | **Age at Election** | **Premium as percent of base amount** | **Age at Election** | **Premium as percent of base amount** | **Age at Election** | **Premium as percent of base amount** |
| **16** | 0.0048 | **40** | 0.0099 | **64** | 0.0346 | **88** | 0.0976 |
| **17** | 0.0050 | **41** | 0.0106 | **65** | 0.0359 | **89** | 0.1019 |
| **18** | 0.0053 | **42** | 0.0105 | **66** | 0.0377 | **90** | 0.1070 |
| **19** | 0.0055 | **43** | 0.0108 | **67** | 0.0398 | **91** | 0.1135 |
| **20** | 0.0057 | **44** | 0.0114 | **68** | 0.0400 | **92** | 0.1200 |
| **21** | 0.0059 | **45** | 0.0119 | **69** | 0.0415 | **93** | 0.1267 |
| **22** | 0.0062 | **46** | 0.0127 | **70** | 0.0430 | **94** | 0.1334 |
| **23** | 0.0065 | **47** | 0.0133 | **71** | 0.0453 | **95** | 0.1401 |
| **24** | 0.0068 | **48** | 0.0138 | **72** | 0.0482 | **96** | 0.1464 |
| **25** | 0.0071 | **49** | 0.0146 | **73** | 0.0484 | **97** | 0.1519 |
| **26** | 0.0074 | **50** | 0.0156 | **74** | 0.0515 | **98** | 0.1528 |
| **27** | 0.0078 | **51** | 0.0163 | **75** | 0.0543 | **99** | 0.1515 |
| **28** | 0.0081 | **52** | 0.0172 | **76** | 0.0567 | **100** | 0.1502 |
| **29** | 0.0085 | **53** | 0.0181 | **77** | 0.0593 | **101** | 0.1490 |
| **30** | 0.0089 | **54** | 0.0193 | **78** | 0.0620 | **102** | 0.1482 |
| **31** | 0.0089 | **55** | 0.0203 | **79** | 0.0649 | **103** | 0.1481 |
| **32** | 0.0093 | **56** | 0.0219 | **80** | 0.0681 | **104** | 0.1494 |
| **33** | 0.0098 | **57** | 0.0229 | **81** | 0.0711 | **105** | 0.1537 |
| **34** | 0.0103 | **58** | 0.0242 | **82** | 0.0742 | **106** | 0.1647 |
| **35** | 0.0108 | **59** | 0.0257 | **83** | 0.0775 | **107** | 0.1933 |
| **36** | 0.0113 | **60** | 0.0262 | **84** | 0.0811 | **108** | 0.2916 |
| **37** | 0.0089 | **61** | 0.0295 | **85** | 0.0851 | **109** | 0.4554 |
| **38** | 0.0093 | **62** | 0.0302 | **86** | 0.0888 | | |
| **39** | 0.0096 | **63** | 0.0321 | **87** | 0.0928 | | |

**★Table 45-9. 1999 Open Enrollment Premiums — 5 Percent SBP Supplement When Surviving Spouse Reaches Age 62 (SSBPOEF)**

## 1999 OPEN ENROLLMENT PREMIUM FACTORS RESERVE PART OF RC-SBP RATES – (RCOEF) (Notes)

| Age of Member | Age of Youngest Child | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| **58 +** | 0.0025 | 0.0024 | 0.0023 | 0.0022 | 0.0021 | 0.0020 | 0.0019 | 0.0017 | 0.0016 | 0.0015 | 0.0013 | 0.0012 | 0.0011 | 0.0009 | 0.0007 | 0.0006 | 0.0005 | 0.0004 | 0.0004 | 0.0004 | 0.0007 | 0.0005 |
| **57** | 0.0049 | 0.0047 | 0.0045 | 0.0043 | 0.0041 | 0.0039 | 0.0037 | 0.0034 | 0.0032 | 0.0029 | 0.0026 | 0.0024 | 0.0021 | 0.0017 | 0.0014 | 0.0011 | 0.0009 | 0.0007 | 0.0007 | 0.0008 | 0.0014 | 0.0009 |
| **56** | 0.0089 | 0.0086 | 0.0082 | 0.0078 | 0.0074 | 0.0070 | 0.0065 | 0.0061 | 0.0056 | 0.0050 | 0.0045 | 0.0039 | 0.0033 | 0.0027 | 0.0022 | 0.0017 | 0.0014 | 0.0011 | 0.0012 | 0.0018 | 0.0020 | 0.0018 |
| **55** | 0.0123 | 0.0117 | 0.0112 | 0.0106 | 0.0100 | 0.0093 | 0.0087 | 0.0080 | 0.0072 | 0.0064 | 0.0056 | 0.0048 | 0.0039 | 0.0031 | 0.0025 | 0.0020 | 0.0016 | 0.0013 | 0.0019 | 0.0023 | 0.0025 | 0.0025 |
| **54** | 0.0149 | 0.0142 | 0.0135 | 0.0127 | 0.0119 | 0.0110 | 0.0101 | 0.0092 | 0.0082 | 0.0071 | 0.0061 | 0.0049 | 0.0040 | 0.0032 | 0.0025 | 0.0020 | 0.0016 | 0.0018 | 0.0022 | 0.0027 | 0.0030 | 0.0031 |
| **53** | 0.0170 | 0.0161 | 0.0152 | 0.0142 | 0.0132 | 0.0121 | 0.0110 | 0.0098 | 0.0085 | 0.0073 | 0.0059 | 0.0047 | 0.0038 | 0.0030 | 0.0024 | 0.0020 | 0.0020 | 0.0020 | 0.0025 | 0.0030 | 0.0035 | 0.0036 |
| **52** | 0.0184 | 0.0174 | 0.0163 | 0.0151 | 0.0139 | 0.0126 | 0.0112 | 0.0098 | 0.0083 | 0.0068 | 0.0054 | 0.0044 | 0.0035 | 0.0027 | 0.0022 | 0.0023 | 0.0022 | 0.0022 | 0.0027 | 0.0033 | 0.0038 | 0.0041 |
| **51** | 0.0194 | 0.0182 | 0.0169 | 0.0155 | 0.0140 | 0.0125 | 0.0110 | 0.0093 | 0.0076 | 0.0061 | 0.0049 | 0.0039 | 0.0031 | 0.0025 | 0.0025 | 0.0025 | 0.0024 | 0.0023 | 0.0029 | 0.0036 | 0.0041 | 0.0045 |
| **50** | 0.0195 | 0.0184 | 0.0169 | 0.0153 | 0.0137 | 0.020 | 0.0102 | 0.0083 | 0.0066 | 0.0053 | 0.0043 | 0.0033 | 0.0027 | 0.0028 | 0.0027 | 0.0026 | 0.0025 | 0.0024 | 0.0031 | 0.0038 | 0.0043 | 0.0048 |
| **49** | 0.0198 | 0.0182 | 0.0165 | 0.0148 | 0.0129 | 0.0110 | 0.0090 | 0.0072 | 0.0057 | 0.0046 | 0.0036 | 0.0029 | 0.0029 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0025 | 0.0032 | 0.0040 | 0.0045 | 0.0051 |
| **48** | 0.0193 | 0.0176 | 0.0157 | 0.0137 | 0.0117 | 0.0095 | 0.0076 | 0.0061 | 0.0049 | 0.0038 | 0.0031 | 0.0031 | 0.0030 | 0.0029 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0033 | 0.0041 | 0.0047 | 0.0053 |
| **47** | 0.0185 | 0.0165 | 0.0145 | 0.0123 | 0.0100 | 0.0080 | 0.0064 | 0.0051 | 0.0040 | 0.0033 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0028 | 0.0027 | 0.0034 | 0.0042 | 0.0048 | 0.0054 |
| **46** | 0.0172 | 0.0151 | 0.0128 | 0.0105 | 0.0084 | 0.0067 | 0.0054 | 0.0042 | 0.0034 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0035 | 0.0042 | 0.0049 | 0.0055 |
| **45** | 0.0157 | 0.0133 | 0.0109 | 0.0087 | 0.0070 | 0.0056 | 0.0044 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0028 | 0.0035 | 0.0043 | 0.0049 | 0.0056 |
| **44** | 0.0138 | 0.0112 | 0.0090 | 0.0072 | 0.0058 | 0.0045 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0028 | 0.0035 | 0.0043 | 0.0049 | 0.0056 |
| **43** | 0.0116 | 0.0092 | 0.0074 | 0.0059 | 0.0047 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0028 | 0.0035 | 0.0043 | 0.0049 | 0.0057 |
| **42** | 0.0095 | 0.0076 | 0.0061 | 0.0048 | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0032 | 0.0031 | 0.002\30 | 0.0029 | 0.0028 | 0.0027 | 0.0035 | 0.0043 | 0.0049 | 0.0056 |
| **41** | 0.0077 | 0.0062 | 0.0049 | 0.0040 | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0030 | 0.0028 | 0.0028 | 0.0027 | 0.0035 | 0.0042 | 0.0049 | 0.0056 |
| **40** | 0.0063 | 0.0049 | 0.0040 | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0028 | 0.0027 | 0.0034 | 0.0042 | 0.0048 | 0.0055 |
| **39** | 0.0050 | 0.0041 | 0.0040 | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0034 | 0.0041 | 0.0047 | 0.0054 |
| **38** | 0.0041 | 0.0040 | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0028 | 0.0027 | 0.0026 | 0.0033 | 0.0040 | 0.0046 | 0.0053 |
| **37** | 0.0041 | 0.0040 | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0026 | 0.0032 | 0.0040 | 0.0045 | 0.0052 |
| **36** | 0.0040 | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0027 | 0.0026 | 0.0025 | 0.0032 | 0.0039 | 0.0044 | 0.0051 |
| **35** | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0028 | 0.0027 | 0.0026 | 0.0025 | 0.0024 | 0.0031 | 0.0038 | 0.0043 | 0.0050 |
| **34** | 0.0039 | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0025 | 0.0025 | 0.0024 | 0.0030 | 0.0037 | 0.0042 | 0.0049 |
| **33** | 0.0038 | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0026 | 0.0025 | 0.0024 | 0.0023 | 0.0030 | 0.0036 | 0.0041 | 0.0047 |
| **32** | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0027 | 0.0026 | 0.0025 | 0.0024 | 0.0023 | 0.0023 | 0.0029 | 0.0035 | 0.0040 | 0.0046 |
| **31** | 0.0037 | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0029 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0025 | 0.0024 | 0.0024 | 0.0023 | 0.0022 | 0.0028 | 0.0034 | 0.0039 | 0.0045 |
| **30** | 0.0036 | 0.0035 | 0.0034 | 0.0033 | 0.0032 | 0.0031 | 0.0030 | 0.0030 | 0.0029 | 0.0028 | 0.0027 | 0.0026 | 0.0025 | 0.0025 | 0.0024 | 0.0023 | 0.0022 | 0.0021 | 0.0027 | 0.0033 | 0.0038 | 0.0043 |

NOTES:
1. Method: Two-tier
2. Type: Deferred to Member's age 60
3. Option: Child Only or Spouse/Child (if spouse is no longer eligible

**★Table 45-10 — 1999 Open Enrollment Premium Factors Reserve Part of RC-SBP Rates**

| 1999 OPEN ENROLLMENT PREMIUM FACTORS — DEFERRED ANNUITY (notes) | | | | | |
|---|---|---|---|---|---|
| **Age at Election** | **Premium as Percent of Base Amount** | **Age at Election** | **Premium as Percent of Base Amount** | **Age at Election** | **Premium as Percent of Base Amount** |
| **30** | 0.0274 | **57** | 0.0254 | **84** | 0.0781 |
| **31** | 0.0273 | **58** | 0.0251 | **85** | 0.0825 |
| **32** | 0.0273 | **59** | 0.0247 | **86** | 0.0864 |
| **33** | 0.0273 | **60** | 0.0240 | **87** | 0.0906 |
| **34** | 0.0274 | **61** | 0.0241 | **88** | 0.0956 |
| **35** | 0.0274 | **62** | 0.0255 | **89** | 0.1001 |
| **36** | 0.0274 | **63** | 0.0269 | **90** | 0.1054 |
| **37** | 0.0274 | **64** | 0.0285 | **91** | 0.1121 |
| **38** | 0.0274 | **65** | 0.0301 | **92** | 0.1190 |
| **39** | 0.0273 | **66** | 0.0316 | **93** | 0.1260 |
| **40** | 0.0273 | **67** | 0.0333 | **94** | 0.1330 |
| **41** | 0.0274 | **68** | 0.0349 | **95** | 0.1399 |
| **42** | 0.0274 | **69** | 0.0366 | **96** | 0.1464 |
| **43** | 0.0273 | **70** | 0.0384 | **97** | 0.1520 |
| **44** | 0.0273 | **71** | 0.0403 | **98** | 0.1525 |
| **45** | 0.0272 | **72** | 0.0424 | **99** | 0.1507 |
| **46** | 0.0271 | **73** | 0.0445 | **100** | 0.1489 |
| **47** | 0.0271 | **74** | 0.0469 | **101** | 0.1474 |
| **48** | 0.0270 | **75** | 0.0494 | **102** | 0.1462 |
| **49** | 0.0270 | **76** | 0.0522 | **103** | 0.1458 |
| **50** | 0.0269 | **77** | 0.0549 | **104** | 0.1468 |
| **51** | 0.0267 | **78** | 0.0577 | **105** | 0.1509 |
| **52** | 0.0266 | **79** | 0.0608 | **106** | 0.1615 |
| **53** | 0.0264 | **80** | 0.0642 | **107** | 0.1897 |
| **54** | 0.0262 | **81** | 0.0674 | **108** | 0.2869 |
| **55** | 0.0259 | **82** | 0.0707 | **109** | 0.4480 |
| **56** | 0.0257 | **83** | 0.0743 | | |

**NOTES:**

1. Each 5 percent RC-SBP supplement when surviving spouse reaches age 62 (RCSOEF).
2. Use member's age at election to the nearest birthday.

**★Table 45-11. 1999 Open Enrollment Premium Factors — Deferred Annuity**

| 1999 OPEN ENROLLMENT PREMIUM FACTORS — IMMEDIATE ANNUITY (notes) | | | | | |
|---|---|---|---|---|---|
| **Age at Election** | **Premium as Percent of Base Amount** | **Age at Election** | **Premium as Percent of Base Amount** | **Age at Election** | **Premium as Percent of Base Amount** |
| **30** | 0.0274 | **57** | 0.0257 | **84** | 0.0779 |
| **31** | 0.0274 | **58** | 0.0254 | **85** | 0.0822 |
| **32** | 0.0274 | **59** | 0.0251 | **86** | 0.0860 |
| **33** | 0.0274 | **60** | 0.0242 | **87** | 0.0902 |
| **34** | 0.0275 | **61** | 0.0255 | **88** | 0.0950 |
| **35** | 0.0275 | **62** | 0.0269 | **89** | 0.0995 |
| **36** | 0.0275 | **63** | 0.0284 | **90** | 0.1047 |
| **37** | 0.0275 | **64** | 0.0300 | **91** | 0.1113 |
| **38** | 0.0275 | **65** | 0.0315 | **92** | 0.1181 |
| **39** | 0.0275 | **66** | 0.0331 | **93** | 0.1250 |
| **40** | 0.0275 | **67** | 0.0346 | **94** | 0.1319 |
| **41** | 0.0276 | **68** | 0.0361 | **95** | 0.1387 |
| **42** | 0.0276 | **69** | 0.0376 | **96** | 0.1452 |
| **43** | 0.0276 | **70** | 0.0391 | **97** | 0.1507 |
| **44** | 0.0276 | **71** | 0.0407 | **98** | 0.1513 |
| **45** | 0.0275 | **72** | 0.0427 | **99** | 0.1495 |
| **46** | 0.0274 | **73** | 0.0449 | **100** | 0.1479 |
| **47** | 0.0273 | **74** | 0.0472 | **101** | 0.1464 |
| **48** | 0.0271 | **75** | 0.0497 | **102** | 0.1453 |
| **49** | 0.0271 | **76** | 0.0525 | **103** | 0.1450 |
| **50** | 0.0270 | **77** | 0.0551 | **104** | 0.1461 |
| **51** | 0.0269 | **78** | 0.0580 | **105** | 0.1502 |
| **52** | 0.0267 | **79** | 0.0610 | **106** | 0.1608 |
| **53** | 0.0266 | **80** | 0.0643 | **107** | 0.1889 |
| **54** | 0.0264 | **81** | 0.0674 | **108** | 0.2858 |
| **55** | 0.0262 | **82** | 0.0707 | **109** | 0.4463 |
| **56** | 0.0260 | **83** | 0.0742 | | |

**NOTES:**
1. Each 5 percent RC-SBP supplement when surviving spouse reaches age 62 (RCSOEF).
2. Use member's age at election to the nearest birthday.

**★Table 45-12. 1999 Open Enrollment Premium Factors — Immediate Annuity**

## SURVIVOR BENEFIT PLAN — PREMIUMS

### 4501 - GENERAL

| | |
|---|---|
| 450101 | 10 U.S.C. 1452(h) |
| 450102 | 10 U.S.C. 1460(b), (d) |

### 4502 - COST FACTOR/FORMULA

| | |
|---|---|
| | 10 U.S.C. 1452 |
| | DoDD 1332.27, January 4, 1974 |
| | 10 U.S.C. 1460 |
| | Public Law 102-190, December 5, 1991 |

### 4505 - SUSPENSION, CHANGE, AND TERMINATION OF PREMIUM

| | |
|---|---|
| 450501 | 10 U.S.C. 1452(a), (b) |
| | 10 U.S.C. 1460(c) |
| 450502 | 65 Comp Gen 767 |
| 450503 | 62 Comp Gen 553 |
| | 10 U.S.C. 1448(a)(6) |
| | 10 U.S.C. 1452 |
| | 48 Comp Gen 167 |
| | 10 U.S.C. 1448(b)(3) |
| | 10 U.S.C. 1450(f)(3) |
| 450503.C | Public Law 105-85, section 642, November 18, 1997 |
| 450503.G | 10 U.S.C. 1452(h) |
| | Public Law 104-201, section 635, September 23, 1996 |
| 450504 | 10 U.S.C. 1452(c) |
| 450505 | ASD/FM&P Memo, May 6, 1998 |
| 450506 | Public Law 105-261, section 641, October 17, 1998 |

### 4506 - PAYMENT OF PREMIUM

| | |
|---|---|
| 450601 | DoDD 1332.27, paragraph 501f, January 4, 1974 |
| 450602 & 450603 | 10 U.S.C. 1452(d) |
| | MS Comp Gen B-212481, February 2, 1984 |
| | MS Comp Gen B-244827, September 9, 1992 |
| 450605 | MS Comp Gen B-252391, October 22, 1993 |

### 4507 - DELINQUENT SBP PREMIUMS

| | |
|---|---|
| | DoDD 1332.27, paragraph 501j, 601b, January 4,1974 |

4508 - PAID UP SBP PREMIUMS AFTER 30 YEARS AND AGE 70

| | |
|---|---|
| | Public Law 105-261, section 641, October 17, 1998 |
| | OASD (FM&P) Memo, March 3, 1999 |
| 450805 | Public Law 105-261, section 641, October 17, 1998 |
| | 10 U.S.C. 1452(j) |
| | OASD(FMP) Memo, March 3, 1999 |
| | Public Law 106-65, section 654, October 5, 1999 |
| | |
| Table 45-1 | |
| Rules 1-4 | 10 U.S.C. 1452 |
| | DoDD 1332.27, January 4, 1974 Chapter 5 |
| Note 1 | Ltr-Chief Actuary, April 8, 1969 |
| Note 2 | MPAC SBP-16, |
| | 62 Comp Gen 553 |
| Note 3 | 10 U.S.C. 1452 |
| | |
| Table 45-2 | |
| Rule 1 | MPAC SBP-14 |
| Rule 2 | 59 Comp Gen 569 |
| Rule 3 | 57 Comp Gen 853 |
| Rule 4, 5 | MPAC SBP-6 |
| Rule 6 | MPAC SBP-11 |
| Rule 7 | 59 Comp Gen 569 |
| Note 1 | 10 U.S.C. 1448(a)(5) |
| Note 2 | Ltr-Chief Actuary, April 8, 1969 |
| Note 3 | 57 Comp Gen 847 |
| Note 4 | 59 Comp Gen 569 |
| | 48 Comp Gen 167 |
| Note 5 | 48 Comp Gen 167 |
| | 57 Comp Gen 847 |
| Note 6 | Public Law 97-252, September 8, 1982 |
| | |
| Table 45-3 | |
| Rule 1 | MPAC SBP-16 |
| Rule 2, 3 | 59 Comp Gen 569 |
| | 48 Comp Gen 167 |
| Rule 4 | MPAC SBP-16 |
| Rule 5 | MPAC SBP-16 |
| | 59 Comp Gen 569 |
| | 48 Comp Gen 167 |
| Rule 6 | 59 Comp Gen 569 |
| | 48 Comp Gen 167 |
| Rule 7-9 | 57 Comp Gen 847 |
| | 48 Comp Gen 167 |
| Rule 10 | 10 U.S.C. 1448(b) |

| | |
|---|---|
| Rule 11 | 10 U.S.C. 1448(b) |
| | OASD Memorandum, March 21, 1985 |
| | 10 U.S.C. 1450(f) |
| Rule 12 | 10 U.S.C. 1449 |
| | DoDD 1332.27, January 4, 1974 |
| \Note 1 | 10 U.S.C. 1448(a)(5) |
| | Public Law 105-85, section 642, November 18, 1997 |
| Note 2-5 | 57 Comp Gen 847 |
| | 62 Comp Gen 553 |
| | 48 Comp Gen 167 |
| Note 7 | 56 Comp Gen 1022 |
| | 57 Comp Gen 847 |
| Note 8 | 48 Comp Gen 167 |
| | 59 Comp Gen 569 |
| Note 10 | 10 U.S.C. 1448(b)(3) |
| | Public Law 98-94, September 24,1983 |
| Table 45-4 | |
| Rule 2 | 10 U.S.C. 1452(d) |
| Rule 3 | 10 U.S.C. 1452(e) |
| Rule 4 | 10 U.S.C. 1448(c) |
| Rule 5 | 62 Comp Gen 553 |
| Rule 6 | 10 U.S.C. 1449 |
| Rule 7 | 10 U.S.C. 1452 |
| | 59 Comp Gen 569 |
| | Public Law 94-496, October 14, 1976 |
| Rule 8 | 10 U.S.C. 1452 |
| | Public Law 94-496, October 14, 1976 |
| Rule 10 | 10 U.S.C. 1448a |
| Note 1 | 53 Comp Gen 971 |
| | 10 U.S.C. 1448(c) |
| Note 2 & 3 | 10 U.S.C. 1447(5) |
| Note 4 | 48 Comp Gen 167 |
| Note 5 | SBP Item 10-75 |
| Table 45-5 | 10 U.S.C. 1460(b) |
| Table 45-6 | Public Law 102-190, section 653(a), December 5, 1991 |

# CHAPTER 46

## SURVIVOR BENEFIT PLAN - ANNUITY AMOUNT AND OFFSETS

4601 ANNUITY AMOUNT

460101. General

A. The SBP, as originally enacted, provided a monthly annuity of 55 percent of the annuity base amount, cost-of-living adjusted, to the eligible spouse or children. The monthly annuity for a natural person with an insurable interest was 55 percent of the amount of the gross retired pay after cost of participation is subtracted. The annuity payable to a spouse was subject to social security offset when the spouse reached age 62.

B. If the former spouse election was effective before March 1, 1986, an annuity is provided under the insurable interest category. The annuity for a former spouse election effective on or after March 1, 1986 (or where coverage was changed to spouse category with former spouse's concurrence), is provided under the spouse category.

C. Effective March 1, 1986, under Public Law 99-145, section 711 (reference (fc)), there is a two-tier annuity benefit system for spouse and former spouse (spouse category) beneficiaries. The social security offset system was eliminated. Effective March 1, 1986, if the spouse or former spouse (spouse category) annuitant is under age 62 when becoming entitled to the annuity, the monthly annuity is 55 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)). If the beneficiary is age 62 or older when becoming entitled to the annuity, the monthly annuity is 35 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)). Where the annuitant reaches age 62 after becoming entitled to the annuity, the amount of the annuity is reduced to 35 percent of the base amount, as adjusted by 10 U.S.C. 1401a (reference (c)), on the first day of the month after the annuitant reaches age 62. The annuity entitlement for a natural person with an insurable interest or former spouse (insurable interest category) remains unchanged.

1. A spouse or former spouse who is an eligible annuitant on October 1, 1985, will receive 55 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)), less social security offset or 35 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)), whichever is greater. The greater amount becomes payable March 1, 1986 or effective on the first day of the month after the annuitant reaches age 62, whichever is later. There is no subsequent comparison.

2. The eligible spouse or former spouse beneficiary of a member on October 1, 1985, who:

a. Is a Plan participant,

b. Is entitled to retired pay,

c. Is qualified for that pay except that member has not applied for or been granted that pay, or

d. Would be eligible for retired pay under 10 U.S.C., Chapter 1223, (reference (c)) but for the fact that member is under age 60, may receive the greater of the two annuity amounts described in subparagraph 460101.C.1., above. The greater annuity amount becomes payable the first month the annuitant would otherwise be entitled to the annuity of 35 percent of the base amount. There is no subsequent comparison.

D. Effective April 1, 1992, a member may provide the spouse or former spouse annuitant with a Supplemental SBP (SSBP) annuity. The SSBP is an additional 5, 10, 15, or 20 percent of the annuity base amount as elected by the member and becomes payable when the annuitant reaches age 62. The SSBP is increased by cost-of-living adjustments similar to SBP.

460102. Eligible Annuitants and Annuity Amounts. Monthly annuities to which a survivor becomes entitled on or after October 1, 1983, if not a multiple of $1, shall be rounded to the next lower multiple of $1. Annuities to which survivors were entitled on September 30, 1983, shall be rounded when there is an adjustment under 10 U.S.C. 1401a (reference (c)); then, and with each subsequent adjustment, the amount as adjusted, if not a multiple of $1, shall be rounded to the next lower multiple of $1. All subsequent adjustments shall be based on the rounded amount. SSBP annuities, if not a multiple of $1, shall be rounded to the next lower multiple of $1.

A. Spouse or Former Spouse (Spouse Category) Only. See Table 46-1. The SBP annuity for a spouse or former spouse is reduced by any Dependency and Indemnity Compensation (DIC), if the annuity is payable on behalf of the same member. An SSBP annuity is not reduced by DIC.

B. Children Only. If there is more than one eligible child, the annuity is paid in equal shares. The annuity for children is not subject to DIC offset.

C. Spouse and Child or Former Spouse and Child. The annuity is paid to the spouse or former spouse, as long as eligibility exists. If the surviving spouse or former spouse loses eligibility due to death or remarriage before age 55 (age 60, if remarried before November 14, 1986), the annuity is paid to the child annuitants. An election for former spouse and child includes the children that resulted from the member-former spouse marriage. The annuity amount for the spouse or former spouse is shown on Table 46-l. The annuity amount for children is the same as for children only in subparagraph 460102.B, above. If member elects coverage for the spouse and children and the spouse is not eligible under 10 U.S.C. 1447(3)(A) (reference (c)), the spouse qualifies as the eligible annuitant on the birth of a posthumous child of the member's marriage.

D. Former Spouse (Insurable Interest Category) or Natural Person with an Insurable Interest. The annuity is payable only to the former spouse or natural person with an insurable interest as designated by or on behalf of the member. The benefits may not be transferred to another person. The annuity amount is 55 percent of the member's gross retired pay less cost, at the time of member's death. The annuity is not reduced by DIC.

460103. Payment of Annuity

A. The SBP annuity is paid monthly to the eligible annuitant. The SBP payment is effective the first day after the death of the member unless death occurs on the 30th day of a 31-day month. In that case, the annuity starts on the first day of the next month. If a member elected coverage for a former spouse between September 8, 1982 and January 31, 1983, and died before February 1, 1983, the annuity begins February 1, 1983. Annuity payments end effective the last day of the month before the month in which the annuitant becomes ineligible.

1. An annuity for a minor child is paid to the legal guardian or, if there is no legal guardian, to the natural parent who has care, custody, and control of the child as the custodian, or to a representative payee of the child. An annuity may be paid directly to the child when the child is considered to be of majority age under the law in the state of residence. The child then is considered an adult for annuity purposes and a custodian or legal fiduciary is not required. See Appendix H for age of majority by state.

2. When the payment of premiums is in arrears, no annuity may be paid until that debt, with interest (6 percent compounded annually) has been recovered.

3. Debts of a deceased member, other than for delinquent premiums, are not the responsibility of the annuitant and may not be offset involuntarily against the annuity.

4. The annuity is neither assignable nor subject to execution, levy, attachment, or garnishment (except for alimony or child support).

5. Debts to the United States or any of its instrumentalities incurred by the annuitant may be offset from the annuity.

6. The annuity may be paid to a trustee in bankruptcy pursuant to the order of a bankruptcy court in a proceeding under Chapter 13 of the Bankruptcy Code (reference (dg)) since such proceeding is voluntary.

7. An annuity may be paid to a third party on behalf of an incapacitated annuitant only if the third party has been appointed as guardian, custodian, or other fiduciary pursuant to a state court order or has been designated a representative payee under subparagraph 460103.C., below. Otherwise, the annuity may be paid only to the annuitant unless the annuitant has been determined to be incompetent of managing his or her own affairs by a state court, physician or psychologist. If the annuity cannot be paid directly to the annuitant or to a third party, amounts will remain unpaid and credited on account until the annuitant is determined to be competent or until a third party has been properly appointed to receive the annuity on behalf of the annuitant.

8. An eligible survivor who is physically or mentally incapacitated (but who has not been determined to be mentally incompetent by a state court, physician, or psychologist) may accept assistance from a person holding a power of attorney in completing (including the signature element) and filing the annuity application form. Benefit payments must be made payable thereunder directly to the annuitant.

9. If the Secretary of the Military Department concerned determines that a participating member is presumed dead, the annuity accrues from the first day after retired or retainer pay was suspended or would have been suspended had the member been in receipt of pay on the basis that the member is missing.

B. The SSBP annuity begins on the later of:

1. The day on which SBP annuity becomes payable to the spouse or former spouse beneficiary if age 62 or older; or

2. The first day of the month after the month in which the spouse or former spouse beneficiary becomes age 62.

The SSBP annuity is paid monthly. The SSBP terminates effective the first day of the month in which the spouse or former spouse dies or becomes ineligible to receive an SBP annuity (except if ineligible for SBP annuity due to DIC award). SSBP coverage was not available until April 1, 1992, and the earliest effective date for SSBP annuity payment is May 1, 1992.

C. The SBP annuity due a minor, mentally incompetent, or otherwise legally disabled person for whom a guardian or other fiduciary has not been appointed may be paid to a representative payee, who in the judgment of the Secretary of the Military Department concerned, is responsible for the care of the annuitant. This includes any SSBP payable to the spouse or former spouse annuitant. The representative payee is required to spend or invest the amount paid on behalf of the annuitant solely for the benefit of the annuitant. The representative payee must certify that SBP (and SSBP, if applicable) payments received on the annuitant's behalf are used for the annuitant's benefit.

1. An annuitant is determined to be incompetent if the Secretary concerned receives an actual determination of incompetency made either by a state court, or by a physician or psychologist. A representative payee will not be established solely on the basis of a letter request from a third party that an annuitant is incapable of handling financial affairs. The annuitant will be notified of actions being taken to make a determination of incompetency and will be provided an opportunity to review the evidence being considered. The annuitant also will have the opportunity to submit additional evidence before a determination is made.

2. If a court order provides for payment of a fee to the representative payee, or if the Secretary concerned determines that payment of a fee is necessary in order to obtain the fiduciary services of a representative payee, a monthly fee will be allowed. In such circumstances, a fee of 4 percent of the monthly SBP annuity will be allowed, unless a court order dictates a lesser fee. In the case of a spouse or former spouse annuitant, the fee will be no more than 4 percent of the adjusted annuity-gross annuity less any DIC or social security offset reduction. Any court order that provides for a fee in excess of 4 percent shall be limited to 4 percent. The representative payee will be notified of the fee percentage allowed. The fee is not a separate payment to be mailed to the representative payee, but can be withheld by the

representative payee from the monthly annuity payment. The fee is part of the periodic financial accounting by the representative payee.

3. In cases where it appears necessary to protect the annuitant, the Secretary concerned may require the payee to provide a surety bond in an amount sufficient to protect the interests of the annuitant. The representative payee may pay for such bond(s) out of the SBP annuity. This is part of the periodic financial accounting by the representative payee. The Secretary concerned will determine the amount necessary in surety bond(s) based on the amount of the SBP annuity payable. A surety bond ordinarily will not be required if the representative payee is a close family member or a government or financial institution.

4. The representative payee shall be required to maintain (and, upon request by the Secretary concerned, provide) a periodic accounting of expenditures and investments of amounts paid to the payee. If the representative payee is a close family member or a government or financial institution, a periodic accounting will not be required. In situations where a periodic accounting is required, it ordinarily will be submitted annually, unless the Secretary concerned determines that a more frequent submission is required.

a. Final financial reporting will be required upon: the loss of a beneficiary's eligibility; a change of representative payee; or the determination later that an annuitant is competent to manage financial affairs.

b. Major expenditures (i.e., those in excess of $1,000 or the value of the annuity for one year, whichever is less) from the representative payee's bank account for the annuitant require prior written approval by the Secretary concerned.

c. If the Secretary concerned has evidence to suggest that the annuity funds have been or are being misused by the representative payee, the annuity may be suspended. An investigation will be conducted to determine if a new representative payee should be appointed or if payments may be resumed to the representative payee.

5. The selection of the representative payee will be made on the basis of the individual annuitant's circumstances. Generally, the order of preference for appointing a representative payee is the:

a. Spouse

b. Son or daughter or legally adopted son or daughter

c. Brother or sister

d. Parents

e. Head of federal or state institution

f. Trustee of a private trust

g. Any other individual whose appointment appears to be in the best interest of the annuitant.

If more than one person or institution requests to be named the representative payee of the annuitant, the Secretary concerned shall determine which applicant is a more appropriate payee.

6. In addition to SBP annuity payments (including payments to Minimum Income Widows covered under Chapter 51 of this volume), annuity payments under USCOA, RSFPP, and RCSBP also may be made to a representative payee.

7. The representative payee will be required to submit Reports of Existence and Certificates of Continued Eligibility as specified in Chapter 50 of this volume.

8. An annuity paid to a person on behalf of an annuitant in accordance with these provisions discharges the obligation of the United States for payment to the annuitant of the amount of the annuity paid.

460104. Provisional Annuity Payments

A. In cases involving delayed receipt of an annuity application, the head of the retired pay activity may authorize that provisional annuity payments for 2 consecutive months provided that all of the following conditions have been met:

1. The Military Service verifies that the member is deceased

2. The annuitant has been contacted

3. The SBP election confirms the beneficiary's identity and eligibility

4. The annuity to a child is paid only after the Military Service verifies school attendance for dependent child annuitants age 18 to 22.

B. Upon receipt of the annuity application, there will be an adjustment for the difference between the actual annuity entitlement due and the provisional annuity payments made.

C. Annuity payments will be suspended if a completed annuity application is not received within 60 days of the first provisional payment.

4602 OFFSETS TO THE ANNUITY

460201. When Required. The gross SBP annuity payable to a spouse or former spouse (spouse category) is offset by an award of DIC. The annuity may be further reduced by social security offset. Social security offset was eliminated March 1, 1986. When the two-tier benefit system was established, a grandfather provision allowed certain annuitants to receive annuity computed at 55 percent of the annuity base amount less social security offset if it exceeded 35 percent of the base amount. Where both offsets apply, DIC is applied first.

460202. Dependency and Indemnity Compensation (DIC) Offset. The Department of Veterans Affairs (VA) determines entitlement to and the amount of the DIC award. DIC rates are listed in Appendix L. DIC rates were based on pay grade of member until January 1, 1993. Effective January 1, 1993, DIC is payable at a flat-rate, cost-of-living adjusted. The survivors of members who died before January 1, 1993 continue to receive DIC rates based on pay grade, if it exceeds the flat-rate. The award is effective the first day of the month in which the retiree dies. The DIC payment begins on the first day of the month after the effective date of the award. The SBP annuity is reduced by the amount of the DIC as of the date on which the DIC payment begins. The DIC offset equals the actual DIC payment the spouse or former spouse receives and it increases each time DIC rates increase. For offset purposes, the DIC entitlement does not include any amount attributable to child entitlement or aid and attendance. Payment of the SBP annuity is not withheld or delayed pending verification of the DIC award if the annuitant signs a statement authorizing the VA to collect any overpayment that results from the overlap of the DIC and SBP payments.

A. Premium Refund Due to DIC Award

1. SBP. When an annuity is reduced due to DIC entitlement, a refund of SBP premium is made based on the difference between the premium actually paid and the premium that would have been needed to provide the annuity payable after the DIC reduction. The refund of premium is computed using the SBP annuity of 55 or 35 percent, whichever is applicable on the effective date of the DIC award. If the annuity is later reduced to 35 percent at age 62, no additional refund is due. If DIC entitlement is lost due to remarriage of the spouse or former spouse, SBP may be reinstated provided the spouse or former spouse repaid, or is repaying in installments, the refund of SBP contributions. When a refund is repaid and annuity begins, no additional refund is authorized if spouse or former spouse again becomes entitled to DIC.

2. SSBP. SSBP premium are not refunded. At age 62 when the SBP annuity amount decreases to 35 percent, SSBP becomes payable at the 5, 10, 15, or 20 percent rate elected by the member whether or not the SBP annuity is or was exceeded by DIC.

B. DIC Equal to or Greater than Annuity. The SBP annuity to the spouse or former spouse ends permanently except under the conditions shown in subparagraph 460202.D., below. The SSBP annuity is not affected. The SBP premium for spouse or former spouse only is refunded to the spouse or former spouse after any annuity debt is liquidated. If the annuitant dies before a refund of SBP premium is made, the refund shall be made to the annuitant's estate. If the

spouse or former spouse becomes ineligible through death, the full annuity is paid to the eligible children in equal shares.

C. Sample Computation of Refund. See Tables 46-2, 46-3, and 46-4 for a sample computation of refund. If DIC later exceeds the gross SBP annuity, the SBP annuity to the spouse or former spouse terminates.

D. Reinstatement of SBP Annuity Upon Loss of Entitlement to DIC Because of Remarriage After Age 55

1. If the spouse or former spouse whose SBP annuity entitlement was adjusted under subparagraph 460202.A. or B., above, subsequently loses entitlement to DIC because of remarriage, and the beneficiary is 55 years of age (60 years of age if remarried before November 14, 1986) or more at the time of remarriage, the annuity is reinstated under conditions specified in subparagraph 460202.D.2., below, on the effective date of the loss of DIC entitlement. The annuity is adjusted to reflect all authorized cost-of-living adjustments. If the spouse or former spouse again should become eligible for DIC, a second refund is not authorized if the spouse or former spouse received any annuity payments.

2. The widow(er) or former spouse who loses entitlement to DIC may repay the amount due in either a lump sum or in installments. If repayment is in installments, the installment payments is deducted from the SBP annuity payable. The installment will be 50 percent of the DIC amount or 50 percent of the gross annuity, whichever is less. When annuity is increased by cost-of-living adjustment, the same percentage increase will be applied to the installment deduction. No interest will accrue until the date of the first readjusted annuity payment. Thereafter, interest accumulates on any unrepaid balance at the rate of .534 of 1 percent monthly until the full amount has been repaid. Thus, the remaining debt on the date of each installment deduction will be increased by a factor of 1.00534. This is based on the 12th root of 1 plus the current 6.6 percent annual interest rate used by the DoD Board of Actuaries to determine the retirement accrual cost.

E. Late Award of DIC. When a claim for DIC is not filed within 1 year after the member's death and the spouse received an SBP annuity, no cost refund is made when DIC is later awarded. The effective date of the reduced annuity is the date that the VA receives.

460203. Social Security Offset

A. Social security offset was eliminated on March 1, 1986; however, certain spouse and former spouse annuitants age 62 or over are eligible under the social security offset system, if it provides a larger SBP annuity. Annuitants who are eligible under the grandfather provision include:

1. The spouse annuitant of a member who, on October 1, 1985:

a. Is a participant in the plan;

b. Is entitled to retired pay or is qualified for that pay except that member has not applied for or been granted that pay; or

c. Would be eligible for retired pay under 10 U.S.C., Chapter 1223 (reference (c)), except member is under age 60.

2. The former spouse annuitant of a member described in subparagraphs 460203.A.1a through c, above, whose divorce from the member became final on or after November 30, 1989.

★B. Before March 1, 1986, spouse annuity was reduced by social security offset based on eligibility for or receipt of social security benefits resulting from a member's active service after December 31, 1956. The SBP annuity was reduced by social security offset based on entitlement to the social security benefits of the mother, or father, or widow(er). Benefits in the social security offset system are computed under the primary insurance amount (PIA) Table Method, a Decoupled (Indexing) Formula Method, or a Transitional Guarantee Savings provision.

1. Under the PIA Table Method, the social security benefit is based upon the PIA which is determined from a schedule that relates the member's average monthly earnings (AME) under social security covered employment to the PIA. See Appendix S for this method which applies to members who attained age 62, became disabled or died before January 1, 1979. If a member in a missing-in-action status later is presumed dead, include in social security benefits only earnings through the year in which the member entered the "missing" status.

2. Under the Decoupled Formula Method (also called the "Indexing Method"), the social security benefit is computed by indexing the member's past earnings, which take into account the change in general wage levels that has occurred during the member's years of service, in proportion to the increase in average wages of all workers. Use this method to determine the member's "average indexed monthly earnings" (AIME). Compute the PIA using portions of the AIME which are multiplied by constant percentages called "bend points" depending on the year of eligibility. This method, which appears in Appendix T, applies to members who reach age 62, become disabled or die after 1978. See subparagraph 460203.B.3 for the exception. If the member was in a missing-in-action status and is later presumed dead, include in social security benefits only the earnings through the year in which the member entered the missing status.

★3. Under the Transitional Guarantee savings provision, which applies to any member who became age 62 during the period January 1, 1979 through December 31, 1983, the social security offset is computed under the Decoupled (Indexing) Method and the Transitional Guarantee formula. The Transitional Guarantee formula is computed using the pre-1979 PIA Table Method, except that earnings in the first year of eligibility and later are not included. The DFAS uses the method that provides the higher social security benefit.

C. A member with SSBP waives the right to have an SBP annuity computed under the social security offset method. The waiver is irrevocable.

460204. Offset to SBP Annuity Because of Social Security Benefits. The offset is based on the member's active military service after December 31, 1956. The reduction factor applies against the total military PIA calculated to member's age 65, unless the annuitant demonstrates that the benefit was reduced because the member was receiving a nondisability social security retirement benefit before age 65. Establish and continue the offset unless evidence is received that makes it improper. The burden is on the survivor to furnish documentation for this purpose. In applying this offset, the annuitant is considered entitled to social security benefits even if he or she has not applied for those benefits. The annuitant also is considered to be entitled, if otherwise eligible, but instead has elected to receive benefits based on his or her personal employment or the employment of some third person.

NOTE: SBP annuity is not reduced by social security offset if the Social Security Administration (SSA) determines that the annuitant is ineligible for benefits.

A. Denial of Benefits. When establishing a social security offset, advise the annuitant to submit a copy of any letter denying social security benefits. Reasons for denial of benefits include, but are not limited to, the following: insufficient credits for a member to qualify for a benefit, administrative denial, and receipt of a governmental pension.

B. Reduction of Benefits

1. A working widow(er)'s social security offset is reduced to the same extent that the full social security benefit is reduced. For example, if a widow loses 80 percent of the full social security benefit as a result of wages or salaries earned and receives only 20 percent of the benefit, the offset is computed by taking 20 percent of the member's benefit based on military earnings times the widow(er)'s offset factor. The social security offset is adjusted on verification of the social security reduction shown on the Annual Report of Earnings letter.

2. If social security payments are reduced because of employment of the widow(er) at any age with only one dependent child under age 16 (or disabled before age 22, while unmarried), the amount of the offset is a ratio computed as follows:

$$\text{Offset} = \frac{\text{Total mother's benefit after SSA reduction}}{\text{Total mother's benefit before SSA reduction}} \times \text{Mother's benefit attributable to military service}$$

The offset is recomputed on receipt of the Annual Report of Earnings letter furnished by the SSA. Significant changes in earnings during a calendar year may be reported to adjust benefits and preclude large overpayments at the end of a calendar year.

3. Offset may be reduced because of work even though no claim has been made for social security benefits.

4. If the deceased member drew nondisability social security retirement (old-age) benefits before age 65, step 16 of Appendices S and T provides for a reduction in the

social security offset calculation. The social security offset calculation is not adjusted if the annuitant drew nondisability benefits before age 62.

C. Period of Offset

1. No dependent children. Social security offset begins the first day of the month after the widow, widower, or former spouse reaches age 62 or when the member dies if the annuitant is age 62 or older. The offset percentage factor is computed under subparagraph 460205.A., below.

2. One dependent child. Social Security offset began the first day of the month in which there was only one dependent child remaining. Social Security offset due to receipt of mother's SSA benefit was terminated after February 1986 under Public Law 99-145 (reference (fc)).

460205. Offset Factors

A. Widow, Widower, or Surviving Divorced Spouse's Benefit. The offset percentage factor is permanently fixed based on the survivor's age on the date the annuity starts. If the survivor's age is:

1. Under 62, the offset factor is 82.9 percent of military PIA at age 62 when the offset becomes effective.

2. Between 62 and 65, the offset factor is 100 percent of the military PIA less 19/40 of 1 percent for each month the widow or widower is under 65. See Appendix O for table of computations.

3. Age 65 or over, the offset factor is 100 percent of military PIA.

NOTE: Fractions of a month are not considered in computing the factor for ages 62-65; 6 months or over do not constitute an additional year. Before October 1977, the offset percentage for the widow or widower age 62 or over was computed at 82.5 percent of the PIA.

B. Mother's Benefit. The offset is 75 percent of the PIA based solely on the member's active service. The offset is reduced by any amount not payable by SSA because of the widow's earnings.

460206. Computation of Social Security Offset. See Appendix S for computation of social security offset for members whose eligibility year is before 1979. See Appendix T for computation of social security offset for members whose eligibility year is after 1978. The amount of the social security offset that was effective December 1, 1980, may not exceed 40 percent of the annuity payable to the surviving spouse or former spouse.

460207. Computing Social Security Offset for 10 U.S.C. 12731 (reference (c)) Retirees. The member's military earnings are computed on periods of active duty or active duty for


Decl. Attach. p. 000086

training after December 31, 1956. Free wage credits are awarded assuming active duty tours were performed during July, unless information is provided showing actual active duty tours.

A. The member is credited with free wage credits of $300 in any calendar quarter from January 1, 1957, through December 31, 1977, in which active duty or active duty for training wages were paid.

B. The member is credited with free wage credits in $100 increments for each $300 of active duty or active duty for training wages paid after December 31, 1977.

C. Any period of less than 30 continuous days of service performed on or after December 1, 1980, for which the member is entitled to a federal tax refund of the social security tax paid on the income from that service is excluded from the computation for the social security offset.

D. Appendices S and T are applicable for computation of social security offset for 10 U.S.C. 12731 (reference (c)) retirees.

| ANNUITY FOR WIDOW OR WIDOWER OR FORMER SPOUSE (SPOUSE CATEGORY) | | | | |
|---|---|---|---|---|
| | **A** | **B** | **C** | **D** |
| **RULE** | **If member died or was declared dead after September 20, 1972 and was (note 8)** | **and the annuitant was** | **and the annuity is (note 6)** | **offset by (note 9)** |
| **1** | in a retired status | married to member on date of election (pre-September 21, 1972 retiree) or on date of retirement and married to member at time of member's death (note 1) | 35 or 55 percent of base amount of coverage on date of member's death (note 2) | Dependency and Indemnity Compensation (DIC); Social Security offset. |
| **2** | | married to member a minimum of 1 year at time of member's death if marriage occurred after September 21, 1973 (pre-September 21, 1972 retiree) or on date of retirement (note 3) | | |
| **3** | | the parent of a "living issue" of the marriage which occurred after September 21, 1973 or date of retirement (note 4) | | |
| **4** | | the former spouse of a member when member became eligible to participate September 8, 1982 or later; or the former spouse that a member acquired after becoming eligible to participate and who had been married to member at least 1 year or was the parent of issue of that marriage (note 4) | | |
| **5** | on active duty before September 21, 1972 and was entitled to retired or retainer pay but had not applied for or been granted such pay | married to member on member's date of death | 55 percent of retired pay to which the member would have been entitled at date of death based on active service as adjusted from date of death through November 30, 1980 (note 7) | DIC, Social Security offset, RSFPP annuity. |

**Table 46-1. Annuity for Widow or Widower or Former Spouse (Spouse Category)**

| RULE | A<br>If member died or was declared dead after September 20, 1972 and was (note 8) | B<br>and the annuitant was | C<br>and the annuity is (note 6) | D<br>offset by (note 9) |
|---|---|---|---|---|
| **6** | on active duty September 21, 1972 or later but was qualified for retired pay but had not applied for or been granted such pay | married to member on member's date of death<br>or<br>the former spouse of a member when member became eligible to participate on September 8, 1982 or later; the former spouse member acquired after becoming eligible to participate and who was married to member at least 1 year or the parent of issue of that marriage; or the former spouse which member was required under a court order or spousal agreement to provide an annuity to upon becoming eligible to participate (note 10) | 35 or 55 percent of retired pay to which member would have been entitled based on years of service at time of death (note 2) | DIC, Social Security offset. |
| **7** | on active duty September 21, 1972 or later, completing 20 years of active service but, before member is able to retire as a commissioned officer because member has less than 10 years of active commissioned service | | 35 or 55 percent of retired pay to which member would have been entitled based on the basic pay rate at time of death for highest grade other than a commissioned officer grade in which member served on active duty satisfactorily as determined by the Secretary of the Military Department concerned (note 2) | |
| **8** | on active duty after having been retired but immediately recalled to active duty | | 35 or 55 percent of retired pay entitlement on date of death which pay may be computed under 10 U.S.C. 1402(a) or (e), whichever is higher and which previous election has no effect (note 2) | |
| **9** | on active duty after having retired and recalled to active duty for more than 30 days after break in service | | 35 or 55 percent of retired pay at time of death. Pay may be computed by whichever of two methods gives the higher rate of annuity: (a) as if member had never retired and computed as if rule 5, or (b) pay at the time of retirement, with applicable adjustments for SBP coverage as elected by the member (note 2) | |

**Table 46-1. Annuity for Widow or Widower or Former Spouse (Spouse Category) (Continued)**

| RULE | A<br>If member died or was declared dead after September 20, 1972 and was (note 8) | B<br>and the annuitant was | C<br>And the annuity is (note 6) | D<br>offset by (note 9) |
|---|---|---|---|---|
| 10 | eligible to authorize Reserve Component annuity and dies: (a) before being notified of retirement eligibility under 10 U.S.C., Chapter 1223, or (b) during the 90–day period beginning when member receives notification of retirement eligibility, if member had not made an election | married to member on member's date of death<br>or<br>the former spouse of a member when member became eligible to participate September 8, 1982 or later; the former spouse member acquired after becoming eligible to participate and who was married to member at least 1 year or the parent of issue of that marriage; or the former spouse which member was required under a court order or spousal agreement to provide an annuity to upon becoming eligible to participate (note 10) | 35 or 55 percent of retired pay to which member would have been entitled based on years of active service when the member died and computed on basic pay rates in effect on the effective date of the annuity (note 2) | DIC, Social Security offset. |
| 11 | being carried in a "missing in action" status at the time determination of death was made by the Secretary of the Military Department concerned, provided member met retirement eligibility at time of declaration of death | married to member on date Secretary concerned makes the determination of death | (See rule 5.) | DIC and Social Security offset. |
| 12 | retired from both military and civil service but did not waive military service for civil service purposes | (See rules 1, 2, or 3.) | (See rule 1.) | |
| 13 | retired from both military and civil service, waived military retired pay for civil service purposes, but did not elect survivor coverage at any level under the civil service retirement | | | |

**Table 46-1. Annuity for Widow or Widower or Former Spouse (Spouse Category) (Continued)**

NOTES:

1. For a member married to the same spouse at time of retirement and date of death, the statute does not require that an intervening divorce be followed by 1 year of remarriage immediately before date of death.
2. a. <u>If the beneficiary is under age 62 when becoming entitled to the annuity</u>, the monthly annuity shall be 55 percent of the annuity base amount (as adjusted under 10 U.S.C. 1401a). The SBP annuity shall be reduced to 35 percent on the first day of the month after the beneficiary reaches age 62. However, if the beneficiary is eligible to have SBP annuity computed under the old social security offset method, 10 U.S.C. 1451 (e), the more favorable computation is payable. If a member has SSBP coverage, the member was required to waive any annuity computation under the social security offset method and the SSBP annuity of 5, 10, 15, or 20 percent of the annuity base amount, as elected by the member and adjusted under 10 U.S.C. 1401a, begins on the first day of the month after the beneficiary becomes age 62.

   b. <u>If the beneficiary is age 62 or older when becoming entitled to the annuity</u>, the monthly SBP annuity shall be 35 percent of the annuity base amount (as adjusted under 10 U.S.C. 1401a). However, if the beneficiary is eligible to have SBP annuity computed under the old social security offset method, 10 U.S.C. 1451(e), the more favorable computation is payable. If a member has SSBP coverage, the member was required to waive any annuity computation under the social security offset method and the SSBP annuity of 5, 10, 15, or 20 percent of the annuity base amount, as elected by the member and adjusted under 10 U.S.C. 1401a.

   c. <u>Under the social security offset method</u>, 10 U.S.C. 1451(e), a former spouse was entitled to 55 percent less no social security offset, if the divorce from the member became final before November 30, 1989, (date of P.L. 101–189 technical amendment to 10 U.S.C. 1451(e)).
3. Minimum requirement for a marriage is 1 year. A widow(er) previously ineligible to receive an annuity because of a 2-year requirement may now qualify for the annuity. No monetary adjustment is made for persons before October 1, 1976.
4. "Living issue" means the "issue by that marriage" or a child of such marriage who dies shortly after birth (such child's birth is the criterion, not the duration of the child's life).
5. If member is required under a court order or spousal agreement to provide an annuity to a former spouse upon becoming eligible to participate in the Plan or if a member has made an election to provide former spouse annuity, the Secretary concerned may not pay the annuity to the surviving spouse.
6. All SBP monthly annuities to which a survivor becomes entitled on or after October 1, 1983, if not a multiple of $1, shall be rounded to the next lower multiple of $1. Annuities to which survivors were entitled on September 30, 1983, shall not be rounded until there is an adjustment under 10 U.S.C. 1401a; then the amount, as adjusted, if not a multiple of $1, shall be rounded to the next lower multiple of $1. All subsequent adjustments shall be based on the rounded amount. SSBP annuities, if not a multiple of $1, shall be rounded to the next lower multiple of $1.
7. If the "forgotten widow" is entitled to an SBP or RCSBP annuity resulting from a subsequent marriage to a member, the individual may not receive the two annuities, but must elect in writing which to receive. The annuity for a "forgotten widow" is effective December 1, 1980.
8. Under 10 U.S.C. 1448(d), annuity is payable to the surviving spouse and dependent children of a person who dies on active duty after September 20, 1972, and the former spouse of a person who dies after September 7, 1982. Under 10 U.S.C. 1448(f), annuity is payable to the surviving spouse and dependent children of a person who dies after September 30, 1978, and the former spouse of a person who dies after September 7, 1982.
9. If annuity is computed as 35 percent of the annuity base amount for an annuitant age 62 or older, the social security offset reduction under 10 U.S.C. 1451(e) does not apply.
10. Former spouse annuity applicable only where member dies after September 7, 1982.

**Table 46-1. Annuity for Widow or Widower or Former Spouse (Spouse Category) (Continued)**

| SAMPLE COMPUTATION OF SBP COST REFUND EFFECTIVE THROUGH FEB 28, 1981 (Note 1) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Election or Change Effective (note 1)** | **Period Through (note 2)** | **Base Amount** | **Annuity** | **Simulated DIC Award During This Period Would Have Been** | **Difference** | **New Base Amount (note 4)** | **Original Cost for Spouse (note 3)** | **Adjusted Cost** | **Difference in Cost** | **Refund Due Widow/er (note 5)** |
| 1 Oct 72 | 30 Jun 73 | $1,000.00 | $550.00 | $337.00 | $213.00 | $387.27 | $77.50 | $16.23 | $61.27 | $551.43 |
| 1 Jul 73 | 31 Dec 73 | 1,061.00 | 583.55 | 337.00 | 246.55 | 448.27 | 83.60 | 22.33 | 61.27 | 367.62 |
| 1 Jan 74 | 30 Apr 74 | 1,119.36 | 615.65 | 337.00 | 278.65 | 506.64 | 89.44 | 28.16 | 61.28 | 245.12 |
| 1 May 74 | 30 Jun 74 | 1,119.36 | 615.65 | 394.00 | 221.65 | 403.00 | 89.44 | 17.80 | 71.64 | 143.28 |
| 1 Jul 74 | 31 Dec 74 | 1,191.00 | 655.05 | 394.00 | 261.05 | 474.64 | 96.60 | 24.96 | 71.64 | 429.84 |
| 1 Jan 75 | 31 Jul 75 | 1,276.74 | 702.21 | 394.00 | 308.21 | 560.38 | 105.17 | 33.54 | 71.63 | 501.41 |
| 1 Aug 75 | 28 Feb 76 | 1,341.85 | 738.02 | 441.00 | 297.02 | 540.04 | 111.69 | 31.50 | 80.19 | 561.33 |
| 1 Mar 76 | 30 Sep 76 | 1,414.31 | 777.87 | 441.00 | 336.87 | 612.49 | 118.93 | 38.75 | 80.18 | 561.26 |
| 1 Oct 76 | 28 Feb 77 | 1,414.31 | 777.87 | 476.00 | 301.87 | 548.85 | 118.93 | 32.39 | 86.54 | 432.70 |
| 1 Mar 77 | 18 Apr 77 | 1,482.20 | 815.21 | 476.00 | 339.21 | 616.75 | 125.72 | 39.18 | 86.54 | 138.38 |

NOTES:

1. The DoD Actuary's formula, as approved by the SBP Board, was available for use beginning March 1, 1983. For example: If the cost refund period extends from April 1, 1980 through September 30, 1983, the portion of cost refund for April 1, 1980 through February 28, 1981, is computed using Table 46-2. The portion of the refund for March 1, 1981 through September 30, 1983, is computed on the DoD Actuary's formula. See Table 46-3.
2. Legend: Member is a colonel, first election effective October 1, 1972 for spouse and children. Member died on April 18, 1977. DIC awarded on April 19, 1977.
3. Refund of cost is made for cost of coverage for spouse only.
4. New base amount is computed by dividing the difference of the annuity and DIC award by 55 percent.
5. Interest charges are due to delinquent cost should not be refunded to annuitant.

**Table 46-2. Sample Computation of SBP Cost Refund Effective Through February 28, 1981 (Note 1)**

**REFUND OF MONTHLY PREMIUM FOR SBP EFFECTIVE MARCH 1, 1983 (See Note)**

All figures should be in month that premium calculation is desired. A change would occur in any month the base amount, DIC, or cost changes. Additionally, the cost formula for spouse and former spouse changed effective March 1, 1990.

1. Month of premium calculation =
2. Actual SBP base amount =
3. Spouse annuity = (.35 or .55) times (2) =
4. DIC amount =
5. Revised spouse annuity = (3) minus (4) =
6. Revised base amount = (5) divided by .35 (or .55) =
7. Calculate N.

For members with cost computed on the 6.5 percent flat–rate reduction formula, skip to (17).

Step 1. Month of retirement =

Step 2. Point in time premium calculation is desired =

Step 3. List all applicable cost of living increases which the member received between (or included in) the months listed in steps 1 and 2 as a factor of 1.xxx where xxx is the cost of living increase. For example, the 4.4 percent cost of living increase of March 1981 would be listed as a factor of 1.044.

| | FACTORS | |
|---|---|---|
| | FULL | SPECIAL |
| Beginning of SBP | 1.0 | |
| March 1981 | 1.044 | |
| March 1982 | 1.087 | |
| April 1984 | 1.039 | 1.033 |
| December 1984 | 1.035 | |
| December 1986 | 1.013 | |
| December 1987 | 1.042 | |
| December 1988 | 1.04 | |
| December 1989 | 1.047 | |
| December 1990 | 1.054 | |
| December 1991 | 1.037 | |
| December 1992 | 1.03 | |
| December 1993 | 1.026 | |
| December 1994 | 1.028 | |
| December 1995 | 1.026 | |

Step 4. Multiply all factors in step 3 together. If no factors appear in step 3, use 1.0 here. =

**Table 46-3. Refund of Monthly Premium for SBP Effective March 1, 1983 (See Note)**

| | | | |
|---|---|---|---|
| | Step 5. | N = Step 4 times 300 (or initial threshold amount if it was not $300) | = |
| 8. | Revised base amount minus N = (6) – (7) (if less than zero, use zero) | | = |
| 9. | .025 times the lesser of (6) or (7) | | = |
| 10. | .1 times (8) | | = |
| 11. | Revised premium = (9) + (10) If actual premium for the month known, skip to (15) | | = |
| 12. | Base minus N = (2) – (7) | | = |
| 13. | .1 times (12) | | = |
| 14. | .025 times (7) | | = |
| 15. | Actual premium = (13) plus (14) | | = |
| 16. | Monthly refund = (15) – (11) | | |
| 17. | If member had cost computed using the 6.5 percent flat–rate reduction formula, the difference in cost due the annuitant is: .065 times (2) less .065 times (6) | | = |

**NOTE: Table 46–3 is effective March 1, 1983, for refund periods which include March 1, 1981 or later.**

**Table 46-3. Refund of Monthly Premium for SBP Effective March 1, 1983 (See Note) (Continued)**

TABLE 46-4

REFUND OF MONTHLY PREMIUM FOR SBP EFFECTIVE JANUARY 4, 1994 (See Note)

The refund of premiums due a spouse or former spouse is determined using the following defined values:

CBP or Current Basic Premium: The actual current premium amount for the basic SBP spouse coverage elected by the member. This does not include premiums for child coverage, Supplemental SBP premiums, open enrollment premium additions, or any interest charges.

CRP or Current Recalculated Premium: The implied current premium associated with recalculated SBP basic annuity as reduced due to receipt of DIC. This does not include premiums for child coverage, Supplemental SBP premiums, open enrollment premium additions, or any interest charges.

TP or Total Premiums: The Total Premiums paid by the member for basic SBP, including open enrollment premium additions. This does not include any premiums for child coverage, Supplemental SBP premiums, or interest charges. This amount may be obtained from historical pay files pertaining to the member and/or from a file of total spouse premiums to be produced under the Director of Compensation, ODASD (Military Personnel Policy) by the DoD Actuary and the Defense Manpower Data Center in coordination with the DFAS.

PR or Premium Refund: This is the premium refund amount. The premium refund is determined according to the following formula:

PR = (1 - CRP/CBP) X TP

For example: Member is a retired 0-5, deceased July 1, 1993.
Data is for June 1994.

| | | |
|---|---|---|
| Retired Pay: | | $2,297.00 |
| Current Basic Premium (CBP): | | 149.31 |
| SBP Spouse Annuity: .55 X 2,297 | = | 1,263.00 |
| DIC Annuity: | | 750.00 |
| Recalculated SBP Annuity | | 1,263.00 - 750.00 = 513.00 |
| Implied Base Amount = $513.00/.55 | = | 932.73 |
| Current Recalculated Premium (CRP) | = | 60.63 |
| Total Premiums (TP) from Data Files | = | 10,153.08 |

Premium Refund (PR) is:

PR = (1 - 60.63/149.31) X 10,153.08
= (1 - .4060679) X 10,153.08
= .5939321 X 10,153.08 = 6,030.24

**NOTE: Table 46-4 is effective January 4, 1994 for deaths which occurred on or after January 1, 1993.**

**Table 46-4. Refund of Monthly Premium for SBP Effective January 4, 1994**

**SUMMARY OF MAJOR CHANGES TO**
**DOD 7000.14-R, VOLUME 7B, CHAPTER 47**
**"SURVIVOR BENEFIT PLAN (SBP)—ANNUITY OVERPAYMENTS"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 470301.A<br>470301.B<br>470301.C<br>4704 | Interim change R11-03 makes administrative changes by changing the Denver site to the Cleveland site. | August 28, 2003 |

**TABLE OF CONTENTS**

**SURVIVOR BENEFIT PLAN (SBP) - ANNUITY OVERPAYMENTS**

4701 Causes of Overpayments

4702 Liability

★4703 Liquidation of Debt

★4704 Waiver of Indebtedness

# CHAPTER 47

## SURVIVOR BENEFIT PLAN (SBP) - ANNUITY OVERPAYMENTS

4701 CAUSES OF OVERPAYMENTS

470101. Generally, SBP annuity overpayments are caused by:

A. Failure to reduce annuity by amount of Dependency and Indemnity Compensation (DIC) or social security benefits.

B. Nontermination of annuity because of ineligibility.

C. Erroneous computation.

D. Insufficient or untimely information.

E. A determination by the Secretary of the Military Department concerned that a participating member is alive after the Secretary concerned previously determined that the member was presumed dead.

4702 LIABILITY

The annuitant is liable for debts created from the overpayment of an annuity. The member is liable for any indebtedness created where the annuity payments were made based on the presumption of such member's death. The member's indebtedness cannot be considered for waiver under Title10, United States Code (U.S.C.), section 2774 or section 1453 (reference (c)). If the member dies before such payments are fully recovered, the annuitant may be liable for the indebtedness if such annuitant was the recipient of the annuity payments made under the presumption of death. (See Chapter 28, Table 28-1 for the collection of member's indebtedness.)

4703 LIQUIDATION OF DEBT

470301. Upon discovery of an overpayment, advise the annuitant of the debt and the method in which the overpayment is being, or may be, liquidated. The debt may be liquidated by:

★ A. The annuitant making direct remittance to the DFAS-Cleveland Site.

★ B. The annuitant authorizing the Department of Veterans Affairs to reduce DIC and remit the amount collected to the DFAS-Cleveland Site.

★ C. The DFAS-Cleveland Site reducing later SBP annuity payments.

4704 WAIVER OF INDEBTEDNESS

★ When applicable, the DFAS-Cleveland Site advises the annuitant of the right to request a waiver of indebtedness. The right to request a waiver does not constitute removal of the responsibility for repayment of the debt.

470401. Recovery of an overpayment of an SBP annuity is not required if, in the judgment of the DFAS Director (or designee), there was no fault by the person to whom the amount was erroneously paid and recovery would be contrary to the purpose of the plan or against equity and good conscience.

470402. Suspension of collection action may be authorized upon receipt of a waiver request. Refund of an amount withheld before receipt of a request for a waiver is not authorized. When a waiver is granted, any amount collected after the receipt of the waiver request is refunded to the annuitant.

SURVIVOR BENEFIT PLAN - ANNUITY OVERPAYMENTS

4701 - CAUSES OF OVERPAYMENTS

| | |
|---|---|
| 470101.E | 10 U.S.C. 1450(1)(3) |

4702 - LIABILITY

| | |
|---|---|
| | 10 U.S.C. 1450(1)(3) |

4704 - WAIVER OF INDEBTEDNESS

| | |
|---|---|
| 470401 | 10 U.S.C. 1453 |
| 470402 | 10 U.S.C. 1453 |
| | 54 Comp Gen 249 |
| | 55 Comp Gen 1238 |
| | MS Comp Gen B-184532, September 16, 1975 |
| | MS Comp Gen B-185545, March 18, 1976 |
| | 55 Comp Gen 1238 |
| | MS Comp Gen B-183863, July 18, 1976 |
| | MS Comp Gen B-185466, August 19, 1976 |

**SUMMARY OF MAJOR CHANGES TO
DOD 7000.14-R, VOLUME 7B, CHAPTER 48
"SURVIVOR BENEFIT PLAN (SBP) - ANNUITY TERMINATIONS, REINSTATEMENTS AND SUSPENSIONS"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 480102.C.3 | Interim change R11-03 provides administrative revisions changing the DFAS Denver Center to the DFAS Cleveland Site. | August 28, 2003 |

## ★TABLE OF CONTENTS

## SURVIVOR BENEFIT PLAN (SBP) - ANNUITY TERMINATIONS, REINSTATEMENTS AND SUSPENSIONS

4801 Terminations

480101 Time of Termination
480102 Reasons for Termination
480103 Due and Unpaid Annuity

4802 Reinstatement of Annuity

480201 Remarriage Terminated by Death of Spouse
480202 Remarriage Terminated by Divorce or Annulment
480203 Loss of DIC Entitlement Because of Remarriage After Age 60
480204 Reinstatement of Annuity to Incapacitated Annuitant
480205 Child Resumes School Attendance
480206 Child's Marriage Terminated by Annulment

4803 Suspension

480301 Reasons for Suspension

# CHAPTER 48

## SURVIVOR BENEFIT PLAN (SBP) - ANNUITY TERMINATIONS, REINSTATEMENTS AND SUSPENSIONS

4801 TERMINATIONS

480101. Time of Termination. Entitlement to an SBP or Supplemental Survivor Benefit Plan (SSBP) annuity terminates effective as of the first day of the month in which eligibility is lost. If a determination is made by the Secretary of the Military Department concerned that a participating member is alive after the Secretary concerned previously determined that the member was presumed dead, the annuity is terminated immediately since entitlement exists.

480102. Reasons for Termination. Terminate the SBP annuity when:

A. Dependency and Indemnity Compensation (DIC) equals or exceeds the SBP annuity. No annuity is paid to children if the member also provided coverage for children. SSBP annuity may be payable, however, to the spouse or former spouse annuitant age 62 or older.

B. Spouse or former spouse (spouse category) annuitant remarries before age 55 (age 60, if remarried before November 14, 1986), or dies. If the member also provided coverage for children, the full annuity is payable, in equal shares, to the remaining eligible dependent children effective on the first of the month in which the spouse or former spouse dies or remarries.

C. Child or children annuitants lose eligibility because of:

1. Child's attaining age 18 and not pursuing a full-time course of study;

2. Marriage or death of child annuitant;

★ 3. Recovery of an incapacitated child over age 18. An annuity may be suspended if annuitant becomes independently capable of earning amounts sufficient for his or her own particular personal needs through substantial and sustainable gainful employment. The annuitant will receive advance written notice from DFAS-Cleveland Site prior to suspensions and will be given an opportunity to submit rebutting evidence. An annuity may be reinstated. (See paragraph 480204, below.);

4. Termination of student status (child over age 18 and under age 22); or

5. Reinstatement of spouse or former spouse (spouse category) annuity following divorce or annulment. When only one child loses eligibility, the annuity is redivided among the remaining eligible dependent children in equal shares.

D. Former spouse (insurable interest category) or natural person with an insurable interest dies. The termination is final. There are no provisions for designating a contingent survivor annuitant.

E. A determination by the Secretary concerned that a participating member is alive after the Secretary concerned previously determined that the member was presumed dead.

480103. Due and Unpaid Annuity. If, on the death of the annuitant, an amount remains due to the annuitant, unpaid either because the annuity checks were not negotiated or because the payment had not been established, the account is settled in accordance with Chapter 31 of this volume. There is no designated beneficiary for settlement of arrears of annuity.

## 4802 REINSTATEMENT OF ANNUITY

480201. Remarriage Terminated by Death of Spouse. Reinstate the annuity effective the first day of the month in which the death occurs. If annuity entitlement from the terminated marriage exists, the spouse or former spouse (spouse category) may not receive both annuities but must elect the one desired. If the spouse or former spouse elects to receive the annuity which had been terminated, update the annuity by any cost-of-living increases which occurred after termination.

480202. Remarriage Terminated by Divorce or Annulment. Reinstate the SBP annuity effective the first day of the month in which the marriage terminates by divorce or annulment. Legal review is appropriate if discrepant information or annotations result in doubt or if divorce or annulment was granted by a court in a foreign country.

480203. Loss of DIC Entitlement Because of Remarriage After Age 60. The annuity is reinstated effective as of the date of the loss of the DIC entitlement, adjusted to reflect all cost-of-living adjustments. See subparagraph 460202.D of this volume.

480204. Reinstatement of Annuity to Incapacitated Annuitant. An annuity to an incapacitated child over 18 years of age may be reinstated upon the recurrence of the original disability rendering the annuitant incapable of self-support, or if the annuitant furnishes evidence that, although engaged in substantial and sustainable gainful employment, wages are not sufficient to cover his or her particular personal needs.

480205. Child Resumes School Attendance. The child's eligibility for an annuity which is terminated for school nonattendance is reinstated effective the first day of the month that the child resumes school attendance.



Decl. Attach. p. 000104

480206. Child's Marriage Terminated by Annulment. An annulment of a child's marriage which renders the marriage void or invalid, or by a judicial decree by a court of competent jurisdiction declaring the marriage void, would serve as a basis for reinstating a child's eligibility for annuity prospectively from the date of the judicial decree. The termination of a child's marriage by death or divorce does not serve as a basis for reinstatement of annuity eligibility.

4803 SUSPENSION

480301. Reasons for Suspension

A. Non-receipt of yearly certificate of eligibility or monthly report of existence (see Chapter 50 of this volume);

B. Non-receipt of verification of school attendance;

C. Recoupment of the cost of coverage; or

D. Adjustment of the annuity due to administrative error.

SURVIVOR BENEFIT PLAN - ANNUITY TERMINATIONS, REINSTATEMENTS, AND SUSPENSIONS

4801 - TERMINATIONS

| | |
|---|---|
| 480101 | 10 U.S.C. 1457(e) |
| 480102.B | 55 Comp Gen 1409<br>Public Law 99-145, November 8, 1985<br>Public Law 99-661, section 643, November 14, 1986 |
| 480102.C.1 & 2 | 10 U.S.C. 1447(5) |
| 480102.C.3 | 62 Comp Gen 193 |
| 480102.C.4 | 10 U.S.C. 1447(5) |
| 480102.C.5 | DoDD 1332.27, paragraph 301a(2), January 4,1974<br>10 U.S.C. 1450(b) |
| 480102.D | 52 Comp Gen 973 |
| 480102.E | 10 U.S.C. 1450(1)(3) |

4802 - REINSTATEMENT OF ANNUITY

| | |
|---|---|
| 480201 thru 480203 | 10 U.S.C. 1450(b) |
| 480204 | 62 Comp Gen 302 |
| 480205 | MS Comp Gen B-221945, August 4, 1986 |
| 480206 | MS Comp Gen B-221945, August 4, 1986 |

**SUMMARY OF MAJOR CHANGES TO**
**DOD 7000.14-R, VOLUME 7B, CHAPTER 49**
**"SURVIVOR BENEFIT PLAN (SBP) - COST-OF-LIVING ADJUSTMENT"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| Table 49-1 | Interim change R03-05 updates Table 49-1 to reflect the December 1, 2004 cost-of-living adjustment. | December 1, 2004 |
| Table 49-1 | Interim change R02-06 updates Table 49-1 to reflect the December 1, 2005 cost-of-living adjustment. | December 1, 2005 |

## TABLE OF CONTENTS

### SURVIVOR BENEFIT PLAN (SBP) - COST-OF-LIVING ADJUSTMENT

4901 Base Amount

4902 Threshold and Premiums for Coverage

4903 Annuities

★Table 49-1 Survivor Benefit Plan Threshold Amount

# CHAPTER 49

## SURVIVOR BENEFIT PLAN (SBP) - COST-OF-LIVING ADJUSTMENT

### 4901 BASE AMOUNTS

All SBP base amounts are increased by cost-of-living adjustments. The adjustment to the base amount is made at the same time and by the same total percentage that retired or retainer pay is increased. If a member before retirement elects a base amount that is less than full gross pay, the elected base amount is established as the initial base amount regardless of the cost-of-living adjustment that apply to the initial computation of retired pay, excluding Reserve Component Survivor Benefit Plan elections effective July 1, 1986.

### 4902 THRESHOLD AND PREMIUMS FOR COVERAGE

490201. Before March 1, 1986, initial SBP cost was computed on a standard formula of 2.5 percent of the first $300 of the base amount and 10 percent of the base amount in excess of $300. When retired pay increased by a cost-of-living adjustment under Title10, United States Code (U.S.C.), section 1401a (reference (c)), the SBP premium was recomputed under the standard cost formula. Effective December 1, 1980, and beginning with the March 1981 cost-of-living adjustment, the percentage increase applies directly to the premium.

490202. Beginning March 1, 1986, members who elect SBP and have retired pay computed on active duty basic pay rates in effect October 1, 1985, or later, will have initial SBP premium computed using the standard formula described in paragraph 490201, above, except that the $300 threshold amount is indexed by active duty basic pay rates effective October 1, 1985, or later. For example: A member retires on May 1, 1986. Active duty basic pay rates increased by 3 percent effective October 1, 1985. The initial SBP premium is computed on 2.5 percent of the first $309 ($300 threshold x 1.03 increase October 1985), plus 10 percent of the base amount in excess of $309. If the member's initial computation of retired pay includes a cost-of-living adjustment effective October 1, 1985, or later, the threshold amount will be adjusted by the same cost-of-living adjustment percentage. After retirement, cost increases on cost-of-living adjustments as in paragraph 490201, above. See Table 49-1 for SBP threshold amounts.

490203. On March 1, 1990, the formula for spouse and former spouse coverage changed to a flat-rate reduction of 6.5 percent of the base amount. An individual who entered a Uniformed Service before March 1, 1990, or a member who is entitled to retired pay under 10 U.S.C., chapter 61 (disability) or chapter 1223 (non-Regular service retirement) (reference (c)) is entitled to use whichever formula is more favorable to the member.

490204. The Supplemental Survivor Benefit Plan (SSBP) premium is a percentage of the base amount. SSBP premiums increase in the same manner as SBP premiums. The member elects SSBP coverage in increments of 5, 10, 15, or 20 percent, and the SSBP premium is computed by multiplying the SSBP premium factor (factor rates are for each 5 percent of SSBP coverage) based on member's age at election by 1, 2, 3, or 4, respectively. The SSBP premium rates are shown in Table 45–5.

490205. Members who elect spouse or former spouse coverage, or who increase the base amount of spouse or former spouse coverage during the open enrollment period April 1, 1992, through March 31, 1993, are subject to a premium addition as shown on Table 45-6. The additional premium is based on the number of years the member had been retired. The premium addition does not apply to any member making an open season election who currently is paying Retired Serviceman's Family Protection Plan premiums for spouse coverage or who is electing SBP coverage for spouse and previously participated in SBP but later withdrew from participation under the provision for totally disabled members.

## 4903 ANNUITIES

490301. Normally, SBP and SSBP annuities increase under 10 U.S.C. 1401a (reference (c)) at the same time and by the same percentage that retired pay increases by cost-of-living adjustment. EXCEPTION: When the payment of increased retired pay due to a cost-of-living adjustment is delayed by law, the increased annuity due to a cost-of-living adjustment is not delayed.

A. The cost-of-living adjustment applies to the monthly gross annuity amount (before any reductions such as Dependency and Indemnity Compensation).

B. Annuities that initially were effective on the same day as the cost-of-living adjustment before December 1, 1980, were not entitled to the adjustment as the law required that an annuity be payable on the day before the effective date of the adjustment. Effective December 1, 1980, annuities were recomputed to include the previously denied cost-of-living adjustment; however, no retroactive payment was made for the period before December 1, 1980.

C. In April 1983, costs that normally would have increased by the full cost-of-living adjustment were increased by 3.3 percent (one-half of an assumed cost-of-living adjustment) for members under age 62 effective March 1, 1983. Costs increased by 3.9 percent for members age 62 or older on March 1, 1983, or any age if retired for disability. All base amounts for computing SBP annuity increased by 3.9 percent. See paragraph 080454 of this volume.

490302. See paragraph 510202 of this volume regarding cost-of-living adjustments for Minimum Income Widow annuities.

| SURVIVOR BENEFIT PLAN THRESHOLD AMOUNT | | | |
|---|---|---|---|
| | A | B | C |
| RULE | If retired pay is based on active duty rates effective | and increased by cost-of-living adjustment (see note) | then the SBP threshold is |
| 1 | before October 1, 1985 | | $300.00 |
| 2 | October 1, 1985 3 % | | 309.00 |
| 3 | | December 1, 1986:<br>Pre-August 1986 Member 1.3%<br>Post-August 1983 Member 0% | <br>313.02<br>309.00 |
| 4 | January 1, 1987 3% | | 318.00 |
| 5 | | December 1, 1987:<br>Pre-August 1986 Member 3.7%<br>Post-August 1986 Member:<br>if retired January to March 1987 3.7%<br>if retired April to June 1987 2.5%<br>if retired July to September 1987 1.2%<br>if retired October to December 1987 0% | <br>329.77<br><br>329.77<br>325.95<br>321.82<br>318.00 |
| 6 | January 1, 1988 2% | | 324.00 |
| 7 | | December 1, 1988:<br>Pre-August 1986 Member 3.2%<br>Post-August 1986 Member:<br>if retired January to March 1988 2.3%<br>if retired April to June 1988 2.1%<br>if retired July to September 1988 1.1%<br>if retired October to December 1988 0% | <br>334.37<br><br>331.78<br>330.80<br>327.56<br>324.00 |
| 8 | January 1, 1989 4.1% | | 337.00 |
| 9 | | December 1, 1989:<br>Pre-August 1986 Member 3.6%<br>Post-August 1986 Member:<br>if retired January to March 1989 2.9%<br>if retired April to June 1989 2.1%<br>if retired July to September 1989 .5<br>if retired October to December 1989 0% | <br>349.13<br><br>346.77<br>344.08<br>338.69<br>337.00 |
| 10 | January 1, 1990 3.6% | | 349.00 |
| 11 | | December 1, 1990:<br>Pre-August 1986 Member 4.4%<br>Post-August 1986 Member:<br>if retired January to March 1990 3.7%<br>if retired April to June 1990 2.2%<br>if retired July to September 1990 1.5%<br>if retired October to December 1990 0% | <br>364.36<br><br>361.91<br>356.68<br>354.24<br>349.00 |

**Table 49-1. Survivor Benefit Plan Threshold Amount**

**SURVIVOR BENEFIT PLAN THRESHOLD AMOUNT**

| RULE | A | B | | C |
|---|---|---|---|---|
| | **If retired pay is based on active duty rates effective** | **and increased by cost-of-living adjustment (see note)** | | **then the SBP threshold is** |
| **12** | January 1, 1991 4.1% | | | 363.00 |
| **13** | | December 1, 1991: | | |
| | | Pre-August 1986 Member | 2.0% | 370.26 |
| | | Post-August 1986 Member: | | |
| | | If retired January to March 1991 | 1.2% | 367.36 |
| | | If retired April to June 1991 | 0.9% | 366.27 |
| | | If retired July to September 1991 | 0.5% | 364.82 |
| | | If retired October to December 1991 | 0% | 363.00 |
| **14** | January 1, 1992 4.2% | | | 378.00 |
| **15** | | December 1, 1992: | | |
| | | Pre-August 1986 Member | 3.2% | 334.37 |
| | | Post-August 1986 Member: | | |
| | | If retired January to March 1992 | 2.3% | 331.78 |
| | | If retired April to June 1992 | 2.1% | 330.80 |
| | | If retired July to September 1992 | 1.1% | 327.56 |
| | | If retired October to December 1992 | 0% | 324.00 |
| **16** | January 1, 1993 3.7% | | | 392.00 |
| **17** | | December 1, 1993: | | |
| | | Pre-August 1986 Member | 1.9% | 399.45 |
| | | Post-August 1986 Member: | | |
| | | If retired January to March 1993 | 1.2% | 396.70 |
| | | If retired April to June 1993 | 0.7% | 394.74 |
| | | If retired July to September 1993 | 0.2% | 392.78 |
| | | If retired October to December 1993 | 0% | 392.00 |
| **18** | January 1, 1994 2.2% | | | 401.00 |
| **19** | | December 1, 1994: | | |
| | | Pre-August 1986 Member | 2.2% | 409.82 |
| | | Post-August 1986 Member: | | |
| | | If retired January to March 1994 | 1.4% | 406.61 |
| | | If retired April to June 1994 | 1.2% | 405.81 |
| | | If retired July to September 1994 | 0.7 | 403.81 |
| | | If retired October to December 1994 | 0% | 401.00 |
| **20** | January 1, 1995 2.6% | | | 411.00 |
| **21** | | December 1, 1995: | | |
| | | Pre-August 1986 Member | 2.0% | 419.22 |
| | | Post-August 1986 Member: | | |
| | | If retired January to March 1995 | 1.3% | 416.34 |
| | | If retired April to June 1995 | 0.8% | 414.29 |
| | | If retired July to September 1995 | 0.2 | 411.82 |
| | | If retired October to December 1995 | 0% | 411.00 |

**Table 49-1. Survivor Benefit Plan Threshold Amount (Continued)**

**SURVIVOR BENEFIT PLAN THRESHOLD AMOUNT**

| RULE | A | B | | C |
|---|---|---|---|---|
| | **If retired pay is based on active duty rates effective** | **and increased by cost-of-living adjustment (see note)** | | **then the SBP threshold is** |
| **22** | January 1, 1996 2.4% | | | 421.00 |
| **23** | | December 1, 1996: | | |
| | | Pre-September 8, 1980 Member | 2.5% | 431.53 |
| | | Pre-August 1986 Member: | | |
| | | Retired January to March 1996 | 2.5% | 431.53 |
| | | Retired April to June 1996 | 1.5% | 427.32 |
| | | Retired July to September 1996 | 0.5% | 423.11 |
| | | Retired October to December 1996 | 0% | 421.00 |
| | | Post-August 1986 Member: | | |
| | | Retired January to March 1996 | 1.7% | 428.16 |
| | | Retired April to June 1996 | 1.0% | 425.21 |
| | | Retired July to September 1996 | 0.2% | 421.84 |
| | | Retired October to December 1996 | 0% | 421.00 |
| **24** | January 1, 1997 3.0% | | | 434.00 |
| **25** | | December 1, 1997: | | |
| | | Pre-September 8, 1980 Member | 1.3% | 439.64 |
| | | Pre-August 1986 Member: | | |
| | | Retired January to March 1997 | 1.3% | 439.64 |
| | | Retired April to June 1997 | 0.8% | 437.47 |
| | | Retired July to September 1997 | 0.4% | 435.74 |
| | | Retired October to December 1997 | 0% | 434.00 |
| | | Post-August 1986 Member: | | |
| | | Retired January to March 1997 | 0.6% | 436.00 |
| | | Retired April to June 1997 | 0.3% | 435.30 |
| | | Retired July to September 1997 | 0.1% | 434.43 |
| | | Retired October to December 1997 | 0% | 434.00 |
| **26** | January 1, 1998 2.8% | | | 446.00 |
| **27** | | December 1, 1998: | | |
| | | Pre-September 8, 1980 Member | 1.0% | 450.46 |
| | | Pre-August 1986 Member: | | |
| | | Retired January to March 1998 | 1.0% | 450.46 |
| | | Retired April to June 1998 | 0.9% | 450.01 |
| | | Retired July to September 1998 | 0.4% | 447.78 |
| | | Retired October to December 1998 | 0% | 446.00 |
| | | Post-August 1986 Member: | | |
| | | Retired January to March 1998 | 0.3% | 447.34 |
| | | Retired April to June 1998 | 0.4% | 447.78 |
| | | Retired July to September 1998 | 0.1% | 446.45 |
| | | Retired October to December 1998 | 0% | 446.00 |

**Table 49-1. Survivor Benefit Plan Threshold Amount (Continued)**

**SURVIVOR BENEFIT PLAN THRESHOLD AMOUNT**

| RULE | A | B | | C |
|---|---|---|---|---|
| | **If retired pay is based on active duty rates effective** | **and increased by cost-of-living adjustment (see note)** | | **then the SBP threshold is** |
| **28** | January 1, 1999 2.4% | | | 462.00 |
| **29** | | December 1, 1999: | | |
| | | Pre-September 8, 1980 Member | 2.0% | 471.24 |
| | | Post September 7 1980 Member: | | |
| | | Retired January to March 1999 | 2.0% | 471.24 |
| | | Retired April to June 1999 | 1.7% | 469.85 |
| | | Retired July to September 1999 | 0.7% | 465.23 |
| | | Retired October to December 1999 | 0% | 462.00 |
| **30** | January 1, 2000 4.8% | | | 484.00 |
| | *July 1, 2000 1.4% | | | 491.00 |
| **31** | | December 1, 2000: | | |
| | *Sec 601(c) of Public Law 106-65, October 6, 1999 | Pre-September 8, 1980 Member: | | |
| | | (January 2000) | 2.8% | 497.55 |
| | | (July 2000) | 0.7% | 494.44 |
| | | Pre-August 1986 Member: | | |
| | | Retired January to March 2000 | 2.8% | 497.55 |
| | | Retired April to June 2000 | 1.8% | 492.71 |
| | | Retired July to September 2000 | 0.7 | 494.44 |
| | | Retired October to December 2000 | 0 | 491.00 |
| **32** | January 1, 2001 3.7% | | | 509.00 |
| | *July 1, 2001 0.7% | | | 512.00 |
| **33** | | December 1, 2001: | | |
| | *Sec 602(a) of Public Law 106-398, October 30, 2000 | Pre-September 8, 1980 Member: | | |
| | | (January 2001) | 2.0% | 519.18 |
| | | (July 2001) | 0.7 | 512.00 |
| | | Post-September 7, 1980 Member: | | |
| | | Retired January to March 2001 | 2.0% | 519.18 |
| | | Retired April to June 2001 | 1.1% | 514.60 |
| | | Retired July to September 2001 | 0.7 | 512.00 |
| | | Retired October to December 2001 | 0 | 512.00 |
| **34** | January 1, 2002 1.4% | | | 547.00 |
| | | December 1, 2002: | | |
| | | Pre-September 8, 1980 Member | | |
| | | (January 2002) | | 554.66 |
| | | Post-September 7, 1980 Members | | |
| | | Retired January to March 2002 | 1.4% | 554.66 |
| | | Retired April to June 2002 | 1.4% | 554.66 |
| | | Retired July to September 2002 | 0.5% | 549.74 |
| | | Retired October to December 2002 | 0 | 547.00 |

**Table 49-1. Survivor Benefit Plan Threshold Amount (Continued)**

**SURVIVOR BENEFIT PLAN THRESHOLD AMOUNT**

| RULE | A<br>If retired pay is based on active duty rates effective | | B<br>and increased by cost-of-living adjustment (see note) | | C<br>then the SBP threshold is |
|---|---|---|---|---|---|
| 35 | January 1, 2003 | 2.1% | | | 572.00 |
| | | | December 1, 2003: | | |
| | | | Pre-September 8, 1980 Member (January 2003) – 1.7% | | 581.72 |
| | | | Post-September 7, 1980 Members: | | |
| | | | Retired January to March 2004 | 1.7% | 581.72 |
| | | | Retired April to June 2004 | 1.8% | 576.00 |
| | | | Retired July to September 2004 | 0.3% | 574.29 |
| | | | Retired October to December 2004 | 0% | 572.00 |
| ★36 | January 1, 2004 | 2.7% | | | 595.00 |
| | | | December 1, 2004 | | |
| | | | Pre-September 8, 1980 Member (January 2004) – 2.7% | | 611.07 |
| | | | Post-September 7, 1980 Members: | | |
| | | | Retired January to March 2004 | 2.7% | 611.07 |
| | | | Retired April to June 2004 | 1.8% | 605.71 |
| | | | Retired July to September 2004 | 0.3% | 596.79 |
| | | | Retired October to December 2004 | 0% | 595.000 |
| ★37 | January 1, 2005 | 4.1% | | | 616.00 |
| | | | December 1, 2005: | | |
| | | | Pre-September 8, 1980 Member (January 2005) – 2.7% | | 634.94 |
| | | | Post-September 7, 1980 Members: | | |
| | | | Retired January to March 2005 | 3.4% | 636.94 |
| | | | Retired April to June 2005 | 2.8% | 633.25 |
| | | | Retired July to September 2005 | 1.4% | 624.62 |
| | | | Retired October to December 2005 | 0% | 616.00 |
| | | | Post-August 1, 1986 Members: | | |
| | | | Retired January to March 2004 | 3.4% | 636.94 |
| | | | Retired April to June 2004 | 2.6% | 633.25 |
| | | | Retired July to September 2004 | 1.1% | 624.62 |
| | | | Retired October to December 2004 | 0% | 616.00 |
| ★38 | January 1, 2006 | | | | 635.00 |

**★Table 49-1. Survivor Benefit Plan Threshold Amount (Continued)**

**NOTE:** * The Pre-September 8, 1980, member is a member who first entered a Uniformed Service before September 8, 1980, and that member is entitled to the retired pay base as prescribed by 10 U.S.C. 1406 using a single basic pay rate. The Pre-August 1986 member is a member who first entered a Uniformed Service on or after September 8, 1980, but before August 1, 1986, and that member is entitled to the retired pay base as prescribed by 10 U.S.C. 1407 using a high 36-month average. The Post-August 1986 member is a member who first entered a Uniformed Service on or after August 1, 1986, and that member is entitled to the retired pay base as prescribed by 10 U.S.C. 1407 using a high 36-month average.

## Table 49-1. Survivor Benefit Plan Threshold Amount (Continued)

SURVIVOR BENEFIT PLAN (SBP) - COST-OF-LIVING ADJUSTMENT

4902 - THRESHOLD AND PREMIUMS FOR COVERAGE

| | |
|---|---|
| | 10 U.S.C. 1452(a), (h) |
| | Public Law 101-189, November 29, 1989 |
| 490204 | 10 U.S.C. 1460(b), (d) |
| 490205 | Public Law 102-190, December 5, 1991 |

4903 - ANNUITIES

| | |
|---|---|
| | 10 U.S.C. 1451(g) |
| | OASD Memorandum, February 28, 1983 |
| | 10 U.S.C. 1457(d) |
| | 10 U.S.C. 1452(h) |
| 490301 | Public Law 96-402, October 9, 1980 |
| Table 49-1 | OASD/FM&P (MM&PP) Memo, January 3, 1986; December 31, 1986; February 2, 1988 & OASD/Chief Actuary Memo, June 2, 1987 |

## SUMMARY OF MAJOR CHANGES TO DOD 7000.14-R, VOLUME 7B, CHAPTER 50 "SURVIVOR BENEFIT PLAN (SBP) - CERTIFICATE OF ELIGIBILITY AND REPORT OF EXISTENCE"

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 500104, 500202 | Interim change R 02-02 authorizes the use of electronic signature for Certificate of Eligibility and Report of Existence for SBP purposes. | January 9, 2002 |
| 500102.A<br>500102.B<br>500102.C.1 | Interim change R11-03 changes the management address to the Cleveland site. | August 28, 2003 |

## TABLE OF CONTENTS

**SURVIVOR BENEFIT PLAN (SBP) - CERTIFICATE OF ELIGIBILITY AND REPORT OF EXISTENCE**

5001 ANNUAL CERTIFICATE OF ELIGIBILITY

500101 Purpose
★ 500102 Frequency of Certification
500103 Failure to Furnish Certificate
★ 500104 Method of Completing Certifications

5002 REPORT OF EXISTENCE (ROE)

500201 Purpose
★ 500202 Frequency
500203 Failure to Return Report of Existence

# CHAPTER 50

## SURVIVOR BENEFIT PLAN (SBP) - CERTIFICATE OF ELIGIBILITY AND REPORT OF EXISTENCE

5001 ANNUAL CERTIFICATE OF ELIGIBILITY

500101. Purpose. The certificate validates continued eligibility of annuitants, whether eligible spouse, former spouse (spouse category), or children. The spouse, former spouse, and child must meet eligibility requirements in section 4401 of this volume.

500102. Frequency of Certification

★ A. Annually. Each year the eligible spouse, former spouse, (spouse category), or custodian or legal fiduciary for a minor child must submit a certificate or eligibility to the DFAS Cleveland Site.

★ B. Biennially. Every 2 years, a medical certification must be submitted to the DFAS-Cleveland Site for an incapacitated child over 18 years of age, unless medical prognosis indicates the disability is permanent.

C. Other. A student between the ages of 18 and 22 must submit evidence of intent to continue study or training at a recognized educational institution. The certificate is required for the school semester or other period in which the school year is divided.

★ 1. A payment to a student continues during any interval between school years that do not exceed 150 days if the student demonstrates, to the satisfaction of the DFAS Cleveland Site, that he or she has a bona fide intention of resuming or continuing a full time course of study or training in a recognized educational institution immediately after that interval.

2. An eligible student annuitant under SBP properly enrolled in a recognized educational institution employing the usual quarter or semester system, who becomes ill or requires non-elective surgery during the school term, retains his or her student status for the rest of that term.

500103. Failure to Furnish Certificate. Annuity payments are suspended if the annuitant, custodian, or legal fiduciary fails to furnish the certificate as required. Payments are restarted only after receiving satisfactory proof of eligibility.

★ 500104. Method of Completing Certifications. The annuitant as identified above may submit the required certification in writing or by electronic signature via MyPay. A valid electronic signature must include the annuitant's social security number and personal identification number. If payments are made on behalf of the annuitant, the annuitant's name must also accompany the electronic signature. An electronic signature is not authorized for medical certifications or school intent.

5002 REPORT OF EXISTENCE (ROE)

500201. Purpose. The ROE fulfills the requirement for report of existence for:

A. An annuitant who receives payment through foreign postal channels. The ROE is not required when the payment is addressed to a United States Consulate, American Embassy, military attache, or FPO or APO address. NOTE: Do not mail checks to an annuitant living in currency-blocked countries. See Appendix A for a list of blocked countries.

B. A mentally incompetent annuitant who receives payments through a third party.

C. An annuitant whose payment is sent to a third party, other than a financial institution for negotiation under a power of attorney.

★ 500202. Frequency. An ROE is required on a semiannual basis for an annuitant that meets the criteria of subparagraph 500201, above. Receipt of the certificate within the above-prescribed time frame verifies the annuitant's existence. Under no circumstances may the ROE be signed by other than the annuitant, custodian, or legal fiduciary; however, as stated in subparagraph 500104, an electronic signature is authorized.

500203. Failure to Return Report of Existence. Annuity payments are suspended if the annuitant, custodian, or legal fiduciary fails to return the ROE as required. Payments are restarted only after receiving satisfactory proof of existence.

SURVIVOR BENEFIT PLAN - CERTIFICATE OF ELIGIBILITY AND REPORT OF EXISTENCE

5001 - ANNUAL CERTIFICATE OF ELIGIBILITY

| | |
|---|---|
| 500102.B | DoDD 1332.27, January 4, 1974, paragraph 302 |
| 500102.C | Public Law 92-425, section 1447(c), September 21, 1972 |
| 500102.C.1 | 10 U.S.C. 1447(5) |

5002 - REPORT OF EXISTENCE

| | |
|---|---|
| 500201.A | 31 CFR 211. 1, Treasury Fiscal Requirements Manual 2090.10 |
| 500202 & 500203 | 44 Comp Gen 208 |

# CHAPTER 51

## SURVIVOR BENEFIT PLAN - MINIMUM INCOME WIDOW

### 5101 ELIGIBILITY CRITERIA

510101. An annuity under the minimum income widow provision of the SBP law (see paragraph 420102 of this volume) is payable to widows receiving a Spanish-American War pension without regard to income. The annuity is payable to all other widow's who meet all of the following conditions.

A. The widow is not otherwise entitled to an annuity under other provisions of the Plan or to Dependency and Indemnity Compensation from the Department of Veterans Affairs.

B. The widow is eligible for a widow's non-service-connected death pension from the Department of Veterans Affairs under 38 U.S.C., Chapter 15, subchapter III (reference (ar)).

C. The widow has annual income from all sources (including amount of RSFPP annuity entitlement but excluding amount of VA pension), as determined by the Department of Veterans Affairs, that is less than the annual income rate in Appendix R. If the widow previously was denied an annuity because of income in excess of income limitations, entitlement may exist upon notice from the widow or from the Department of Veterans Affairs that her current yearly income, as determined by the Department of Veterans Affairs, is less than the income limitation. The annuitant is not entitled to a monetary adjustment for periods before October 1, 1976.

D. The widow is a person who, on September 21, 1972, was--or during the period beginning on September 22, 1972, and ending on March 20, 1974, became--a widow of a person who was entitled to retired or retainer pay when he died. Remarriage by the widow bars entitlement to an annuity under this provision of law unless the remarriage is terminated by an annulment. If there are questions as to whether an annuity should be reinstated after an annulment, refer the matter to the appropriate legal office.

NOTE: DD Form 1885 (Survivor Benefit Plan-Minimum Income Claim) and DD Form 1895 (Request for Veterans Administration Pension and Annual Income Information) have been approved for use in administering the minimum income widow annuity under Public Law 92-425 (reference (ew)) and 38 U.S.C. 1503 (reference (ar)).

### 5102 AMOUNT OF ANNUITY

The maximum annuity payable is shown in Appendix R. The Department of Veterans Affairs determines the yearly entitlement and advises the DFAS. This amount is prorated by the DFAS-Denver Center and is paid on a monthly basis.

510201. The annuity of a widow receiving a Spanish-American War pension is reduced by the amount of any RSFPP which may be payable.

510202. The amount of the annuity is neither rounded nor increased to reflect retired pay cost-of-living adjustments. However, the annual income rates (Appendix R) shall be increased by the same amount and shall have the same effective date whenever there is an increase in the limitation on annual income for the purposes of eligibility for pension benefits under 38 U.S.C. 1541(b) (reference (ar)).

510203. There is no social security offset against the annuity.

510204. The annuity is subject to federal income tax.

510205. The annuity is neither assignable nor subject to execution, levy, attachment, or garnishment (except for alimony or child support).

5103 EFFECTIVE DATE OF ENTITLEMENT

The effective date of entitlement is the date that the SBP law was enacted (September 21, 1972) or the date on which the requirements of law are met, whichever is later, subject to the 6-year statute of limitations.

5104 ANNUITANT - MENTALLY OR PHYSICALLY INCAPACITATED

510401. If, for any reason, a minimum income widow is mentally or physically incapable of applying for or negotiating the payment of the annuity, a court-appointed guardian may act on her behalf. If no guardian has been or will be appointed, the person having care, custody, and control of the incapacitated annuitant is authorized to act on her behalf.

510402. A report of existence is required when the annuitant receives payments through foreign postal channels or through a third party if the annuitant is incapacitated. See paragraph 500201 of this volume.

510403. The yearly certificate of continued eligibility is not required.

5105 CHANGES AND TERMINATION

Changes in the amount of the annuity payable or termination of the annuity must be in accordance with the effective date of change or termination as shown by the Department of Veterans Affairs. If termination is due to death of the annuitant, entitlement ceases as of the first day of the month in which death occurs. Any amounts which are due and payable at the time of annuitant’s death may, on receipt of a properly executed and documented claim, be paid to the widow’s estate.

5106 REOPENED CLAIM

The DFAS-Denver Center will reestablish an annuity that has been temporarily suspended because of the widow's excessive income or net worth as of the first day of the month in which the widow meets the income level for an annuity as determined by the Department of Veterans Affairs. Notification of any change in income is the widow's responsibility.

5107 CAUSES OF OVERPAYMENT

510701. The widow's minimum income annuity was not timely terminated when her annual income exceeded the applicable rates shown in Appendix R.

510702. Erroneous computation.

510703. Insufficient or untimely information.

5108 LIABILITY

510801. The annuitant is liable for debts caused by overpayment of the annuity. The annuity may not be used as an offset against an indebtedness incurred by the member. The debt may be liquidated by:

A. The annuitant by making direct remittance to the DFAS-Denver Center.

B. The annuitant authorizing the Department of Veterans Affairs to reduce the pension under 38 U.S.C., Chapter 15, subchapter III (reference (ar)), and remitting the amount collected to the DFAS-Denver Center.

C. The DFAS-Denver Center by reducing later annuity payments to minimum income widows.

5109 WAIVER OF INDEBTEDNESS

The request for waiver consideration is handled under the provisions of 10 U.S.C. 1453 (reference (c)). See section 4704 of this volume.

**SUMMARY OF MAJOR CHANGES TO**
**DOD 7000.14-R, VOLUME 7B, CHAPTER 52**
**"SURVIVOR BENEFIT PLAN - DEATH OF MEMBER ON ACTIVE DUTY/INACTIVE DUTY TRAINING"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 520402 | This is an administrative change that corrects the reference in paragraph 520402. | Immediately |

## TABLE OF CONTENTS

## SURVIVOR BENEFIT PLAN - DEATH OF MEMBER ON ACTIVE DUTY/INACTIVE DUTY TRAINING

5201 Authority

5202 Active Duty Deaths

- 520201 Death in Line-of-Duty
- 520202 Death is Not in Line-of-Duty

5203 Qualified Annuitants

- 520301 Former Spouse Based on the Court Order
- 520302 Current Spouse
- 520303 Children
- 520304 Insurable Interest and Others

5204 Annuity Amount

- 520401 Qualified Death in the Line-of-Duty
- 520402 Qualified Death Not in the Line-of-Duty

5205 Supplemental Survivor Benefit Plan (SBP)

5206 Line-of-Duty Determination

- 520601 Purpose
- 520602 Investigation to Determine the Cause of Death

5207 Responsibilities

- 520701 Military Services
- 520702 Defense Finance and Accounting Service (DFAS)

5208 Inactive Duty Training Death

- 520801 Authority
- 520802 Death in Line-of-Duty
- 520803 Death Not in Line-of-Duty
- 520804 Qualified Annuitants
- 520805 Annuity Amount
- 520806 Supplemental SBP (SSBP)
- 520807 Line-of-Duty Determination
- 520808 Responsibilities

# CHAPTER 52

## SURVIVOR BENEFIT PLAN - DEATH OF MEMBER ON ACTIVE DUTY/INACTIVE DUTY TRAINING

### 5201 AUTHORITY

Public Law 107-107, section 642, December 28, 2001, provided expanded and improved benefits under the Survivor Benefit Plan (SBP) program for qualified survivors of members whose death occurs in the line-of-duty while on active duty. Active duty is defined in 10 U.S.C. 101(d)(1). This includes members on active duty for annual training. Reserve members on active duty are included whether or not their orders specify a period of more than 30 days.

### 5202 ACTIVE DUTY DEATHS

SBP benefits under this section may be payable as provided in section ***4601*** of this regulation for a member who dies in the line-of-duty while on active duty. Limited benefits may be payable under this section when the death is not in the line-of-duty in the case of a member who is eligible to receive retired pay prior to the time of death. The status of such member is the same as those who met criteria for SBP annuity prior to September 10, 2001. On or after September 10, 2001, the following provisions apply.

520201. Death in Line-of-Duty**.** If the member was on active duty at the time of death and the death is in line-of-duty, then the death qualifies for SBP benefits under this section. See section 5204 for the annuity amount computation.

520202. Death is Not in Line-of-Duty**.** If the member is retirement eligible at the time of death while on active duty, then the SBP base amount is equal to the retired pay as if the member were retired for length of service under applicable law of the respective service of the deceased member. However, in the case of a death of a member who is not on active duty, or was on active duty but the death is determined to be not in the line-of-duty and the member is not eligible for retired pay, then the member's death does not qualify for SBP benefits. Also, see section 5204 on annuity amount computation.

### 5203 QUALIFIED ANNUITANTS

The annuity payment will be made based on the following priority.

520301. Former Spouse Based on the Court Order. The annuity is payable to a former spouse if the member is required by a court-order or spousal agreement or has made an election to provide such coverage. If there are multiple court-orders for former spouse elections, the court order with the earliest date will take precedence.

520302. Current Spouse. The annuity is payable to a surviving spouse unless the annuity is payable to a former spouse.

520303. Children. Children of the member when the former spouse is not eligible and either there is no surviving spouse or the surviving spouse later dies. The children are not qualified annuitants if there is a surviving spouse whose annuity is no longer payable as a result of remarriage under age 55. Also, see paragraph ***440103*** of this regulation.

520304. Insurable Interest and Others. A person with insurable interest or any other persons are not qualified to receive benefits under these provisions.

## ★5204 ANNUITY AMOUNT

The annuity is computed with a base amount equal to the amount of retired pay that would have been paid to the member had the member been retired on the date of death as follows:

520401. Qualified Death in the Line of Duty. The SBP base amount is equal to the retired pay as if the member retired with total (100 percent) disability or 75 percent of the appropriate retied pay base as prescribed in ***10 U.S.C. 1201***. However, for members who elected to receive the Career Status Bonus (see Volume 7A, section ***6601*** of this regulation) the SBP base amount will be computed using the Military Reform Act of 1986 (REDUX) method with the reduced cost-of-living-adjustment as prescribed in Title ***10 U.S.C. 1401***a(b)(3). The annuity is normally computed at 55 percent reduced to 35 percent of the SBP base amount when the annuitant is age 62 or older. For members of the Reserve Components who die while serving on active duty on or after September 11, 2001, the retired pay base will be computed Title ***10 U.S.C. 1407***(c)(3) as if the member had been entitled to basic pay for the 36 months preceding retirement or the entire period the member was a member of a uniformed service (if less than 36 months), regardless of whether the member served the entire period on active duty. No recomputed annuity benefits may be paid as a result of this computation for any period of entitlement that begins before November 1, 2004.

520402. Qualified Death Not in the Line-of-Duty. The SBP base amount will be computed as if the member retired for length of service based on the final basic pay or high-36 average applicable. However, for members who elected to receive the Career Status Bonus (see Volume 7A, section 6601 of this regulation), the SBP base will be computed using the REDUX method with the reduced cost of living adjustment as prescribed in 10 U.S.C. 1401a(b)(3). The annuity is 55 percent and reduced to 35 percent when the annuitant is age 62 or older.

## 5205 SUPPLEMENTAL SBP (SSBP)

No SSBP benefits will be paid under these provisions to a surviving spouse or the former spouse of a member who dies while serving on active duty.

5206 LINE OF DUTY DETERMINATION

520601. Purpose**.** For the purpose of determining eligibility for SBP benefits, a member's death will generally be considered to have occurred in line-of-duty unless the death:

A. Occurred while the member was not serving on active duty;

B. Was the result of the member's own intentional misconduct or willful negligence; or

C. Occurred during a period of unauthorized absence.

520602. Investigation to Determine the Cause of Death**.** The military services will conduct an investigation and make a written finding as to whether a member's death on or after September 10, 2001, was in the line-of-duty while the member was on active duty. The written finding must describe the circumstances under which the member died, and it must also address whether the death was caused by the member's own intentional misconduct or willful negligence, or whether the death occurred during a period of unauthorized absence.

5207 RESPONSIBILITIES

520701. Military Services. The military services must review the death of each member who died on active duty to ascertain whether the death was in the line-of-duty and whether there are any qualified survivors entitled to SBP annuity. The military services will inform the Defense Finance and Accounting Service (DFAS) of their line-of-duty determinations using the ***DD Form 1300***, "Report of Casualty;" Block 10 of the ***DD Form 261***, "Report of Investigation Line of Duty and Misconduct Status;" or any other form authorized under individual Service regulations. However, all line-of-duty determinations must be supported by a written finding which describes the circumstances of death that support the line-of-duty determination.

520702. DFAS. DFAS does not require a copy of the written finding, only an official communication from the Service to indicate the Service's determination that the death is in the line-of-duty – YES or NO. Once DFAS receives the determination, DFAS will compute and pay SBP annuities to qualified survivors for qualified deaths.

5208 INACTIVE DUTY TRAINING DEATH

520801. Authority. Public Law 108-136, section 644, November 24, 2003, provides benefits under the Reserve Component Survivor Benefit Plan (RCSBP) for qualified annuitants of a Reserve Component member who dies from injuries or illness incurred or aggravated while performing inactive duty training and the death is determined to have occurred in the line-of-duty. This section applies to deaths that occur as a result of inactive duty training performed on or after September 10, 2001.

520802. Death in Line-of-Duty. On or after September 10, 2001, qualified survivors of a member who is not retirement eligible and dies from injuries or illness incurred or aggravated while performing inactive duty training and the death is determined to be in line-of-duty, may be eligible for RCSBP benefits under Title ***10 U.S.C. 1448***(f)(1)(B).

520803. Death Not in Line-of-Duty. The death of a Reserve Component member who is **NOT** retirement eligible and whose death is determined to have occurred **"not in line-of-duty",** does not qualify under this section.

520804. Qualified Annuitants. The annuity payment will be made based on the following priority.

A. Former Spouse by Court-Order. The annuity is payable to the former spouse if the member was required under a court-order or spousal agreement to provide an annuity to the former spouse upon becoming eligible to participate in the RCSBP or if the member has made an election to provide an annuity to the former spouse.

B. Current Spouse. The annuity is payable to the current surviving spouse unless the annuity is payable to the former spouse.

C. Children. Children of the member when the former spouse is not eligible and either there is no surviving spouse or the surviving spouse later dies. The children are not qualified annuitants if a surviving spouse loses entitlement to the annuity for a reason other than death. See paragraph ***440103*** of this regulation.

520805. Annuity Amount. The annuity payable for a death that occurred while performing inactive-duty training under this section is computed pursuant to ***10 U.S.C. 1451***(c) (see Table 46-1, Rule 10).

520806. Supplemental SBP (SSBP). No SSBP benefit is payable under this section to a surviving spouse or the former spouse of a member who dies while performing inactive-duty training.

520807. Line-of-Duty Determination. For the purpose of determining eligibility for SBP benefits under this section, a service member's death will be generally considered to be in line of duty unless:

A. The death occurred while the member was not serving on inactive duty training,

B. The death was the result of the member's own intentional misconduct or willful negligence, or

C. The death occurred from injuries or illness incurred or aggravated during a period of unauthorized absence.

520808. Responsibilities. The Military Services will make determination and a written finding as to whether a member's death occurred in the line-of-duty from injuries or illness incurred or aggravated while performing inactive-duty training on or after September 10, 2001. A written finding must describe the circumstances under which the member died, and it must also address whether the death was caused by the member's own intentional misconduct or willful negligence. Once DFAS receives the determination, DFAS will compute and pay the annuity to qualified survivors.

SURVIVOR BENEFIT PLAN - DEATH OF MEMBER ON ACTIVE DUTY/INACTIVE DUTY TRAINING

5201 - AUTHORITY

| | |
|---|---|
| | ASD (FMP)(MPP) Memo, May 1, 2002 |
| 520401 | Public Law 108-375, section 641, October 28, 2004<br>DUSD Memo, December 23, 2004 |

5208 - INACTIVE DUTY TRAINING DEATH

| | |
|---|---|
| | Public Law 108- 136, section 644, November 24, 2003<br>DUSD (P&R) Memo, April 27, 2004 |

**SUMMARY OF MAJOR CHANGES TO**
**DOD 7000.14-R, VOLUME 7B, CHAPTER 53**
**"SURVIVOR BENEFIT PLAN - TAXABILITY OF ANNUITIES"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision.**

| PARA | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 530201<br>530202<br>530301<br>530302 | Interim change R11-03 changes the management address to the Cleveland Site. | August 28, 2003 |

# TABLE OF CONTENTS

## SURVIVOR BENEFIT PLAN (SBP—TAXABILITY OF ANNUITIES

5301 FEDERAL INCOME TAX

★ 530101 Taxability of SBP Annuity Payments
★ 530102 Taxability of SBP Cost Refunds

5302 FEDERAL INCOME TAX WITHHOLDING (FITW)

530201 Monthly or Periodic Payments
530202 Notice Requirements
530203 Lump-sum (One-time) or Nonperiodic Distribution Payments

5303 INCOME EXCLUSION

530301 Consideration for Contract
★ 530302 Disabled Member's Death Before Normal Retirement Age
530303. Direct Cost Payments

5304 ADJUSTMENT TO TAXABLE ANNUITY

5305 AMOUNT OF ANNUITY SUBJECT TO FEDERAL ESTATE TAX

5306 STATE TAXATION

5307 FURTHER TAX INFORMATION

# CHAPTER 53

## SURVIVOR BENEFIT PLAN (SBP) – TAXABILITY OF ANNUITIES

### 5301 FEDERAL INCOME TAX

530101. Taxability of SBP Annuity Payments. SBP annuity payments are taxable for federal income tax purposes. See table 53-1 for exceptions. See paragraph 530203 for when SBP annuity payments are treated as "designated distributions" for tax withholding guidance purposes.

530102. Taxability of SBP Cost Refunds. A refund of SBP costs (i.e., SBP premiums, per subparagraph 530203.A) resulting from an administrative error, correction of records, or awarding of Dependency and Indemnity Compensation may or may not be taxable income to the member or the annuitant. The taxability of a SBP cost refund depends on the source from which it is made (also see Table 53-2):

A. It constitutes taxable gross income to the retired member or the annuitant when it is made from the premium deductions made from the retired member's taxable retired pay to pay for the cost of SBP coverage (defined in paragraph 420207).

B. It does not constitute taxable gross income to the retired member or the annuitant when it is made from the retired member's direct remittance payments (by check) to pay for the cost of SBP coverage.

C. It does not constitute taxable gross income to the retired member or the annuitant when it is made from the retired member's Department of Veterans Affairs (VA) disability compensation or by deduction from nontaxable military disability retired pay.

### 5302 FEDERAL INCOME TAX WITHHOLDING (FITW)

530201. Monthly or Periodic Payments. Monthly or periodic SBP annuity payments are treated as wages for federal income tax withholding (FITW) purposes. An annuitant, however, may elect no withholding of federal income tax. In the absence of an annuitant election, or if the annuitant does not otherwise submit a withholding certificate, the DFAS-Cleveland Site will withhold on the basis of "married, three exemptions." The annuitant may use TD Form W-4P or any substitute form furnished by the payer.

530202. Notice Requirements. The DFAS-Cleveland Site must advise the annuitant of the withholding requirement, and the right to elect that no tax be withheld, when making the first monthly or periodic payment to the annuitant. Thereafter, the DFAS-Cleveland Site must provide annual notice to the annuitant of the right to elect no withholding, revoke an election or submit a new withholding certificate. An annuitant also may submit a withholding certificate at any time to elect no withholding, revoke an election, or request any rate of withholding.

530203. Lump-sum (One-time) or Nonperiodic Distribution Payments

A. SBP Cost Refunds. An SBP cost refund is a refund of premiums, rather than a distribution of benefits. As a nonperiodic distribution, an SBP cost refund is subject to FITW at the rate of 10 percent. The annuitant, however, may elect no withholding of federal income tax. The annuitant has the right to make a FITW election for this refund separately from any election already in operation for all other SBP annuity payments.

B. Other. Lump-sum SBP annuity payments, other than the monthly or cost refund payments discussed above, are nonperiodic distributions to the annuitant and subject to mandatory FITW at the rate of 20 percent. An annuitant may not elect no withholding of federal income tax. EXCEPTION: If the lump sum payment of an SBP annuity is the result of administrative error or delay in the starting of an annuity, then the lump sum payment need not be treated as a payment subject to 20 percent FITW. Treat the payment as a periodic (or monthly) payment for tax withholding purposes (see paragraph 530201, above).

## 5303 INCOME EXCLUSION

★ 530301. Consideration for Contract. The SBP annuitant is entitled to an income exclusion when, upon death of the participant member, the "consideration for contract" has been excluded in whole from the member's gross income. After December 31, 1965, the member's survivor who is receiving the annuity may exclude from gross income such annuity payments received until the total exclusion equals the portion of the "consideration of contract" not previously excluded from the member's taxable income. The DFAS-Cleveland Site will accomplish the applicable direct reduction in taxable income for the annuitant and report the residual amount as taxable income on the annuitant's Form 1099-R. (Distributions From Pensions, Annuities, Retirement or Profit Sharing Plans, IRAs, Insurance Contracts, etc).

Example: When a member died on January 1, 1995, $1000 of the total "consideration for contract" had not yet been excluded from the member's non-disability retired pay. For 1995, the DFAS would have reported the taxable annuity less $1000, and this reported residual amount would have been used by the surviving spouse in his or her income tax computation for the calendar year.

★ 530302. Disabled Member's Death Before Normal Retirement Age. In addition to the income exclusion allowed for "consideration for contract," the survivor of a member who retired because of a physical disability resulting from military service and died after September 20, 1972, but before August 21, 1996, before reaching normal "retirement age," may exclude an aggregate of $5,000 from taxable income on income tax returns. The survivor includes amounts in excess of $5,000 in gross income. The DFAS-Cleveland Site should, upon request, provide the effective date of premiums, the total premiums paid (showing separate totals for deductions and direct remittances), the effective date, and amount of annuity.

530303. Direct Cost Payments. The tax-free benefit on SBP premiums is not available to members who waived military retired pay to receive disability compensation from the VA (see paragraph 450602 of this volume). Instead, upon the member's death, the annuity paid to the member's survivor will be exempt from federal income tax until the amount excluded equals the total of the member's direct cost payments.

5304 ADJUSTMENT TO TAXABLE ANNUITY

Reserved.

5305 AMOUNT OF ANNUITY SUBJECT TO FEDERAL ESTATE TAX

The value of the annuity at the time of the member's death may be subject to federal estate tax if any portion of the cost was paid by direct remittance, or if the value of the annuity exceeds the amount that may be excluded from the gross estate. DFAS may furnish the annuitant the current annuity amount and/or a summary of annual payments, and total cost paid (separate totals for deductions and direct remittances). For a computation of the amount of an annuity that will be subject to the tax, if any, the executor of the member's estate may write to:

Internal Revenue Service
Chief, General Actuarial Branch (OP:E:EP:A1)
Room 2550
1111 Constitution Avenue, NW
Washington, DC 20224

Telephone (202) 622-7789

5306 STATE TAXATION

The Form 1099-R information is furnished to the appropriate state tax authority regardless of whether SBP annuities are subject to state inheritance or income tax. The method of calculating such tax depend upon the laws of the state concerned.

5307 FURTHER TAX INFORMATION

Survivors should be advised that they may obtain further information concerning taxation of SBP annuities from the cognizant District Director of Internal Revenue or the cognizant state tax authority.

| TAXABILITY OF SURVIVOR BENEFIT PLAN/RETIRED SERVICEMAN'S FAMILY PROTECTION PLAN - NONRESIDENT ANNUITANTS RESIDING OUTSIDE THE UNITED STATES | | | | |
|---|---|---|---|---|
| R U L E | A | B | C | D |
| | **If the SBP annuitant resides in the country of** | **and** | **then the SBP annuity is** | **at the rate of** |
| 1 | Australia, Belgium, Cyprus, Egypt, Finland, France, Germany, Iceland, Kazakhstan, Korea, Morocco, Netherlands, New Zealand, Norway, Pakistan, Romania, Sweden, Russia, Trinidad and Tobago, and United Kingdom | is a citizen of the country in which residing | not taxable (note) | |
| 2 | China, Estonia, Hungary, India, Ireland, Italy, Latvia, Lithuania, Luxembourg, Mexico, Portugal, Spain, South Africa, Switzerland, Thailand, Turkey, and Venezuela | is a national of the country in which residing | | |
| 3 | | is not a national of the country in which residing | taxable | 30 percent. |

**Note**:
In order to claim entitlement to exemption from taxation based upon a tax convention or Treaty, a nonresident alien annuitant is required to file Treasury Form W-8BEN (Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding).

**Table 53-1. Taxability Of Survivor Benefit Plan/Retired Serviceman's Family Protection Plan - Nonresident Annuitants Residing Outside the United States**

| TAXABILITY OF SBP COSTS REFUND | | | |
|---|---|---|---|
| R U L E | A | B | C |
| | If the source of refunded cost is for | then it is taxable to the member | annuitant |
| 1 | premium deductions from taxable retired pay | yes (note 1) | yes (note 2) |
| 2 | premiums paid from VA Disability compensation or premiums deducted from non-taxable military disability retired pay | no (note 3) | no (note 4) |
| 3 | premiums paid directly by member | no (note 5) | no (note 6) |

**NOTES:**

1. Internal Revenue Code section 122 caused amounts deducted from military retired pay to fund an SBP annuity to be excluded from income. Had the deducted amount been paid directly to the member instead, it would have been fully taxable. Consequently, refunded costs that were taken from military retired pay constitute gross income to the member.
2. Under Internal Revenue Code section 691, the refund is income in respect of a decedent. The tax status of the refund is the same to the annuitant as it would have been had it been refunded to the member. Since the refund of costs deducted from military retired pay would have been gross income to the member, it is also gross income to the annuitant.
3. VA disability compensation is exempt from taxation. 38 U.S.C. § 5301. Under certain circumstances, military disability retired pay is also nontaxable. 26 U.S.C. § 104. If the deducted amount had been paid directly to the member instead, it would have been exempt from taxation. Consequently, refunded costs that were taken from VA disability compensation or nontaxable military disability retired pay are also exempt from taxation.
4. Under Internal Revenue Code section 691, the refund is income in respect of a decedent. The tax status of the refund is the same to the annuitant as it would have been had it been refunded to the member. Since the refund of costs deducted from VA disability compensation or from nontaxable military disability retired pay would have been excluded from the gross income of the member, it is excluded from the gross income of the annuitant.
5. Amounts paid directly by the member to fund the SBP annuity were subject to tax before they were paid by the member. Direct payments by the member do not result in any tax benefit to the member. Consequently, refunds of premiums that were directly paid by the member constitute a nontaxable return of capital and do not constitute gross income.
6. Since the refund would have been a return of capital in the hands of the decedent (and would not have been includible in the decedent's gross income), it is also a return of capital to the decedent's beneficiary (and is not includible in the gross income of the beneficiary of the decedent).

**Table 53-2—Taxability of SBP Cost Refunds**

SURVIVOR BENEFIT PLAN - TAXABILITY OF ANNUITIES

5301 - FEDERAL INCOME TAX

| | |
|---|---|
| | ASD Memo, December 8, 1990 |
| | 26 U.S.C. 3405 |
| 530102 | DoD/GC(Fiscal) opinion, March 7, 2000 |

5302 - FEDERAL INCOME TAX WITHHOLDING (FITW)

| | |
|---|---|
| | 26 U.S.C. 3402(o)(3) |
| 530201 | 26 U.S.C. 3405(a) (1), (2) |
| 530203.A | 26 U.S.C. 3405(b) (1), (2) |
| 530203.B | 26 U.S.C. 3405(c) |
| | DFAS-DE/GM Memo, July 23, 1998 |

5303 - INCOME EXCLUSION

| | |
|---|---|
| | 26 U.S.C. 101 |
| | 26 CFR 1.122-1(d) |
| | Treasury Reg. 1-122-1(b) |
| 530302 | Public Law 104-188, section 1402(a), August 20, 1996 |
| Table 53-2 | DoD/GC(Fiscal) opinion March 7, 2000 |

DEFENSE FINANCE AND ACCOUNTING SERVICE
ARLINGTON
1851 SOUTH BELL STREET
ARLINGTON, VA 22240-5291

MAY 23 2006

DFAS-NP

MEMORANDUM FOR DIRECTOR, ACCOUNTING AND FINANCE POLICY AND ANALYSIS, OFFICE OF THE UNDER SECRETARY OF DEFENSE (COMPTROLLER)
DIRECTOR, FINANCE, DEFENSE FINANCE AND ACCOUNTING SERVICE

SUBJECT: Interim Change to the Department of Defense Financial Management Regulation ("DoDFMR"), Volume 7B, Regarding Elimination of the Supplemental Survivor Benefit Plan (SBP) and Allows the Phased Elimination of the Two-tier SBP Annuity

Attached is Interim Change R04-06 to Volume 7B, Chapters 42, 43, 45, 46, 48, 49 and 50 of the "DoDFMR." This change implements Public Law 108-375, Section 644, October 28, 2004, which eliminates the SBP and allows the phased elimination of the two-tier SBP annuity. The annuity will rise gradually in 5-percent increments from October 1, 2005, until March 31, 2008, at which time all annuities will be computed at 55 percent of the base amount selected by the member. This change also eliminates SBP premiums.

Assignment of the interim change number is authority for the Director of Finance to initiate a procedural modification to implement this change. This office requests that the Director for Accounting and Finance Policy and Analysis post a copy of this interim change to the "DoDFMR" web site.

Lydia Moschkin
Director, Policy and Performance Management

Attachment:
As stated

cc:
DFAS-AMO (Pat McGriff)
DFAS-DGM/CL
DFAS-PDO/CL (William Tyminski)
DoD-DHRA/OGC
ODUSD (MPP) (Comp)
Service Liaisons
USCG/NOAA/PHS Liaisons

## SURVIVOR BENEFIT PLAN

**1. Add Section 4603 to read:**

4603 PHASED ELIMINATION OF TWO-TIER COMPUTATION METHOD.

460301. Authority. Public Law 108-375, October 28, 2004, Section 644 provides a phased elimination of the two-tier method of computing a spouse or former spouse annuity, beginning October 1, 2005 and ending March 31, 2008. The two-tier method is eliminated by increasing the amount of the annuity four times during the elimination period as follows:

| Periods | Amount of Annuity |
|---|---|
| For months prior to October 2005 | 35 percent |
| October 2005 - March 2006 | 40 percent |
| April 2006 - March 2007 | 45 percent |
| April 2007 - March 2008 | 50 percent |
| April 2008 and after | 55 percent |

460302. Computing an Initial Annuity. Effective October 1, 2005, and ending on March 31, 2008, for a spouse or former spouse annuitant who is age 62 or older upon initial commencement of an SBP annuity, the annuity is computed by multiplying the percentage amount of annuity in effect for the month the annuity begins as described above by the base amount selected by the member. The annuity is subsequently recomputed each time the amount of the annuity percentage increases. All annuities commencing on or after April 1, 2008 are computed at 55 percent of the base amount selected by the member.

For example, if a member who elected SBP for a spouse dies on January 15, 2006, the initial SBP annuity for that spouse, who is age 62 or older, is computed using 40 percent of the base amount selected by the member. Alternatively, if the member dies on June 15, 2007, the annuity is computed using the 50 percent of the base amount selected by the member.

460303. Existing Annuity Recomputation.

A. A surviving spouse or former spouse who, on October 1, 2005, is receiving an SBP annuity will have their annuity recomputed on October 1, 2005, or when they become age 62, whichever is later, so that the annuity reflects the percentage amount described in paragraph 460301 above. This applies to both standard and Reserve Component annuities. The recomputation will occur each time the amount of the annuity percentage increases.

B. Recomputing an existing annuity requires determination of an "implied" base amount at death. The "implied" based amount is determined by dividing the annuity amount being paid on September 30, 2005 by the current percentage of the base amount being paid (either 55 or 35 percent). This implied base amount is then multiplied by the applicable

annuity percentage for the current period, as described in paragraph 460301, to determine the new annuity amount. Subsequent recomputations are made by multiplying the implied base amount at death and the annuity percentage applicable for the current period, described in paragraph 460301, and adding the applicable cost-of-living adjustments for each year to determine the new annuity amount.

460304. Special Consideration.

A. Social Security Offset Consideration. During the phased elimination of the two-tier computation method, a surviving spouse or former spouse who is entitled to have the SBP annuity computed using the Social Security offset method of computation (see 10 U.S.C. §1451(e)) receives the greater of the computation described in paragraphs 460302 or 460303 above, or the computation made using the Social Security offset method. See paragraphs 460203 through 460207. Each time the annuity percentage changes, as described in paragraph 460301 above, the two methods of computation are compared and the greater of the two computations is paid to the annuitant. The comparison in the previous sentence is made until the flat rate method results in a greater annuity. Thereafter, no further comparison is made. Any change that impacts the annuity entitlement amount will require a two-tier comparison to insure the annuitant receives the greater of the two computation methods. The Social Security offset method of computation is eliminated for all annuity entitlements effective April 2008 and after.

B. Presumed Supplemental SBP (SSBP). In accordance with the provisions of Public Law 108-375, Section 644(d)(1), maximum SSBP coverage without cost to the participating member shall be presumed for any valid election of maximum SBP coverage for a spouse or former spouse that a member makes with an effective date of election of October 28, 2004 through March 31, 2008. This does not include an open enrollment election made pursuant to the provisions of section 645 of Public Law 108-375.

C. Supplemental SBP Consideration. The surviving spouse or former spouse of a member who either elected Supplemental SBP (SSBP) or had presumed SSBP coverage will receive the applicable percentage for the month the annuity is payable, as described in paragraph 460301 above, or the percentage amount of the basic SBP annuity plus the percentage of supplemental coverage, whichever is greater. Pursuant to Public Law 108-375, Section 644(b), SSBP annuities are phased-out as the applicable annuity percentage provided in paragraph 460301 increases. Therefore, the percent used to compute the SSBP annuity may not exceed 20 percent for any month before October 2005, 15 percent for months after September 2005 and before April 2006, 10 percent for months after March 2006 and before April 2007, and 5 percent for months after March 2007 and before April 2008. In no case may the surviving spouse or former spouse receive more than 55 percent of the base amount selected by the member. Effective April 1, 2008, the authority for SSBP is repealed.

**2. Revise paragraph 420105 to read:**

420105. Under the Supplemental SBP (SSBP) program, a member who had maximum annuity coverage for spouse or former spouse could provide a Supplemental SBP annuity in increments of 5, 10, 15, or 20 percent of the base amount to offset the reduction in annuity that would occur when the annuitant reached age 62. SSBP annuity payments will be gradually phased out between October 1, 2005 and March 31, 2008, at which time SSBP is repealed. See paragraph 460304.

**3. Add the following sentence at the end of paragraph 420227.**

"See paragraph 460304 B. and C. regarding the repeal of SSBP, effective April 1, 2008."

**4. Revise existing paragraph 430203 to read as follows, and reletter the revised paragraph as subparagraph A.**

430203. <u>Supplemental SBP Coverage (SSBP)</u>

A. Prior to October 28, 2004, a member who elected SBP coverage for spouse or former spouse at the maximum level could elect a supplemental spouse annuity for that beneficiary. A member could elect a monthly SSBP annuity payable to the beneficiary in increments of 5, 10, 15, or 20 percent of the base amount. A member could not elect SSBP if the annuity of the spouse or former spouse would be computed under the social security offset method, 10 U.S.C. 1451(e) (reference (c)), unless the member waived the right to have the annuity computed under the social security offset method.

**5. Add the following as subparagraphs B. and C. of paragraph 430203.**

B. Effective November 1, 2004, the reduction in retired pay for SSBP premiums is terminated. Consequently, SSBP coverage without cost shall be presumed for any valid election of maximum SBP coverage for a spouse or former spouse with an effective date on or after October 28, 2004 through March 31, 2008.

C. SSBP coverage is eliminated effective April 1, 2008, and will be gradually reduced between October 1, 2005 and March 31, 2008. See paragraph 460304 C.

**6. Delete paragraph 430303 F.**

**7. Revise paragraph 430501 E. to read:**

E. A member with dependent children, who was unmarried on September 21, 1973, (pre-September 21, 1972, retiree) or on date of retirement (post-September 21, 1972, retiree), may elect spouse coverage upon subsequent marriage regardless of whether coverage was elected for his or her dependent children. The election must be received by the Secretary concerned within 1 year of the marriage date. Prior to October 28, 2004, a member who elected SBP for his or her spouse at the maximum level could simultaneously elect supplemental SBP

(SSBP) coverage. Maximum SSBP coverage without cost to the participating member shall be presumed for any valid election of maximum SBP coverage for a spouse or former spouse that a member makes with an effective date of election of October 28, 2004 through March 31, 2008. All SSBP coverage is eliminated effective April 1, 2008. See paragraph 460304.

**8. Delete "and any SSBP election" from paragraph 430501 G.**

**9. After the second sentence of paragraph 430503 A., add the following:**

"Refer to paragraph 430501 E. regarding the phase out of SSBP coverage."

**10. Delete the second, third and fourth sentences of paragraph 430503 B. and replace with the following:**

"If the member elects to provide former spouse coverage, effective October 28, 2004 through March 31, 2008, and existing spouse coverage was elected at the maximum level, maximum SSBP coverage will be presumed. See paragraph 430501 E. regarding the phase out of SSBP coverage."

**11. Add at the end of the first full paragraph of 430503 C., the following new sentence:**

"A deemed SSBP election is subject to the provisions of Public Law 108-375, Section 644(b), which phase out SSBP annuities between October 1, 2005 and March 31, 2008. See paragraph 460304 C."

**12. Delete the second and third sentences of paragraph 430701 A. and replace with the following:**

"A member who is participating with maximum spouse coverage, but who is not a participant in the SSBP, is presumed to have maximum SSBP if the resumed or increased spouse coverage at the maximum level is effective October 28, 2004 or after. See paragraph 430501 E."

**13. Delete the second sentence of paragraph 430701 A.2.**

**14. Revise the second sentence of paragraph 430702 to read:**

"Effective October 28, 2004, a member who elects to provide former spouse coverage at the maximum level is presumed to have maximum SSBP coverage. See paragraph 430501 E."

**15. Revise paragraph 450102 to read:**

450102. Supplemental Survivor Benefit Plan (SSBP). Effective November 1, 2004, the reduction in retired pay for SSBP premiums is terminated. Also, see Section 4603 of this volume.

**16. Add to paragraph 450204 to read:**

450204. SSBP coverage became available in April 1992. The premium for SSBP was in addition to the regular SBP premium. The SSBP premium was expressed as a percentage of the base amount. The member could elect SSBP coverage in increments of 5, 10, 15, or 20 percent of the base amount and the SSBP premium would be computed by multiplying the SSBP premium factor based on the member's age at election by 1, 2, 3, and 4, respectively. The SSBP premium rates were for each 5 percent of SSBP coverage as reflected in Table 45-5. Effective November 1, 2004, the reduction in retired pay for SSBP premiums is terminated. Also, see Section 4603 of this volume.

**17. Add subparagraph 450501.C to read:**

450501.C. SSBP – November 1, 2004. All SSBP premiums are terminated effective November 1, 2004. Also, see paragraphs 450204 and 460304 C.

**18. Add the following at the end of paragraph 450503 B.4.:**

"Also see paragraph 460304 C. regarding phase out of SSBP."

**19. Delete all references to "SSBP" in paragraph 450601 and add the following sentence at the end of the paragraph:**

"Effective November 1, 2004, premiums for SSBP were terminated. See paragraph 460304."

**20. Revise paragraphs 460101.C to read:**

C. Effective March 1, 1986, Public Law 99-145, section 711 (reference (fc)), created a two-tier annuity benefit system for spouse and former spouse (spouse category) beneficiaries. The social security offset system was eliminated, except as provided in paragraph 460101 C. 1. and 2. below. Effective March 1, 1986, if the spouse or former spouse (spouse category) annuitant was under age 62 upon becoming entitled to the annuity, the monthly annuity was 55 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)). If the beneficiary was age 62 or older upon becoming entitled to the annuity, the monthly annuity was 35 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)). When the annuitant reached age 62 after becoming entitled to the annuity, the amount of the annuity was reduced to 35 percent of the base amount, as adjusted by 10 U.S.C. 1401a (reference (c)), on the first day of the month after the annuitant reached age 62. The annuity entitlement for a natural person with an insurable interest or former spouse (insurable interest category) remained unchanged.

1. A spouse or former spouse who was an eligible annuitant on October 1, 1985, and had reached age 62, would receive 55 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)), less social security offset or 35 percent of the base amount, as adjusted under 10 U.S.C. 1401a (reference (c)), whichever was greater. The

greater amount became payable March 1, 1986 or on the first day of the month after the annuitant reached age 62, whichever was later. There was no subsequent comparison.

2. The eligible spouse or former spouse beneficiary of a member, who on October 1, 1985:

a. Was a Plan participant,

b. Was entitled to retired pay,

c. Was qualified for that pay except that member had not applied for or been granted that pay, or

d. Would have been eligible for retired pay under 10 U.S.C., Chapter 1223, (reference (c)) but for the fact that member was under age 60; would receive the greater of the two annuity amounts described in subparagraph 460101.C.1., above. The greater annuity amount became payable the first month the annuitant would otherwise have been entitled to the annuity of 35 percent of the base amount. There was no subsequent comparison.

**21. Reletter subparagraph D of paragraph 460101 as subparagraph E and add the new subparagraph D to read:**

"D. Effective April 1, 2008, Public Law 108-375, Section 644, eliminates the two-tier annuity benefit system. For the phased elimination of the two-tier system effective October 1, 2005, refer to section 4603."

**22. Revise the relettered subparagraph 460101.E to read:**

"E. Effective April 1, 1992, a member could elect to provide the spouse or former spouse annuitant with a Supplemental SBP (SSBP) annuity, in additional increments of 5, 10, 15, or 20 percent of the annuity base amount, to be payable when the annuitant reached age 62. SSBP annuities are to be phased-out beginning October 1, 2005 and eliminated entirely effective April 1, 2008, under Public Law 108-375, Section 644(b). See paragraph 460304."

**23. Delete the last sentence of paragraph 460103.B and replace with the following:**

"A phased elimination of SSBP payments will begin October 1, 2005 through March 31, 2008. See paragraph 460304."

**24. Add the following at the end of paragraph 460201:**

"See section 4603 regarding the phased elimination of the two-tier annuity system.

**25. Delete the second and third sentences of subparagraph 460202.A.1 and insert the following to read:**

For DIC awards effective prior to October 1, 2005, SBP premium refunds were computed using the SBP annuity of 55 or 35 percent, whichever was applicable on the effective date of the DIC award. For DIC awards effective on or after October 1, 2005, the refund will be computed using the percentage applicable on the date that the DIC award is effective, as provided in paragraph 460301, below.

**26. Delete the second sentence of subparagraph 460202.A.2 and revise the first sentence to read:**

"2. SSBP. SSBP premiums are not refunded."

**27. Add the following NOTE immediately after the heading of paragraphs 460203 through 460207:**

**NOTE:** Effective April 1, 2008, the Social Security offset method of computing an annuity will be permanently eliminated. See paragraph 460304 A. below.

**28. Add at the end of paragraph 480102 A. the following:**

See subparagraph 460304 C. regarding the phase-out of SSBP payments.

**29. Revise paragraph 490204 to read:**

Effective November 1, 2004, the reduction in retired pay for Supplemental Survivor Benefit Plan (SSBP) premiums is terminated. Also, see Section 4603 of this volume.

**30. Add the following after the first sentence of paragraph 490301.**

See subparagraph 460304 C. regarding the phase-out of SSBP payments.

**31. Add the following at the end of paragraph 550112:**

RC-SSBP coverage terminates effective April 1, 2008. See subparagraphs 460304 B. and C. of this Volume.

**32. Add the following at the end of paragraphs 550201.H, 550401.A, 550402.B NOTE, 550501.C, 550501.D, 550502.A, 550503. A, 550503.C.2, 550504, 550505.E, and 550505.F. :**

See paragraph 550112.

**33. Table 45-4, add rule 12 to read:**

| RULE | A | B | C | D |
|---|---|---|---|---|
| | **If a member** | **then the premium is** | **with an effective date** | **and member is** |
| **12** | elected SSBP/RCSSBP | **X** | November 1, 2004 (see section 4603 and paragraphs 450102 and 570102 | |

**34. Add the following as a parenthetical under the title of Table 45-5:**

"(For premiums payable prior to November 1, 2004.)"

**35. Add to the Bibliography:**

| **Paragraph** | **Citation** |
|---|---|
| 420105 | Public Law 108-375, Section 644, October 28, 2004<br>OUSD (P&R) memorandum dated November 16, 2004<br>OUSD (P&R) memorandum dated June 1, 2005 |
| 450102 | Public Law 108-375, Section 644, October 28, 2004<br>OUSD (P&R) memorandum dated November 16, 2004<br>OUSD (P&R) memorandum dated June 1, 2005 |
| 4603 | Public Law 108-375, Section 644, October 28, 2004<br>OSD (P&R) memorandum of June 1, 2005 |
| 550112 | Public Law 108-375, Section 644, October 28, 2004 |
| Table 45-4 Rule 12 | Public Law 108-375, Section 644, October 28, 2004<br>OUSD (P&R) memorandum dated November 16, 2004<br>OUSD (P&R) memorandum dated June 1, 2005 |

OFFICE OF THE UNDER SECRETARY OF DEFENSE
4000 DEFENSE PENTAGON
WASHINGTON, DC 20301-4000

PERSONNEL AND READINESS

APR 18 2008

MEMORANDUM FOR DIRECTOR, DEFENSE FINANCE AND ACCOUNTING SERVICE

SUBJECT: Implementation of the Special Survivor Indemnity Allowance

This memorandum provides guidance for the implementation of the Special Survivor Indemnity Allowance (SSIA) established by enactment of section 644 of the National Defense Authorization Act for Fiscal Year 2008 (NDAA FY08), Public Law 110-181. The NDAA FY08 created the SSIA by adding a new subsection (m) under section 1450 of title 10, United States Code, the Survivor Benefit Plan.

The SSIA may not accrue nor be paid for any month prior to October 2008, and entitlement will terminate in February 2016. Any surviving spouse who has an offset to payments under the Survivor Benefit Plan (SBP) as a result of receiving Dependency Indemnity Allowance (DIC) from the Veterans Administration, including the surviving spouse of a member who died while serving on active duty, is eligible for the SSIA. Payment of the monthly SSIA will be in accordance with the schedule established in the law. However, the monthly amount of SSIA may not exceed the amount of the SBP that was offset by any DIC.

The Defense Finance and Accounting Service will determine eligible recipients based on records of SBP entitled surviving spouses and will automatically make payments without the need for individual survivor applications. Payments are taxable income. The cost of payments will be borne by the Military Retirement Fund.

Michael L. Dominguez
Principal Deputy

cc:
Assistant Secretary of the Army (M&RA)
Assistant Secretary of the Navy (M&RA)
Assistant Secretary of the Air Force (M&R)
Assistant Secretary of Defense (Reserve Affairs)
Joint Staff/J1
Commandant (CG-1), U.S. Coast Guard
Director, Office of Commissioned Corps Force Management,
U.S. Public Health Service
Director, National Oceanic and Atmospheric Administration Corps
Director, Office of the Actuary