**No. 07-547C**
**(Judge Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**PATRICIA R. SHARP,**
**MARGARET M. HAVERKAMP,**
**and IVA DEAN ROGERS,**

**Plaintiffs,**

**v,**

**THE UNITED STATES,**

**Defendant.**

---

# REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

**I.**

**THE SUMMARY JUDGMENT MOTION SHOULD BE GRANTED FORTHWITH**

Plaintiffs brought this summary judgment motion because the only disputed issue in this case is a legal dispute already resolved in their favor by the Court. Specifically, this Court's February 11, 2008 decision in this case interpreting 38 U.S.C. §1311(e), *Sharp v. United States*, 80 Fed. Cl. 422 (2008), resolved the question of whether the plaintiffs were entitled to the veteran's survivor benefits they seek in this action. Entry of judgment is thus warranted now.

In its response to plaintiffs' summary judgment motion, Defendant concedes that this Court's February 11 decision "is controlling for this case" and warrants entry of summary judgment. United States Response at 3. That should end the matter and the motion should be granted.

Also, in its response, however, Defendant includes some argument and some new materials relevant to this Court's underlying February 11 decision. Insofar as those arguments and materials were presented to the Court before the February 11 ruling, they were considered and there is no good basis for them to be reconsidered. Insofar as they are in fact new, they are untimely and should be rejected for that reason. In any event, nothing in Defendant's response meaningfully addresses the solid grounds for this Court's decision.

Summary judgment should be granted forthwith.

Dated: May 29, 2008

Respectfully submitted,

/s/ Edward R. Reines

Edward R. Reines
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: (650) 802-3000
Fax: (650) 802-3100

Michael R. Franzinger
Azra M. Hadzimehmedovic
WEIL, GOTSHAL & MANGES, LLP
1300 Eye Street NW
Washington, DC 20005
Phone: (202) 682-7000
Fax: (202) 857-0939

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 29, 2008, a copy of the foregoing **"REPLY BRIEF TO DEFENDANT'S SUMMARY JUDGMENT MOTION"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael R. Franzinger
Michael R. Franzinger