# In the United States Court of Federal Claims

**No. 07-547 C**

**PATRICIA R. SHARP, MARGARET M. HAVERKAMP, AND IVA DEAN ROGERS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed June 12, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Patricia R. Sharp recover of and from the United States damages in the amount of $73,953.40 for the period beginning October 1, 2004, and ending June 30, 2008; Plaintiff, Margaret M. Haverkamp shall recover of and from the United States damages in the amount of $46,334.00 for the period beginning February 1, 2005, and ending June 30, 2008; and plaintiff, Iva Dean Rogers shall recover of and from the United States damages in the amount of $32,379.00 for the period beginning January 1, 2004, and ending June 30, 2008.

John S. Buckley
Acting Clerk of Court

**June 12, 2008**

By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.