United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

June 18, 2008

Edward Robert Reines, Esq.

Weil, Gotshal & Manges, LLP

201 Redwood Shores Parkway

Redwood Shores, CA 94065

In re: Patricia R. Sharp, et. al. v. The United States, No. 07-547 C

Dear Mr. Reines:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated June 16, 2008, in favor of plaintiffs.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Douglas K. Mickle, Esq., Dept. Of Justice