ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 7 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **PATRICIA R. SHARP, MARGARET M. HAVERKAMP, and IVA DEAN ROGERS,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) **No. 07-547C** (Judge George W. Miller) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Federal Circuit from the judgment in this case, entered on June 12, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRYANT G. SNEE
Deputy Director

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

KELLY L. McGOVERN
Major, USA
Military Personnel Branch
Army Litigation Division
Arlington, VA

SCOTT LAFFERTY
Senior Associate Counsel
Office of General Counsel
Military and Civilian Pay Law Directorate
Defense Finance and Accounting Service
Cleveland, Ohio

August 7, 2008

Counsel for Defendant

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 7th day of August 2008, I caused to be served by United States mail (first class mail, postage prepaid), copies of "NOTICE OF APPEAL" as follows.

Edward R. Reines, Esquire
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: (650) 802-3000

S. Boyd